JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
MICHELLE G. BREIT, State Bar No. 133143
mbreit@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone:  (650) 227-4800
Facsimile:  (650) 318-3483

Attorneys for Plaintiffs
TECHNOLOGY PROPERTIES LIMITED LLC
and PHOENIX DIGITAL SOLUTIONS LLC

CHARLES T. HOGE, State Bar No. 110696
choge@knlh.com
Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone:  (619) 231-8666

Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION, | Case No. CV 12 - 03860 |
|---|---|
| Plaintiffs, | **COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |
| *vs.* | |
| KYOCERA CORPORATION and KYOCERA COMMUNICATIONS, INC., | |
| Defendants. | |

Technology Properties Limited LLC ("TPL"), Phoenix Digital Solutions LLC ("PDS")

and Patriot Scientific Corporation ("PTSC") (collectively "Plaintiffs") hereby allege for their

Complaint for Patent Infringement ("Complaint") against Defendants Kyocera Corporation and

Kyocera Communications, Inc. (collectively "Defendants") on personal knowledge as to their

own actions and on information and belief as to the actions of Defendants, as follows:

1

COMPLAINT FOR PATENT INFRINGEMENT

**PARTIES**

1.    Plaintiff Technology Properties Limited LLC is a California limited liability company with its principal place of business at 20883 Stevens Creek Blvd., Suite 100, Cupertino, California 95014.

2.    Plaintiff Phoenix Digital Solutions LLC is a Delaware limited liability company with its principal place of business at 20883 Stevens Creek Blvd., Suite 100, Cupertino, California 95014.

3.    Plaintiff Patriot Scientific Corporation is a Delaware limited liability company with its principal place of business at 701 Palomar Airport Road, Suite 170, Carlsbad, California 92011.

4.    On information and belief, Defendant Kyocera Corporation is a Japanese corporation with a principal place of business at 6 Takeda Tobadono-cho, Fushmi-ku, Kyoto, Japan 612-8501.

5.    On information and belief, Defendant Kyocera Communications, Inc. is a Delaware corporation with a principal place of business at 9520 Towne Centre Drive, San Diego, CA 92121.

**JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT**

6.    This is an action for damages and injunctive relief based on patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

7.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338.

8.    On information and belief, Defendants have transacted business in this District, contracted to supply goods or services in this District directly or through their agents, have offered for sale, sold and/or advertised their products and services in the this District, and have otherwise purposely availed themselves of the privileges and benefits of the laws of the State of California.  This Court has jurisdiction over Defendants because Defendants have committed acts of patent infringement during the course of their business in this District.

2

COMPLAINT FOR PATENT INFRINGEMENT

9.     Venue is proper in this District pursuant to 28 U.S.C. § 1400(a) and (b) and 28 U.S.C. § 1391.

10.    This matter is an intellectual property action and is not subject to intradistrict assignment under Civil L.R. 3-2(c).

## THE ASSERTED PATENTS

### The '749 Patent

11.    United States Patent No. 5,440,749 ("the '749 Patent), entitled "High Performance, Low Cost Microprocessor Architecture," issued on August 8, 1995 to Charles H. Moore and Russell H. Fish, III.  A true and correct copy of the '749 Patent is attached as Exhibit A to this Complaint.

12.    The '749 Patent teaches a processor that fetches multiple instructions at a time, and then supplies them to the CPU's instruction register in parallel during the same memory cycle they are fetched.  Since memory is generally slower than the CPU, being able to fetch and supply more than one instruction at a time increases the number of instructions the CPU can receive in a given time, and thus increases instruction bandwidth.

13.    Plaintiffs TPL, PDS and PTSC collectively hold all substantial rights to the '749 Patent.

### The '890 Patent

14.    United States Patent No. 5,530,890 ("the '890 Patent"), entitled "High Performance, Low Cost Microprocessor," issued on June 25, 1996 to Charles H. Moore and Russell H. Fish, III.  A true and correct copy of the '890 Patent is attached as Exhibit B to this Complaint.

15.    The '890 Patent teaches a dual stack architecture and the use of stack pointers that can reference memory in any location to provide more architectural flexibility and faster access to data elements.  A stack architecture is sometimes analogized to a spring-loaded stack of plates of the kind used in a restaurant.  The last plate placed (or "pushed") on the top of the stack is the first plate removed (or "popped") off the stack when needed.  Like plates, data elements can be

3

COMPLAINT FOR PATENT INFRINGEMENT

"pushed" onto or "popped" off the stack.  However, by using a "stack pointer," the CPU does not need to be an actual top-to-bottom "spring-loaded" stack.  Instead, the stack pointer keeps track of where the "top of stack" item is in a "virtual stack," so it can be accessed directly as if it were on the "top."  Combining this with other features, such as a memory controller and direct memory access, the '890 Patent allows the CPU to off-load memory transfer of data to achieve further efficiencies and higher performance.

16.     Plaintiffs TPL, PDS and PTSC collectively hold all substantial rights to the '890 Patent.

### The '336 Patent

17.     United States Patent No. 5,809,336 ("the '336 Patent"), entitled "High Performance Microprocessor Having Variable Speed System Clock," was duly and legally issued on September 15, 1998 to Charles H. Moore and Russell H. Fish, III.  A true and correct copy of the '336 Patent is attached as Exhibit C to this Complaint.

18.     The '336 Patent teaches the use of two independent clocks in a microprocessor system: (1) an on-chip clock to time the CPU; and (2) a second independent clock to time the input/output (I/O) interface.  This innovation was widely adopted by the industry and became fundamental to the increased speed and efficiency of modern microprocessors.  Decoupling the system clock from the I/O clock allows the clocks to run independently (or "asynchronously").

19.     Plaintiffs TPL, PDS and PTSC collectively hold all substantial rights to the '336 Patent.

### COUNT I

### INFRINGEMENT OF THE '749 PATENT

20.     Plaintiffs reallege and incorporate herein by reference the allegations contained in paragraphs 1-19.

21.     On information and belief, without a license or permission from Plaintiffs, Defendants have infringed and continue to infringe at least claim 1 of the '749 Patent.  Defendants' infringing activities in the United States and in this District include importing,

COMPLAINT FOR PATENT INFRINGEMENT

making, using, offering to sell, and/or selling products and devices that embody and/or practice the patented invention, including but not limited to Clip S2100.

22.     On information and belief, Defendants' direct infringement of the '749 Patent has caused and continues to cause substantial damage to Plaintiffs.

23.     On information and belief, Defendants' direct infringement of the '749 Patent has been and continues to be willful and deliberate, entitling Plaintiffs to enhanced damages and attorneys' fees.

**COUNT II**

**INFRINGEMENT OF THE '890 PATENT**

24.     Plaintiffs reallege and incorporate herein by reference the allegations contained in paragraphs 1-23.

25.     On information and belief, without a license or permission from Plaintiffs, Defendants have infringed and continue to infringe at least claim 7 of the '890 Patent. Defendants' infringing activities in the United States and in this District include importing, making, using, offering to sell, and/or selling products and devices that embody and/or practice the patented invention, including but not limited to the Clip S2100.

26.     On information and belief, Defendants' direct infringement of the '890 Patent has caused and continues to cause substantial damage to Plaintiffs.

27.     On information and belief, Defendants' direct infringement of the '890 Patent has been and continues to be willful and deliberate, entitling Plaintiffs to enhanced damages and attorneys' fees.

**COUNT III**

**INFRINGEMENT OF THE '336 PATENT**

28.     Plaintiffs reallege and incorporate herein by reference the allegations contained in paragraphs 1-27.

29.     On information and belief, without a license or permission from Plaintiffs, Defendants have infringed and continue to infringe, induced others to infringe and continues to

COMPLAINT FOR PATENT INFRINGEMENT

induce others to infringe, and/or have committed and continue to commit acts of contributory

infringement, literally or under the doctrine of equivalents, at least claim 1 of the '336 Patent.

Defendants' infringing activities in the United States and in this District include importing,

making, using, offering to sell, and/or selling products and devices that embody and/or practice

the patented invention, including but not limited to the Clip S2100, and contributing to, and

inducing consumers and users to make and use the patented invention and to practice the claimed

methods.

30.     On information and belief, Defendants induce others to infringe at least claim 1 of

the '336 Patent by encouraging and facilitating others to perform actions known by Defendants

to infringe and with the intent that performance of the actions will infringe.  TPL provided

Kyocera notice of the '336 Patent by letter (with an enclosed disk identifying the MMP patents)

dated October 26, 2005.

31.     On information and belief, Defendants induce consumers to make and use the

claimed inventions and to practice the claimed methods by (i) providing the CLIP S2100 with a

USB input/output interface for connecting the accused device to a peripheral device, the

peripheral device having a clock independent of the CPU clock (*e.g.*, ring oscillator) connected

to the central processing unit on the microprocessors of the Clip S2100 and (ii) instructing

consumers to connect the accused product to a peripheral device such that the combination

includes each element of the asserted apparatus claims of the '336 Patent and use of the

combination, as intended, practices each of the elements of at least claim 1 of the '336 Patent.

32.     On information and belief, consumers make and use the claimed inventions and

practice the claimed methods by using the Clip S2100 in combination with a peripheral device

having a clock that originates clock signals from a source other than the clock connected to the

central processing unit on the microprocessor of the Clip S2100, thereby directly infringing at

least claim 1of the '336 Patent.

COMPLAINT FOR PATENT INFRINGEMENT

1    33.    On information and belief, Defendants' direct, induced and/or contributory

2  infringement of the '336 Patent has caused and continues to cause substantial damage to

3  Plaintiffs.

4    34.    On information and belief, Defendants' direct, induced and/or contributory

5  infringement of the '336 Patent has been and continues to be willful, entitling Plaintiffs to

6  enhanced damages and attorneys' fees.

7                          **PRAYER FOR RELIEF**

8    WHEREFORE, Plaintiffs Technology Properties Limited, Phoenix Digital Solutions

9  LLC, and Patriot Scientific Corporation pray for judgment and relief as follows:

10    A.    A judgment that Defendants have infringed one or more claims of the Asserted

11  Patents;

12    B.    An award of damages in an amount adequate to compensate Plaintiffs for

13  Defendants' infringement of the Asserted Patents;

14    C.    A declaration that Defendants' infringement of the Asserted Patents was willful

15  and that this case is exceptional pursuant to 35 U.S.C. § 285;

16    D.    An award of Plaintiffs' costs, expenses and attorneys' fees incurred in bringing

17  and prosecuting this action;

18    E.    An award of enhanced damages resulting from Defendants' willful infringement,

19  and all other categories of damages allowed by 35 U.S.C. § 284;

20    F.    An award of pre-judgment interest; and

21    G.    Such other and further relief as this Court may deem just and appropriate.

22

23

24

25

26

27

COMPLAINT FOR PATENT INFRINGEMENT

1

**DEMAND FOR JURY TRIAL**

2      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a jury

3   trial as to all issues so triable.

4   Dated:  July 24, 2012                    Respectfully submitted,

5                                            AGILITY IP LAW, LLP

6

7                                            James C. Otteson

8                                            Attorneys for Plaintiffs
                                             TECHNOLOGY PROPERTIES LIMITED LLC
9                                            and PHOENIX DIGITAL SOLUTIONS LLC

10

11                                           KIRBY NOONAN LANCE & HOGE LLP

12

13                                            /s/ Charles T. Hoge
                                             Charles T. Hoge

14                                           Attorneys for Plaintiff
                                             PATRIOT SCIENTIFIC CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR PATENT INFRINGEMENT

Exhibit A

US005440749A

# United States Patent [19]

## Moore et al.

[11] Patent Number: **5,440,749**

[45] Date of Patent: **Aug. 8, 1995**

[54] **HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Nanotronics Corporation**, Eagle Point, Oreg.

[21] Appl. No.: **389,334**

[22] Filed: **Aug. 3, 1989**

[51] Int. Cl.6 .............................................. G06F 9/22

[52] U.S. Cl. ..................................... 395/800; 364/931; 364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3

[58] Field of Search ............... 395/425, 725, 775, 800

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 364/DIG. 1 |
| 4,003,033 | 1/1977 | O'Keefe et al. | 364/200 |
| 4,037,090 | 7/1977 | Raymond | 364/200 |
| 4,042,972 | 8/1977 | Grunes et al. | 364/200 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,059 | 1/1978 | Derchak | 364/DIG. 1 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 364/200 |
| 4,125,871 | 11/1978 | Martin | 364/DIG. 2 |
| 4,128,873 | 12/1978 | Lamiaux | 364/200 |
| 4,255,785 | 3/1981 | Chamberlin | 395/375 |
| 4,354,228 | 10/1982 | Moore et al. | 364/200 |
| 4,376,977 | 3/1983 | Brunshorst | 364/DIG. 1 |
| 4,382,279 | 5/1983 | Mgon | 364/200 |
| 4,403,303 | 9/1983 | Howes et al. | 364/900 |
| 4,450,519 | 5/1984 | Guttag et al. | 364/200 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |
| 4,541,045 | 9/1985 | Kromer | 395/375 |
| 4,562,537 | 12/1985 | Barnett et al. | 395/375 |
| 4,577,282 | 3/1986 | Caudel et al. | 395/800 |
| 4,607,332 | 8/1986 | Goldberg | 364/900 |
| 4,626,988 | 12/1986 | George et al. | 364/200 |
| 4,649,471 | 3/1987 | Briggs | 395/325 |
| 4,665,495 | 5/1987 | Thaden | 345/185 |
| 4,709,329 | 11/1987 | Hecker | 395/275 |
| 4,713,749 | 12/1987 | Magar et al. | 395/375 |
| 4,714,994 | 12/1987 | Oklobdzija et al. | 395/375 |
| 4,720,812 | 1/1988 | Kao et al. | 395/700 |
| 4,772,888 | 9/1988 | Kimura | 340/825.5 |
| 4,777,591 | 10/1988 | Chang et al. | 395/800 |
| 4,787,032 | 11/1988 | Culley et al. | 364/200 |
| 4,803,621 | 2/1989 | Kelly | 395/400 |
| 4,860,198 | 8/1989 | Takenaka | 364/DIG. 1 |
| 4,870,562 | 9/1989 | Kimoto | 364/DIG. 1 |
| 4,931,986 | 6/1990 | Daniel et al. | 395/550 |
| 5,036,460 | 7/1991 | Takahira | 395/425 |
| 5,070,451 | 12/1991 | Moore et al. | 395/375 |
| 5,127,091 | 6/1992 | Bonfarah | 395/375 |

### OTHER PUBLICATIONS

Intel 80386 Programmer's Reference Manual, 1986.

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward Castro Huddleson & Tatum

[57] **ABSTRACT**

A microprocessor (50) includes a main central processing unit (CPU) (70) and a separate direct memory access (DMA) CPU (72) in a single integrated circuit making up the microprocessor (50). The main CPU (70) has a first 16 deep push down tack (74), which has a to item register (76) and a next item register (78), respectively connected to provide inputs to an arithmetic logic unit (ALU) (80) by lines (82) and (84). An output of the ALU (80) is connected to the top item register at (82) is also connected by line (88) to an internal data bus (90). CPU (70) is pipeline free. The simplified CPU (70) requires fewer transistors to implement than pipelined architectures, yet produces performance which matches or exceeds existing techniques. The DMA CPU (72) provides inputs to the memory controller (118) on line (148). The memory controller (118) is connected to a RAM by address/data bus (150) and control lines (152). The DMA CPU (72) enables the CPU (70) to execute instructions four times faster than the RAM speed by fetching four instructions in a single memory cycle.

**29 Claims, 19 Drawing Sheets**



Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page11 of 168



**FIG._1**



**FIG._2**



**FIG._3**

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page14 of 168



**FIG._4**



**FIG._5**

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page16 of 168



**FIG._6**



**FIG._7**



**FIG._8**



**FIG._9**

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page20 of 168



*FIG._10*



*FIG._11*



FIG.—12

REGISTER ARRAY                          COMPUTATION STACK



**FIG._13**

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page24 of 168



ON CHIP

ON CIRCUIT BOARD

**FIG._14**



**FIG._15**





*FIG._18*



*FIG._17*



*FIG._19*

Case4:12-cv-03860-YGR    Document1-1    Filed07/24/12    Page27 of 168



**FIG._20**



*FIG._21*



*FIG._22*



*FIG._23*

5,440,749

**1**

# HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

### 2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and The Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

**2**

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory, and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control the counter in response to an instruction utilizing a variable width operand. A means is connected to

5,440,749

3

the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit, a memory, and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention, a first register is connected to supply a first input to the arithmetic logic

4

unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE"and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count. The polynomial to be generated results in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

5

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

## DETAILED DESCRIPTION OF THE INVENTION

### Overview

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller,

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled

6

D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

Dynamic Ram

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include VDD pins 56, VSS pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 151 and control lines 153.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on

5,440,749

7

8

the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems.

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 15. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 14 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to

the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two

5,440,749

9                                                                 10

IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC-DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus to the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 megabit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent, and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:

Control Lines
4—POWER/GROUND
1—CLOCK
32—DATA I/O
4—SYSTEM CONTROL
    EXTERNAL MEMORY FETCH
    EXTERNAL MEMORY FETCH AUTOINCREMENT X
    EXTERNAL MEMORY FETCH AUTOINCREMENT Y
    EXTERNAL MEMORY WRITE
    EXTERNAL MEMORY WRITE AUTOINCREMENT X
    EXTERNAL MEMORY WRITE AUTOINCREMENT Y
    EXTERNAL PROM FETCH
    LOAD ALL X REGISTERS
    LOAD ALL Y REGISTERS
    LOAD ALL PC REGISTERS
    EXCHANGE X AND Y
    INSTRUCTION FETCH
    ADD TO PC
    ADD TO X

5,440,749

## 11

WRITE MAPPING REGISTER
READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
XO REGISTER 32 BITS (ACTIVATED ONLY
FOR ON-CHIP ACCESSES)
YO REGISTER 32 BITS (ACTIVATED ONLY
FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
Transfer Size Counter 12 Bits
Interval Counter 12 Bits

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor 310 and the microprocessor 50 that arise from providing the microprocessor 310 on the same die 312 with the DRAM 311. Integrating the DRAM 311 allows architectural changes in the microprocessor 310 logic to take advantage of existing on-chip DRAM 311 circuitry. Row and column design is inherent in memory architecture. The DRAMs 311 access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor 310 takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor 50 treats its 32-bit instruction register 108 (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM 311 maintains a 1024-bit latch for the column bits, the microprocessor 310 treats the column latch as a cache for 128 8-bit instructions. Therefore, the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor 50.

2. The microprocessor 50 uses two 16×32-bit deep register arrays 74 and 134 (FIG. 2) for the parameter stack and the return stack. The microprocessor 310 creates two other 1024-bit column latches to provide

## 12

the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor 50 has a DMA capability which can be used for I/O to a video shift register. The microprocessor 310 uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor 50 accesses memory via an external 32-bit bus. Most of the memory 311 for the microprocessor 310 is on the same die 312. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor 50.

5. The microprocessor 50 consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs 150 (FIG. 8) connected to the microprocessor 50 dissipate most of their power in the I/O drivers. A microprocessor 310 system will consume about one-tenth the power of a microprocessor 50 system, since having the DRAM 311 next to the processor 310 eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor 310 is an excellent multiprocessor candidate, since the chip 312 is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor 310 to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor 310 column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM 311 in each of the processors.

The microprocessor 310 column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips 312. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor 50 architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor 310 retains both constructs with a few differences. The microprocessor 310 microloop

5,440,749

13                                                          14

functions in the same fashion as the microprocessor 50 operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor 310 microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor 50 queue.

Microloops in the microprocessor 50 can only perform simple block move and compare functions. The larger microprocessor 310 queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor 50 offers four instructions to redirect execution:

    CALL
    BRANCH
    BRANCH-IF-ZERO
    LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor 50 next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor 310, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor 50. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor 310 CPU 316 resides on an already crowded DRAM die 312. To keep chip size as small as possible, the DMA processor 72 of the microprocessor 50 has been replaced with a more traditional DMA controller 314. DMA is used with the microprocessor 310 to perform the following functions:

    Video output to a CRT
    Multiprocessor serial communications
    8-bit parallel I/O

The DMA controller 314 can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor 310:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor 310 can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. 10 and 11 provide details of the PROM DMA used in the microprocessor 50. The microprocessor 50 executes faster than all but the fastest PROMs. PROMS are used in a microprocessor 50 system to store program segments and perhaps entire programs. The microprocessor 50 provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller 118. The operation is similar to DMA, but not identical, since four 8-bit bytes must be

assembled on the microprocessor 50 chip, then written to the DRAM 150.

The microprocessor 50 directly interfaces to DRAM 150 over a triple multiplexed data and address bus 350, which carries RAS addresses, CAS addresses and data. The EPROM 260, on the other hand, is read with non-multiplexed busses. The microprocessor 50 therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus 350 is turned back on, and the data is written to the DRAM 150.

When the microprocessor 50 detects a RESET condition, the processor stops the main CPU 70 and forces a mode 0 (PROM LOAD) instruction into the DMA CPU 72 instruction register. The DMA instruction directs the memory controller to read the EPROM 260 data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor 50, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM 260 to be loaded,

The number of 32-bit words to transfer,

The DRAM 150 address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM 260 to DRAM 150 are:

1. RAS goes low at 352, latching the EPROM 260 select information from the high order address bits. The EPROM 260 is selected.

2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus 350 going to the EPROM 260 address pins. These signals will remain on the lines until the data from the EPROM 260 has been read into the microprocessor 50. For the first byte, the byte select bits will be binary 00.

3. CAS goes low at 354, enabling the EPROM 260 data onto the lower 8 bits of the external address-/data bus 350. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs.

4. The microprocessor 50 latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.

5. Steps 2, 3 and 4 are repeated with byte address 01.

6. Steps 2, 3 and 4 are repeated with byte address 10.

7. Steps 2, 3 and 4 are repeated with byte address 11.

8. CAS goes high at 356, taking the EPROM 260 off the data bus.

9. RAS goes high at 358, indicating the end of the EPROM 260 access.

10. RAS goes low at 360, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM 150. The DRAM 150 is selected.

11. CAS goes low at 362, latching the DRAM 150 CAS addresses.

12. The microprocessor 50 places the previously latched EPROM 260 32-bit data onto the external address/data bus 350. W goes low at 364, writing the 32 bits into the DRAM 150.

13. W goes high at 366. CAS goes high at 368. The process continues with the next word.

FIG. 12 shows details of the microprocessor 50 memory controller 118. In operation, bus requests stay present until they are serviced. CPU 70 requests are priorit-

5,440,749

15

ized at 370 in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4, Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control 372, which provides a bus grant signal at 374. Internal address bus 136 and a DMA counter 376 provide inputs to a multiplexer 378. Either a row address or a column address are provided as an output to multiplexed address bus 380 as an output from the multiplexer 378. The multiplexed address bus 380 and the internal data bus 90 provide address and data inputs, respectively, to multiplexer 382. Shift register 384 supplies row address strobe (RAS) 1 and 2 control signals to multiplexer 386 and column address strobe (CAS) 1 and 2 control signals to multiplexer 388 on lines 390 and 392. The shift register 384 also supplies output enable (OE) and write (W) signals on lines 394 and 396 and a control signal on line 398 to multiplexer 382. The shift register 384 receives a RUN signal on line 400 to generate a memory cycle and supplies a MEMORY READY signal on line 402 when an access is complete.

### Stack/Register Architecture

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

Benefits

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature.

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

### ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and

16

slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152.

### Skip Within The Instruction Cache

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache.

Skip Conditions

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

### Microloop In The Instruction Cache

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the

5,440,749

| 17 | 18 |

number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

### Optimal CPU Clock Scheme

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17-19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock, with its stages 431 producing phase O-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430, CPU 70 will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

### Asynchronous/Synchronous CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring counter clock 430. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432, speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432, optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with handshake signals on lines 436, with data/addresses passing on bus 90, 136.

### Asynchronous/Synchronous CPU Imbedded On A Dram Chip

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature, not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

### Variable Width Operands

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of microprocessor 50 instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

### Triple Stack Cache

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought

5,440,749

19

20

of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique, shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

### Polynomial Generation Instruction

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 22, a polynomial is generated by loading the "order" (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

### Fast Multiply

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed multiply algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE" the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a "ZERO" the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

### INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec. and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:
  Eliminating arithmetic operations on addresses,
  Fetching up to four instructions per memory cycle,
  Pipelineless instruction decoding
  Generating results before they are needed,
  Use of three level stack caching.

### PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

5,440,749

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

### The Pipeline Approach

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.

2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.

3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec. The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline

stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

### OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

### INTERNAL ARCHITECTURE

The microprocessor 50 architecture consists of the following:

| PARAMETER STACK | <--> | Y REGISTER |
| | ALU* | RETURN STACK |
| | <--> | |
| <---32 BITS---> | | <---32 BITS---> |
| 16 DEEP | | 16 DEEP |
| Used for math and logic. | | Used for subroutine and interrupt return addresses as well as local variables. |
| Push down stack. | | Push down stack. |
| Can overflow into off-chip RAM. | | Can overflow into off-chip RAM. Can also be accessed relative to top of stack. |
| LOOP COUNTER | | (32-bits, can decrement by 1) Used by class of test and loop instructions. |
| X REGISTER | | (32-bits, can increment or decrement by 4). Used to point to RAM locations. |
| PROGRAM COUNTER | | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM. |
| INSTRUCTION REG | | (32-Bits). Holds 4-byte instruction groups while they are being decoded |

5,440,749

-continued

and executed.

*Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the top Parameter Stack.
*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward.

MODE—A register with mode and status bits.
Mode-Bits
    Slow down memory accesses by 8 if "1". Run full speed if "0". (Provided for access to slow EPROM.)
    Divide the system clock by 1023 if "1" to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)
        Enable external interrupt 1.
        Enable external interrupt 2.
        Enable external interrupt 3.
        Enable external interrupt 4.
        Enable external interrupt 5.
        Enable external interrupt 6.
        Enable external interrupt 7.
On-Chip Memory Locations
    MODE-BITS
    DMA-POINTER
    DMA-COUNTER
    STACK-POINTER—Pointer into Parameter Stack.
    STACK-DEPTH—Depth of on-chip Parameter Stack
    RSTACK-POINTER—Pointer into Return Stack
    RSTACK-DEPTH—Depth of on-chip Return Stack

### Addressing Mode High Points

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

### INSTRUCTION SET

#### 32-Bit Instruction Format

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result, the microprocessor branches execute in a single cycle.
24-Bit Operand Form

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| WWWWWW XX - | YYYYYYYY - | YYYYYYYY - | YYYYYYYY |

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.
16-Bit Operand Form
    QQQQQQQQ—Wwwwww
    XX—YYYYYYYY—YYYYYYYY With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter.
8-Bit Operand Form
    QQQQQQQQ—QQQQQQQQ—WwWwWw
    XX—YYYYYYYY With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter.
QQQQQQQQ—Any 8-bit instruction.
WWWWWW—Instruction op-code.
XX—Select how the address bits will be used:
    00 - Make all high-order bits zero. (Page zero addressing)
    01 - Increment the high-order bits. (Use next page)
    10 - Decrement the high-order bits. (Use previous page)
    11 - Leave the high-order bits unchanged. (Use current page)
YYYYYYYY - The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes.

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:
    The current Program Counter,
    The 8, 16, or 24 bit address operand in the instruction,
    Using one of the four allowed addressing modes.

### EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

#### Example 1

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits). Byte 4 indicates that the hexadecimal number 98 will be forced into the Program Counter bits 2 through 10. (Remember, a CALL or BRANCH always goes to a

5,440,749

25

word boundary so the two least significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

### Example 2

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

   00000000 00000000 00000001 01010110=OLD PRO-
   GRAM COUNTER.

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page. Byte 2,3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

   00000100 00000000 00000101 01011000=NEW PRO-
   GRAM COUNTER.

### Instructions

Call-Long
   0000    00XX—YYYYYYYY—YYYYYYYY—YY-
   YYYYYY
   Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.
   Other Effects: CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full.
Branch
   0000 01XX—YYYYYYYY—Yyyyyyyy—yyyyyyyy
   Load the Program Counter with the effective WORD address specified.
   Other Effects: NONE
Branch-If-Zone
   0000 10XX—YYYYYYYY—yyyyyyyy—yyyyyyyy
   Test the TOP value on the Parameter Stack. If the value is equal to zero, load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.
   Other Effects: NONE
Loop-If-Not-Done
   0000    11YY—(XXXX        XXXX)—(XXXX
   XXXX)—(XXXX XXXX)
   If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.
   Other Effects: NONE

### 8-Bit Instructions Philosophy

Most of the work in the microprocessor 50 is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use

26

8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination.

For math and logic operations, the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed, the operands are popped from the stack, and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation, the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

   Increased execution speed even with slow memories,
   Similar performance to the Harvard (separate data and
   instruction busses) without the expense,
   Opportunities to optimize groups of instructions,
   The capability to perform loops within this mini-cache.
The microloops inside the four instruction group are effective for searches and block moves.

### Skip Instructions

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create unconditional BRANCHES. SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle, whereas a group of three NOPs would take three cycles.
Skip-Always—skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group.
Skip-If-Zero—If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction.
Skip-If-Positive—If the TOP item of the Parameter Stack has the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0" execute the next sequential instruction.
Skip-If-No-Carry—If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to

5,440,749

27

fetch the next 4-byte instruction group. If the CARRY is equal to "1", execute the next sequential instruction.

Skip-Never Execute the next sequential (NOP) instruction. (Delay one machine cycle).

Skip-If-Not-Zero—If the TOP item on the Parameter Stack is not equal to "0" skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal 0″ execute the next sequential instruction.

Skip-If-Negative—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0" execute the next sequential instruction.

Skip-If-Carry—If the CARRY flag is set to "1" as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0" execute the next sequential instruction.

Microloops

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is "0" or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to "0" the LOOP COUNTER will remain at "0". Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

Example

| Byte 1 | Byte 2 |
|---|---|
| FETCH-VIA-X-AUTOINCREMENT | STORE-VIA-Y-AUTOINCREMENT |

| Byte 3 | Byte 4 |
|---|---|
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

28

Microloop Instructions

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

Uloop-if-positive—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

Uloop-if-not-carry-clear—If the LOOP COUNTER is not "0" and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULoop-Never—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULoop-If-Not-Zero—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULoop-If-Negative—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is "0" continue execution with the next instruction.

ULoop-If-Carry-Set—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

5,440,749

29                                    30

### Return From Subroutine Or Interrupt

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

### Return Instructions

Return-Always—Pop the top item from the Return Stack and transfer it to the Program Counter.

Return-If-Zero—If the TOP item on the Parameter Stack is "0" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

return-If-Positive—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Carry-Clear—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-Never—Execute the next instruction. (NOP)

Return-If-Not-Zero—If the TOP item on the Parameter Stack is not "0" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Negative—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1" pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

Return-If-Carry-Set—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

### HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor 50, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-Register—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-Register—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Program-Counter—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as memory pointer, the PC is also incremented after each operation.

### Memory Load & Store Instructions

Fetch-Via-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged.

Fetch-Via-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. Y is unchanged.

Fetch-Via-X-Autoincrement—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

Fetch-Via-Y-Autoincrement—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

Fetch-Via-X-Autodecrement—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

Fetch-Via-Y-Autodecrement—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

Store-Via-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

Store-Via-X-Autoincrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged. STORE-VIA-X-AUTOINCREMENT - Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

Store-Via-Y-Autoincrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

Store-Via-X-Autodecrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

Store-Via-Y-Autodecrement—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

Fetch-Via-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the

5,440,749

31                                                              32

instruction. The effect is of loading a 32-bit imme-
diate operand. This is an 8-bit instruction and there-
fore will be combined with other 8-bit instructions
in a 4-byte instruction fetch. It is possible to have
from one to four FETCH-VIA-PC instructions in a
4-byte instruction fetch. The PC increments after
each execution of FETCH-VIA-PC, so it is possi-
ble to push four immediate operands on the stack.
The four operands would be the found in the four
memory locations following the instruction.

Bye-Fetch-Via-X—Fetch the 32-bit memory content
pointed to by the most significant 30 bits of X.
Using the two least significant bits of X, select one
of four bytes from the 32-bit memory fetch, right
justify the byte in a 32-bit field and push the se-
lected byte preceded by leading zeros onto the
Parameter Stack.

Byte-Store-Via-X—Fetch the 32-bit memory content
pointed to by the most significant 30 bits of X. Pop
the TOP item from the Parameter Stack. Using the
two least significant bits of X place the least signifi-
cant byte into the 32-bit memory data and write the
32-bit entity back to the location pointed to by the
most significant 30 bits of X.

### Other Effects Of Memory Access Instructions

Any FETCH instruction will push a value on the
Parameter Stack 74. If the on-chip stack is full, the stack
will overflow into off-chip memory stack resulting in an
additional memory cycle. Any STORE instruction will
pop a value from the Parameter Stack 74. If the on-chip
stack is empty, a memory cycle will be generated to
fetch a value from off-chip memory stack.

### Handling On-Chip Variables

High-level languages often allow the creation of
LOCAL VARIABLES. These variables are used by a
particular procedure and discarded. In cases of nested
procedures, layers of these variables must be main-
tained. On-chip storage is up to five times faster than
off-chip RAM, so a means of keeping local variables
on-chip can make operations run faster. The micro-
processor 50 provides the capability for both on-chip
storage of local variables and nesting of multiple levels
of variables through the Return Stack.

The Return Stack 134 is implemented as 16 on-chip
RAM locations. The most common use for the Return
Stack 134 is storage of return addresses from subrou-
tines and interrupt calls. The microprocessor allows
these 16 locations to also be used as addressable regis-
ters. The 16 locations may be read and written by two
instructions which indicate a Return Stack relative ad-
dress from 0-15. When high-level procedures are
nested, the current procedure variables push the previ-
ous procedure variables further down the Return Stack
134. Eventually, the Return Stack will automatically
overflow into off-chip RAM.

### On-Chip Variable Instructions

Read-Local-Variable XXXX—Read the XXXXth
location relative to the top of the Return Stack.
(XXXX is a binary number from 0000-1111.) Push
the item read onto the Parameter Stack. OTHER
EFFECTS: If the Parameter Stack is full, the push
operation will cause a memory cycle to be gener-
ated as one item of the stack is automatically stored
to external RAM. The logic which selects the loca-
tion performs a modulo 16 subtraction. If four local

variables have been pushed onto the Return Stack,
and an instruction attempts to READ the fifth
item, unknown data will be returned.

Write-Local-Variable XXXX—Pop the TOP item of
the Parameter Stack and write it into the XXXXth
location relative to the top of the Return Stack.
(XXXX is a binary number from 0000-1111.)
OTHER EFFECTS: If the Parameter Stack is
empty, the pop operation will cause a memory
cycle to be generated to fetch the Parameter Stack
item from external RAM. The logic which selects
the location performs a modulo 16 subtraction. If
four local variables have been pushed onto the
Return Stack, and an instruction attempts to
WRITE to the fifth item, it is possible to clobber
return addresses or wreak other havoc.

### Register and Flip-Flop Transfer And Push Instructions

Drop—Pop the TOP item from the Parameter Stack
and discard it.

Swap—Exchange the data in the TOP Parameter
Stack location with the data in the NEXT Parame-
ter Stack location.

DUP—Duplicate the TOP item on the Parameter
Stack and push it onto the Parameter Stack.

Push-Loop-CounterPush the value in LOOP
COUNTER onto the Parameter Stack.

Pop-RStack-Push-To-stack—Pop the top item from
the Return Stack and push it onto the Parameter
Stack.

Push-X-Reg—Push the value in the X Register onto
the Parameter Stack.

Push-Stack-Pointer—Push the value of the Parame-
ter Stack pointer onto the Parameter Stack.

Push-RStack-Pointer—Push the value of the Return
Stack pointer onto the Return Stack.

Push-Mode-Bits—Push the value of the MODE
REGISTER onto the Parameter Stack.

Push-Input—Read the 10 dedicated input bits and
push the value (right justified and padded with
leading zeros) onto the Parameter Stack.

Set-Loop-Counter—Pop the TOP value from the
Parameter Stack and store it into LOOP
COUNTER.

Pop-Stack-Push-To-RStack—Pop the TOP item
from the Parameter Stack and push it onto the
Return Stack.

Set-X-Reg—Pop the TOP item from the Parameter
Stack and store it into the X Register.

Set-Stack-Pointer—Pop the TOP item from the Pa-
rameter Stack and store it into the Stack Pointer.

Set-RStack-Pointer—Pop the TOP item from the
Parameter Stack and store it into the Return Stack
Pointer.

Set-Mode-Bits—Pop the TOP value from the Param-
eter Stack and store it into the MODE BITS.

Set-output—Pop the TOP item from the Parameter
Stack and output it to the 10 dedicated output bits.
OTHER EFFECTS: Instructions which push or
pop the Parameter Stack or Return Stack may
cause a memory cycle as the stacks overflow back
and forth between on-chip and off-chip memory.

### Loading A Short Literal

A special case of register transfer instruction is used
to push an 8-bit literal onto the Parameter Stack. This
instruction requires that the 8-bits to be pushed reside in
the last byte of a 4-byte instruction group. The instruc-

5,440,749

33

tion op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

### Example

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |

| BYTE 4 |
|---|
| 00001111 |

In this example, QQQQQQQQ indicates any other 8-bit value. When Byte 1 is executed, binary **00001111** (HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 | BYTE 2 |
|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |

| BYTE 3 | BYTE 4 |
|---|---|
| LOAD-SHORT-LITERAL | 00001111 |

### Short-literal-Instruction

Load-Short-Literal—Push the 8bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack.

### Logic Instructions

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack 74. NEXT indicates the next to top value on the Parameter Stack 74.

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack.

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack.

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

Bit-Clear—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

### Math Instructions

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack 74 to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

Add—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and

34

push the result back on the Parameter Stack. The CARRY flag may be changed.

Add-With-Carry—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP—

SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive ), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected.

### Shift/Rotate

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

### Other Instructions

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction useful for multitasking applications). This instruction accesses a counter which holds the depth

5,440,749

35      36

of the on-chip stack and can require from none to 16 external memory cycles.

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor system, comprising a central processing unit integrated circuit, a memory extend of said central processing unit integrated circuit, a bus connecting said central processing unit integrated circuit to said memory, and means connected to said bus for fetching instructions for said central processing unit integrated circuit on said bus from said memory, said means for fetching instructions being configured and connected to fetch multiple sequential instructions from said memory in parallel and supply the multiple sequential instructions to said central processing unit integrated circuit during a single memory cycle, said bus having a width at least equal to a number of bits in each of the instructions times a number of the instructions fetched in parallel, said central processing unit including an arithmetic logic unit and a first push down stack connected to said arithmetic, logic unit, said first push down stack including means for storing a top item connected to a first input of said arithmetic logic unit to provide the top item to the first input and means for storing a next item connected to a second input of said arithmetic logic unit to provide the next item to the second input, a remainder of said first push down stack being connected to said means for storing a next item to receive the next item from said means for storing a next item when pushed down in said push down stack said arithmetic logic unit having an output connected to said means for storing a top item.

2. The microprocessor system of claim 1 additionally comprising means connected to said means for fetching multiple instructions for determining by decoding the multiple instructions if multiple instructions fetched by said means for fetching nultiple instructions require a memory access, said means for fetching multiple instructions fetching additional multiple instructions if decoding the multiple instructions shows that the multiple instructions do not require a memory access.

3. The microprocessor system of claim 2 in which the decoding determines if the multiple instructions do not require a memory access by a state of a bit of each of the multiple instructions. ̶

4. The microprocessor system of claim 3 in which the bit is a most significant bit of the multiple instructions.

5. The microprocessor system of claim 1 additionally comprising an instruction register for the multiple instructions connected to said means for fetching instructions, means connected to said instruction register for supplying the multiple instructions in succession from said instruction register, a counter connected to control said means for supplying the multiple instructions to supply the multiple instructions in succession, means for decoding the multiple instructions connected to receive the multiple instructions in succession from the means for supplying the multiple instructions, said counter

being connected to said means for decoding to receive incrementing and reset control signals from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and to supply a control signal to said means for fetching instructions in response to a SKIP instruction in the multiple instructions.

6. The microprocessor system of claim 5 additionally comprising a loop counter connected to receive a decrement control signal from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and the decrement control signal to said loop counter in response to a MICROLOOP instruction in the multiple instructions to provide a microloop within the multiple instructions in said instruction register for a number of repetitions controlled by said loop counter.

7. The microprocessor system of claim 1 additionally comprising an instruction register for the multiple instructions and a variable width operand to be used with one of the multiple instructions connected to said means for fetching instructions, means connected to said instruction register for supplying the multiple instructions in succession from said instruction register, a counter connected to control said means for supplying the multiple instructions to supply the multiple instructions in succession,

means for decoding the multiple instructions connected to receive the multiple instructions in succession from the means for supplying the multiple instructions, said counter being connected to said means for decoding to receive incrementing and reset control signals from said means for decoding, said means for decoding being configured to control said counter in response to an instruction utilizing the variable width operand stored in said instruction register, and means connected to said counter to select the variable width operand for use with the instruction utilizing the variable width operand in response to said counter.

8. A microprocessor system, comprising a central processing unit, a memory, a bus connecting said central processing unit to said memory, and means connected to said bus for fetching instructions for said central processing unit on said bus from said memory, said means for fetching instructions being configured and connected to fetch multiple sequential instructions from said memory in parallel and supply the multiple sequential instructions to said central processing unit during a single memory cycle, said central processing unit including an arithmetic logic unit and a first push down stack connected to said arithmetic logic unit, said first push down stack further including means for storing a top item connected to a first input of said arithmetic logic unit to provide the top item to the first input, means for storing a next item connected to a second input of said arithmetic logic unit to provide the next item to the second input, said arithmetic logic unit having an output connected to said means for storing a top item, a second push down stack, said means for storing a top item being connected to provide an input to said second push down stack and a control means connected between said means for storing a top item and said second push down stack for controlling provision of the input to said second push down stack, said second push down stack additionally being configured as a register file and said means for storing a top item and said sec-

5,440,749

37

ond push down stack additionally configured as the register file being bidirectionally connected.

9. A microprocessor system, comprising a central processing unit, a dynamic random access memory, a bus connecting said central processing unit to said dynamic random access memory, and multiplexing means on said bus between said central processing unit and said dynamic random access memory, said multiplexing means being connected and configured to provide multiplexed row addresses, column addresses and data on said bus from said central processing unit to said dynamic random access memory and to provide data from said dynamic random access memory to said central processing unit, and

means connected to said bus for fetching instructions for said central processing unit on said bus from said dynamic random access memory, said means for fetching instructions being configured to fetch multiple sequential instructions from said dynamic random access memory in parallel and supply the multiple instructions to said central processing unit during a single memory cycle,

said central processing unit including an arithmetic logic unit and a first push down stack connected to said arithmetic logic unit, said first push down stack including means for storing a top item connected to a first input of said arithmetic logic unit to provide the top item to the first input, and means for storing a next item connected to a second input of said arithmetic logic unit to provide the next item to the second input, a remainder of said first push down stack being connected to said means for storing a next item to receive the next item from said means for storing a next item when pushed down in said push down stack, said arithmetic logic unit having an output connected to said means for storing a top item.

10. The microprocessor system of claim 9 additionally comprising a second push down stack, said means for storing a top item being connected to provide an input to said second push down stack and a control means connected between said means for storing a top item and said second push down stack for controlling provision of the input to said second push down stack.

11. The microprocessor system of claim 10 in which said second push down stack is additionally configured as a register file and said means for storing a top item and said second push down stack additionally configured as the register file are bidirectionally connected.

12. The microprocessor system of claim 11 additionally comprising means connected to said means for fetching multiple instructions for determining by decoding the multiple instructions if multiple instructions fetched by said means for fetching multiple instructions require a memory access, said means for fetching multiple instructions fetching additional multiple instructions if decoding the multiple instructions shows that the multiple instructions do not require a memory access.

13. The microprocessor system of claim 12 additionally comprising an instruction register for the multiple instructions connected to said means for fetching instructions, means connected to said instruction register for supplying the multiple instructions in succession from said instruction register, a counter connected to said control means for supplying the multiple instructions to supply the multiple instructions in succession, means for decoding the multiple instructions connected to receive the multiple instructions in succession from

38

the means for supplying the multiple instructions, said counter being connected to said means for decoding to receive incrementing and reset control signals from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and to supply a control signal to said means for fetching instructions in response to a SKIP instruction in the multiple instructions.

14. The microprocessor system of claim 13 additionally comprising a loop counter connected to receive a decrement control signal from said means for decoding, said means for decoding being configured to supply the reset control signal to said counter and the decrement control signal to said loop counter in response to a MICROLOOP instruction in the multiple instructions within the multiple instructions in said instruction register for a number of repetitions controlled by said loop counter.

15. The microprocessor system of claim 13 in which said means for decoding is configured to control said counter in response to one of the multiple instructions utilizing a variable width operand stored in said instruction register with the multiple instructions, said microprocessor system additionally comprising means connected to said counter to select the variable width operand for use with the instruction utilizing the variable width operand in response to a state of said counter resulting from control of said counter by said means for decoding.

16. The microprocessor system of claim 12 in which the decoding determines if the multiple instructions do not require a memory access by a state of a bit of each of the multiple instructions.

17. The microprocessor system of claim 16 in which the bit is a most significant bit of the multiple instructions.

18. The microprocessor system of claim 9 additionally comprising a programmable read only memory containing instructions connected to said bus, means connected to said bus for fetching instructions for said central processing unit on said bus, said means for fetching instructions including means for assembling a plurality of instructions from said programmable read only memory, storing the plurality of instructions in said dynamic random access memory and subsequently supplying the plurality of instructions from said dynamic random access memory to said central processing unit on said bus.

19. The microprocessor system of claim 9 additionally comprising a direct memory access processing unit having the capacity to request and execute instructions, said bus connecting said direct memory access processing unit to said dynamic random access memory, said dynamic random access memory containing instructions for said central processing unit and said direct memory access processing unit being connected to means for fetching instructions for said central processing unit on said bus and for fetching instructions for said direct memory access processing unit on said bus.

20. The microprocessor system of claim 19 additionally comprising a variable speed system clock connected to said central processing unit and a fixed speed system clock connected to control said means for fetching instructions for said central processing unit and for fetching instructions for said direct memory access processing unit.

21. The microprocessor system of claim 9 in which said microprocessor system is configured to provide

5,440,749

different memory access timing for different storing capacity sizes of said dynamic random access memory by including a sensing circuit and a driver circuit, and an output enable line connected between said dynamic random access memory, said sensing circuit and said driver circuit, said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined electrical level after a memory read operation as a function of different capacitance on said bus as a result of the different storing capacity sizes of said dynamic random access memory, said microprocessor system being configured so that said driver circuit provides an enabling signal on said output enable line responsive to the ready signal.

22. The microprocessor system of claim 21 in which the predetermined electrical level is a predetermined voltage.

23. The microprocessor system of claim 9 in which said microprocessor system is configured to operate at a variable clock speed; said microprocessor system additionally comprising a ring counter variable speed system clock connected to said central processing unit, said central processing unit and said ring counter variable speed system clock being provided in a single integrated circuit, said ring counter variable speed system clock being configured to provide different clock speed to said central processing unit as a result of transistor propagation delays, depending on at least one of temperature of said single integrated circuit, voltage and microprocessor fabrication process for said single integrated circuit.

24. The microprocessor system of claim 23 additionally comprising an input/output interface connected between said microprocessor system and an external memory bus to exchange coupling control signals, addresses and data between said central processing unit and said input/output interface, and a second clock independent of said ring counter variable speed system clock connected t said input/output interface to provide clock signals for operation of said input/output interface asynchronously from said central processing unit.

25. The microprocessor system of claim 24 in which said second clock is a fixed frequency clock.

26. The microprocessor system of claim 9 in which said first push down stack has a first plurality of stack registers having stack memory elements configured as latches, a second plurality of stack registers having stack memory elements configured as a random access memory, said first and second plurality of stack registers and said central processing unit being provided in a single integrated circuit with a top one of said second plurality of stack registers being connected to said a bottom one of said first plurality of stack registers, and a third plurality of stack registers having stack memory elements configured as a random access memory external to said single integrated circuit, with a top one of said third plurality of stack registers being connected to a bottom one of said second plurality of stack registers, said microprocessor system being configured to operate

said first, second and third plurality of stack registers hierarchically as interconnected stacks.

27. The microprocessor system of claim 26 additionally comprising a first pointer connected to said first plurality of stack registers, a second pointer connected to said second plurality of stack registers, and a third pointer connected to said third plurality of stack registers, said microprocessor system being configured to operate said first, second and third plurality of stack registers hierarchically as interconnected stacks by having said central processing unit being connected to pop items from said first plurality of stack registers, said first stack pointer being connected to said second stack pointer to pop a first plurality of items from said second plurality of stack registers when said first plurality of stack registers are empty from successive pop operations by said central processing unit, said second stack pointer being connected to said third stack pointer to pop a second plurality of items from said third plurality of stack registers when said second plurality of stack registers are empty from successive pop operations by said central processing unit.

28. The microprocessor system of claim 9 additionally comprising a first register connected to supply a first input to said arithmetic logic unit, a first shifter connected between an output of said arithmetic logic unit and said first register, a second register connected to receive a starting polynomial value, an output of said second register being connected to a second shifter, a least significant bit of said second register being connected to said arithmetic logic unit, a third register connected to supply feedback terms of a polynomial to said arithmetic logic unit, a down counter, for counting down a number corresponding to digits of a polynomial to be generated, connected to said arithmetic logic unit, said arithmetic logic unit being responsive to a polynomial instruction to carry out an exclusive OR of the contents of said first register with the contents of said third register if the least significant bit of said second register is a "ONE" and to pass the contents of said first register unaltered if the least significant bit of said second register is a "ZERO" until said down counter completes a count, the polynomial to be generated resulting in said first register.

29. The microprocessor system of claim 28 in which said first register is a result register, said first shifter is a left shifting shifter, said second register is a multiplier register connected to receive a multiplier in bit reversed form, said second shifter is a right shifting shifter, said third register is connected to supply a multiplicand to said arithmetic logic unit, said down counter is configured for counting down a number corresponding to one less than the number of digits of the multiplier, said arithmetic logic unit being responsive to a multiply instruction to add the contents of said result register with the contents of said third register, if the least significant bit of said second register is a "ONE" and to pass the contents of said first register unaltered if the least significant bit of said second register is a "ZERO" until said down counter completes a count, the product resulting in said first register.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 5,440,749                                          Page 1 of  1
APPLICATION NO. : 07/389334
DATED                  : August 8, 1995
INVENTOR(S)        : Charles H. Moore et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

At column 35, line 16, please delete "extend" and substitute -- external --.

At column 35, line 31, please delete the comma "," after "arithmetic."

At column 35, line 40, please insert a comma -- , -- after "stack."

Signed and Sealed this

Twenty-sixth Day of May, 2009

JOHN DOLL
*Acting Director of the United States Patent and Trademark Office*



US005440749C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (8294th)

# United States Patent
Moore et al.

(10) **Number:** US 5,440,749 C1
(45) **Certificate Issued:** Jun. 7, 2011

(54) **HIGH PERFORMANCE, LOW COST MICROPROCESSOR ARCHITECTURE**

(75) Inventors: **Charles H. Moore**, Woodside, CA (US); **Russell H. Fish, III**, Mt. View, CA (US)

(73) Assignee: **Charles H. Moore**, Incline Village, NV (US); TTE, UTD 3/21/2006 The Equinox Trust

**Reexamination Request:**
No. 90/009,034, Mar. 31, 2008
No. 90/009,389, Jan. 16, 2009
No. 90/010,520, Apr. 30, 2009

**Reexamination Certificate for:**
Patent No.: 5,440,749
Issued: Aug. 8, 1995
Appl. No.: 07/389,334
Filed: Aug. 3, 1989

Certificate of Correction issued May 26, 2009.

(51) **Int. Cl.**
*G06F 9/30* (2006.01)
*G06F 9/40* (2006.01)

(52) **U.S. Cl.** ............. 712/206; 711/E12.02; 712/E9.016; 712/E9.028; 712/E9.046; 712/E9.055; 712/E9.057; 712/E9.058; 712/E9.062; 712/E9.078; 712/E9.081

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 A | 9/1971 | Heath, Jr. et al. | |
| 3,696,414 A | 10/1972 | Allen et al. | |
| 3,849,765 A | 11/1974 | Hamano | |
| 3,878,513 A | 4/1975 | Werner | |
| 3,919,695 A | 11/1975 | Gooding | |
| 3,924,245 A | 12/1975 | Eaton et al. | |
| 3,967,104 A | 6/1976 | Brantingham et al. | |
| 3,968,501 A | 7/1976 | Gilbert | |
| 3,976,977 A | 8/1976 | Porter et al. | |
| 3,980,993 A | 9/1976 | Bredart et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 113 516 | 7/1984 |
| EP | 0 200 797 A1 | 11/1986 |
| EP | 0 208 287 | 1/1987 |
| EP | 0 288 649 | 11/1988 |
| JP | 58-025710 | 2/1983 |
| JP | 61-127228 | 6/1986 |
| JP | 61-138356 | 6/1986 |
| JP | 62-145413 | 6/1987 |
| JP | 05-189383 | 7/1998 |

OTHER PUBLICATIONS

Alliacense US Patent 6,598,148 Product Report, Toshiba MPEG–4 Audiovisual LSI TC35273 MPEG–4 Audiovisual Code LSI (2006) 13 pages.

(Continued)

*Primary Examiner*—Joseph R Pokrzywa

(57) **ABSTRACT**

A microprocessor (**50**) includes a main central processing unit (CPU) (**70**) and a separate direct memory access (DMA) CPU (**72**) in a single integrated circuit making up the microprocessor (**50**). The main CPU (**70**) has a first 16 deep push down tack (**74**), which has a to item register (**76**) and a next item register (**78**), respectively connected to provide inputs to an arithmetic logic unit (ALU) (**80**) by lines (**82**) and (**84**). An output of the ALU (**80**) is connected to the top item register at (**82**) is also connected by line (**88**) to an internal data bus (**90**). CPU (**70**) is pipeline free. The simplified CPU (**70**) requires fewer transistors to implement than pipelined architectures, yet produces performance which matches or exceeds existing techniques. The DMA CPU (**72**) provides inputs to the memory controller (**118**) on line (**148**). The memory controller (**118**) is connected to a RAM by address/data bus (**150**) and control lines (**152**). The DMA CPU (**72**) enables the CPU (**70**) to execute instructions four times faster than the RAM speed by fetching four instructions in a single memory cycle.



# US 5,440,749 C1

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,003,028 A | 1/1977 | Bennett et al. |
| 4,003,033 A | 1/1977 | O'Keefe et al. |
| 4,037,090 A | 7/1977 | Raymond, Jr. |
| 4,042,972 A | 8/1977 | Gruner et al. |
| 4,050,058 A | 9/1977 | Garlic |
| 4,050,096 A | 9/1977 | Bennett et al. |
| 4,050,297 A | 9/1977 | Pettingell et al. |
| 4,067,058 A | 1/1978 | Brandstaetter et al. |
| 4,067,059 A | 1/1978 | Derchak |
| 4,075,691 A | 2/1978 | Davis et al. |
| 4,079,338 A | 3/1978 | Kronlage |
| 4,079,455 A | 3/1978 | Ozga |
| 4,107,773 A | 8/1978 | Gilbreath et al. |
| 4,110,822 A | 8/1978 | Porter et al. |
| 4,112,490 A | 9/1978 | Pohlman et al. |
| 4,125,871 A | 11/1978 | Martin |
| 4,128,873 A | 12/1978 | Lamiaux |
| 4,144,562 A | 3/1979 | Cooper |
| 4,215,401 A | 7/1980 | Holsztynski et al. |
| 4,217,637 A | 8/1980 | Faulkner et al. |
| 4,217,652 A | 8/1980 | Klaus et al. |
| 4,223,380 A | 9/1980 | Antonaccio et al. |
| 4,223,880 A | 9/1980 | Brems |
| 4,224,676 A | 9/1980 | Appelt |
| 4,236,152 A | 11/1980 | Masuzawa et al. |
| 4,242,735 A | 12/1980 | Sexton |
| 4,253,785 A | 3/1981 | Bronstein |
| 4,255,785 A | 3/1981 | Chamberlin |
| 4,292,668 A | 9/1981 | Miller et al. |
| 4,295,193 A | 10/1981 | Pomerene |
| 4,305,045 A | 12/1981 | Metz et al. |
| 4,315,308 A | 2/1982 | Jackson |
| 4,317,227 A | 2/1982 | Skerlos |
| 4,320,467 A | 3/1982 | Glass |
| 4,321,706 A | 3/1982 | Craft |
| 4,328,557 A | 5/1982 | Gastinel |
| 4,334,268 A | 6/1982 | Boney et al. |
| 4,335,447 A | 6/1982 | Jerrim |
| 4,338,675 A | 7/1982 | Palmer et al. |
| 4,348,720 A | 9/1982 | Blahut et al. |
| 4,348,743 A | 9/1982 | Dozier |
| 4,354,228 A | 10/1982 | Moore et al. |
| 4,358,728 A | 11/1982 | Hashimoto |
| 4,361,869 A | 11/1982 | Johnson et al. |
| 4,364,112 A | 12/1982 | Onodera et al. |
| 4,376,977 A | 3/1983 | Bruinshorst |
| 4,382,279 A | 5/1983 | Ugon |
| 4,390,946 A | 6/1983 | Lane |
| 4,396,979 A | 8/1983 | Mor et al. |
| 4,398,263 A | 8/1983 | Ito |
| 4,398,265 A | 8/1983 | Puhl et al. |
| 4,402,042 A | 8/1983 | Guttag |
| 4,403,303 A | 9/1983 | Howes et al. |
| 4,412,283 A | 10/1983 | Mor et al. |
| 4,425,628 A | 1/1984 | Bedard et al. |
| 4,449,201 A | 5/1984 | Clark |
| 4,450,519 A | 5/1984 | Guttag et al. |
| 4,453,229 A | 6/1984 | Schaire |
| 4,462,073 A | 7/1984 | Grondalski |
| 4,463,421 A | 7/1984 | Laws |
| 4,467,444 A | 8/1984 | Harmon, Jr. et al. |
| 4,467,810 A | 8/1984 | Vollmann |
| 4,471,426 A | 9/1984 | McDonough |
| 4,472,789 A | 9/1984 | Sibley |
| 4,488,217 A | 12/1984 | Binder et al. |
| 4,491,938 A | 1/1985 | Leach |
| 4,494,021 A | 1/1985 | Bell et al. |
| 4,494,187 A | 1/1985 | Simpson |
| 4,503,500 A | 3/1985 | Magar |
| 4,509,115 A | 4/1985 | Manton et al. |
| 4,538,239 A | 8/1985 | Magar |
| 4,539,655 A | 9/1985 | Trussell et al. |
| 4,541,045 A | 9/1985 | Kromer, III |
| 4,541,111 A | 9/1985 | Takashima et al. |
| 4,553,201 A | 11/1985 | Pollack et al. |
| 4,556,063 A | 12/1985 | Thompson et al. |
| 4,562,537 A | 12/1985 | Barnett et al. |
| 4,571,709 A | 2/1986 | Skupnjak et al. |
| 4,577,282 A | 3/1986 | Caudel et al. |
| 4,607,332 A | 8/1986 | Goldberg |
| 4,616,338 A | 10/1986 | Helen et al. |
| 4,626,798 A | 12/1986 | Fried |
| 4,626,985 A | 12/1986 | Briggs |
| 4,626,988 A | 12/1986 | George |
| 4,627,082 A | 12/1986 | Pelgrom et al. |
| 4,630,195 A | 12/1986 | Hester et al. |
| 4,630,934 A | 12/1986 | Arber |
| 4,641,246 A | 2/1987 | Halbert et al. |
| 4,649,471 A | 3/1987 | Briggs et al. |
| 4,660,155 A | 4/1987 | Thaden et al. |
| 4,660,180 A | 4/1987 | Tanimura et al. |
| 4,665,495 A | 5/1987 | Thaden |
| 4,670,837 A | 6/1987 | Sheets |
| 4,679,166 A | 7/1987 | Masunaga et al. |
| 4,680,698 A | 7/1987 | Edwards et al. |
| 4,689,581 A | 8/1987 | Talbot |
| 4,691,124 A | 9/1987 | Ledzius et al. |
| 4,698,750 A | 10/1987 | Wilkie et al. |
| 4,701,884 A | 10/1987 | Aoki et al. |
| 4,708,490 A | 11/1987 | Arber |
| 4,709,329 A | 11/1987 | Hecker |
| 4,710,648 A | 12/1987 | Hanamura et al. |
| 4,713,749 A | 12/1987 | Magar et al. |
| 4,714,994 A | 12/1987 | Oklobdzija et al. |
| 4,718,081 A | 1/1988 | Brenig |
| 4,720,812 A | 1/1988 | Kao et al. |
| 4,739,475 A | 4/1988 | Mensch, Jr. |
| 4,750,111 A | 6/1988 | Crosby, Jr. et al. |
| 4,758,948 A | 7/1988 | May et al. |
| 4,760,521 A | 7/1988 | Rehwald et al. |
| 4,761,763 A | 8/1988 | Hicks |
| 4,763,297 A | 8/1988 | Uhlenhoff |
| 4,766,567 A | 8/1988 | Kato |
| 4,772,888 A | 9/1988 | Kimura |
| 4,777,591 A | 10/1988 | Chang et al. |
| 4,780,814 A | 10/1988 | Hayek |
| 4,787,032 A | 11/1988 | Culley |
| 4,791,590 A | 12/1988 | Ku et al. |
| 4,794,526 A | 12/1988 | May et al. |
| 4,794,558 A | 12/1988 | Thompson |
| 4,797,850 A | 1/1989 | Amitai |
| 4,803,621 A | 2/1989 | Kelly |
| 4,805,091 A | 2/1989 | Thiel et al. |
| 4,809,169 A | 2/1989 | Sfarti et al. |
| 4,809,269 A | 2/1989 | Gulick |
| 4,811,208 A | 3/1989 | Myers et al. |
| 4,816,989 A | 3/1989 | Finn et al. |
| 4,816,996 A | 3/1989 | Hill et al. |
| 4,833,599 A | 5/1989 | Colwell et al. |
| 4,835,738 A | 5/1989 | Niehaus et al. |
| 4,837,563 A | 6/1989 | Mansfield et al. |
| 4,837,682 A | 6/1989 | Culler |
| 4,847,752 A | 7/1989 | Akashi |
| 4,853,841 A | 8/1989 | Richter |
| 4,860,198 A | 8/1989 | Takenaka |
| 4,868,735 A | 9/1989 | Moller et al. |
| 4,870,562 A | 9/1989 | Kimoto et al. |
| 4,872,003 A | 10/1989 | Yoshida |
| 4,882,710 A | 11/1989 | Hashimoto et al. |
| 4,890,225 A | 12/1989 | Ellis, Jr. et al. |
| 4,899,275 A | 2/1990 | Sachs et al. |

US 5,440,749 C1

Page 3

| | | |
|---|---|---|
| 4,907,225 A | 3/1990 | Gulick et al. |
| 4,910,703 A | 3/1990 | Ikeda et al. |
| 4,912,632 A | 3/1990 | Gach et al. |
| 4,914,578 A | 4/1990 | MacGregor et al. |
| 4,926,323 A | 5/1990 | Baror et al. |
| 4,931,748 A | 6/1990 | McDermott et al. |
| 4,931,986 A | 6/1990 | Daniel et al. |
| 4,933,835 A | 6/1990 | Sachs |
| 4,942,553 A | 7/1990 | Dalrymple et al. |
| 4,956,811 A | 9/1990 | Kajigaya et al. |
| 4,959,782 A | 9/1990 | Tulpule et al. |
| 4,967,352 A | 10/1990 | Keida et al. |
| 4,967,398 A | 10/1990 | Jamoua et al. |
| 4,969,091 A | 11/1990 | Muller |
| 4,974,157 A | 11/1990 | Winfield et al. |
| 4,979,102 A | 12/1990 | Tokuume |
| 4,980,821 A | 12/1990 | Koopman et al. |
| 4,985,848 A * | 1/1991 | Pfeiffer et al. ............... 345/505 |
| 4,988,892 A | 1/1991 | Needle |
| 4,989,113 A | 1/1991 | Asal |
| 4,989,133 A | 1/1991 | May et al. .................... 364/200 |
| 4,989,135 A | 1/1991 | Miki |
| 4,990,847 A | 2/1991 | Ishimaru et al. |
| 5,008,816 A | 4/1991 | Fogg, Jr. et al. |
| 5,013,985 A | 5/1991 | Itoh et al. |
| 5,021,991 A | 6/1991 | MacGregor et al. |
| 5,022,395 A | 6/1991 | Russie |
| 5,023,689 A | 6/1991 | Sugawara |
| 5,036,300 A | 7/1991 | Nicolai |
| 5,036,460 A | 7/1991 | Takahira et al. |
| 5,047,921 A | 9/1991 | Kinter et al. |
| 5,053,952 A | 10/1991 | Koopman, Jr. et al. |
| 5,068,781 A | 11/1991 | Gillett, Jr. et al. |
| 5,070,451 A | 12/1991 | Moore et al. |
| 5,081,574 A | 1/1992 | Larsen et al. |
| 5,097,437 A | 3/1992 | Larson et al. |
| 5,103,499 A | 4/1992 | Miner et al. |
| 5,109,495 A | 4/1992 | Fite et al. |
| 5,121,502 A | 6/1992 | Rau et al. |
| 5,127,091 A | 6/1992 | Boufarah et al. |
| 5,127,092 A | 6/1992 | Gupta et al. |
| 5,133,064 A | 7/1992 | Hotta et al. |
| 5,134,701 A | 7/1992 | Mueller et al. |
| 5,146,592 A | 9/1992 | Pfeiffer et al. |
| 5,148,385 A | 9/1992 | Frazier |
| 5,157,772 A | 10/1992 | Watanabe |
| 5,179,689 A | 1/1993 | Leach et al. |
| 5,179,734 A | 1/1993 | Candy et al. |
| 5,226,147 A | 7/1993 | Fujishima et al. |
| 5,237,699 A | 8/1993 | Little et al. |
| 5,239,631 A | 8/1993 | Boury et al. |
| 5,241,636 A | 8/1993 | Kohn |
| 5,261,057 A | 11/1993 | Coyle et al. |
| 5,261,082 A | 11/1993 | Ito et al. |
| 5,261,109 A | 11/1993 | Cadambi et al. |
| 5,325,513 A | 6/1994 | Tanaka et al. |
| 5,339,448 A | 8/1994 | Tanaka et al. |
| 5,353,417 A | 10/1994 | Fuoco et al. |
| 5,353,427 A | 10/1994 | Fujishima et al. |
| 5,379,438 A | 1/1995 | Bell et al. |
| 5,410,654 A | 4/1995 | Foster et al. |
| 5,410,682 A | 4/1995 | Sites et al. |
| 5,414,862 A | 5/1995 | Suzuki et al. |
| 5,421,000 A | 5/1995 | Fortino et al. |
| 5,440,749 A | 8/1995 | Moore et al. |
| 5,459,846 A | 10/1995 | Hyatt |
| 5,511,209 A | 4/1996 | Mensch, Jr. |
| 5,530,890 A | 6/1996 | Moore et al. |
| 5,537,565 A | 7/1996 | Hyatt |
| 5,604,915 A | 2/1997 | Moore et al. |
| 5,659,703 A | 8/1997 | Moore et al. |
| 5,784,584 A | 7/1998 | Moore et al. |
| 5,809,336 A | 9/1998 | Moore et al. |
| 6,598,148 B1 | 7/2003 | Moore et al. |

OTHER PUBLICATIONS

Best et al., "An Advanced–Architecture CMOS/SOS Micro-processor", IEEE Micro, vol. 2, No. 3, vol. 2, No. 3 (Jul. 1982), pp. 10–26.

Technology Properties Limited (TPL), Moore Microproces-sor Patent (MMP) Portfolio, downloaded from <<www.tpl-group.net/patents/index.php>> downloaded on Aug. 3, 2006, 3 pages total.

Alliacense US Patent 6,598,148 Product Report, Toshiba MPEG–4 CODEC TC35280 (T4) MPEG–4 Audiovisual Code LSI (2006) 14 pages.

"35ns 256K Device, VLSI Debuts SRAM Designed With Hitachi," Electronic News, p. 25 (Apr. 17, 1989).

"IBM RT Personal Computer Technology," IBM Corp. 1986. (collection of papers by developers).

Acorn Computers, Ltd., Acorn RISC Machine CPU Soft-ware Manual, Issue 1.00 Oct. 1985.

Acorn's RISC Leapfrog, Acorn User special issue, Jun. 1987; 59: 149–153.

Agrawal et al., "Design Considerations for a Bipolar Imple-mentation of SPARC," Compcon Spring apos;88. Thirty–Third IEEE Computer Society International Conference, Digest of Papers, Feb. 29–Mar. 3, 1988, pp. 6–9.

Agrawal, "An 80 MHz Bipolar ECL Implementation of SPARC," Sun Microsystems, Inc., Jun. 25, 1989, 40 pages total.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Car Navigation Main Processor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Navigation System GPS Chipset.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Car Navigation Main Microprocessor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; Kyocera Digital Camera Finecam S3R Image Processor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; PDA/Mobile Navigation, GPS Processor.

Alliacense US Patent 5,784,584 Product Report, NEC Microcomputer, V850E2 32 Bit Microcontroller, pp. 1–8 (2006).

Alliacense US Patent 5,784,584 Product Report, TLCHS–900/H1 Series TMP92C820, Toshiba Microcon-troller TMP92C820 / TLCS–900/H1 Series 16–bit Micro-controller, pp. 1–9 (2006).

Alliacense US Patent 5,809,336 Product Report, Toshiba Microcontroller TMP93CS44/S45 /TLCS–900/L Series 16–bit Microcontroller (2006).

Alliacense US Patent 5,809,336 Product Report, NEC Microcontroller UDP789478, 8 Bit Microcontroller, 38 pages (2006).

Alliacense US Patent 5,809,336 Product Report, Toshiba Microcontroller TMP92C26 / TMP92CW26, 32 bit Micro-controller (2006).

Alliacense US Patent 5,809,336 Product Report, Toshiba MPGE–4 Audiovisual LSI TC35273 MPEG–4 Audiovisual Code LSI (2006).

Anderson, D.W., The IBM System/360 Model 91: Machine Philosophy and Instruction Handling, IBM Journal, IBM, Jan. 1967, pp. 8–24.

# US 5,440,749 C1

Page 4

ARM Datasheet, Part No. 1 85250 0360 0, Issue No. 1 (Mar. 17, 1987).

Atmel SPARC Instruction Set, "Assembly Language Syntax," Rev. 4168C–AERO–08/01, 2002.

Bagula, "A 5V Self–Adaptive Microcomputer with 16Kb of #2 Program Storage and Security," IEEE International Solid–State Circuit Conference, 1986, pp. 34–35.

Bayko, Great Microprocessors of the Past and Present (V 11.7.0), downloaded from: <<http://web.archive.org/web/20010107210400/http://bwrc.eecs.berkeley.edu/CIC/Archive/cup_history.html>>, Feb. 2007, 60 pages total.

Bit SPARC Integer Unit B5000 Datasheet attached to a presentation by Anant Agrawal in 1989, 28 pages.

Books Review: Operating Systems A Systematic View, William S. Davis, Addison–Wesley Publishing Company, Inc., 1987; 26(4):453–454.

Bosshart et al., "A 533K–Transistor LISP Processor Chip," IEEE Journal of Solid State Circuits, SC–22(5): 808–819 (Oct. 1987).

Bourke, "Character Synchronization During Overrun Conditions," Delphion, IBM Technical Disclosure Bulletin, Dec. 1977.

Burroughs Corporation, "Burroughs B5500 Information Processing System Reference Manual," 1973.

Cal Run Fortran Guide, University of California, Computer Center, Berkeley, 292 pages total. (Sep. 1974).

CDC 6000 Computer Systems—COBOL Instant 6000, Version 3; Control Data Publication No. 60327600A (Apr. 1971).

CDC 6000 Computer Systems 7600 Computer Systems: FORTRAN Extended Instant 6000 Version 3, 7600 Version 1; Control Publication No. 60305900A (May 1971).

CDC 6000 Computer Systems/ 7600 Computer Systems: FORTRAN Extended Reference Manual, 6000 Version 3, 7600 Version 1; Control Data Publication No. 60329100, Revision D (1972).

CDC 6000 Series Computer System, 6642 Distributive Data Path Operation and Programming Reference Manual; Control Data Publication No. 60376300C (Mar. 1979).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. I, Preliminary Edition (updated May 1966).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. II, Preliminary Edition, Peripheral Packages and Overlays (Oct. 1965).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. III, Preliminary Edition, DSD—The Systems Display, (Nov. 1965).

CDC 6000 Series Computer Systems ASCENT General Information Manual; Control Data Publication No. 60135400 (Feb.1966).

CDC 6000 Series Computer Systems Chippewa Operating System Reference Manual; Control Data Publication No. 60134400 (Dec. 1965).

CDC 6000 Series Computer Systems Hardware Reference Manual; Control Data Publication No. 60100000 (Aug. 1978).

CDC 6000 Series Computer Systems/ 7600 Computer System: 6000 Compass Version 2, 7600 Versions 1 & 2 Reference Manual; Control Data Publication No. 60279900, Revision D, (1970, 1971, 1972).

CDC 6000 Series Computer Systems: Chippewa Operating System FORTRAN Reference Manual; Control Data Publication No. 60132700A (May 1966).

CDC 6000 Series Computer Systems: Peripheral Equipment Reference Manual; Control Data Publication No. 60156100, Revision J (Mar. 1970).

CDC 6000 Series Computer Systems: Site Preparation and Installation Manual; Control Data Publication No. 60142400, Revision B (Sep. 1965).

CDC 6000 Series Computer Systems: FORTRAN Extended General Information; Control Data Publication No. 60176400 (Oct. 1966).

CDC 6000 Series FORTRAN Extended 4.0, Internal Maintenance Specifications, (1971).

CDC 6000 Series Introduction and Peripheral Processors Training Manual, Second Edition; Control Data Publication No. 60250400 (Nov. 1968).

CDC 6400 Central Processor; Control Data Publication No. 60257200 (Feb. 1967).

CDC 6400/6500/6600 Ascent–to–Compass Translator; Control Data Publication No. 60191000 (Mar. 1967).

CDC 6400/6500/6600 Computer System Input/Output Specification; Control Data Publication No. 60045100 (Sep. 1967).

CDC 6400/6500/6600 Computer System Instant SMM; Control Data Publication No. 60299500 (Nov. 1969).

CDC 6400/6500/6600 Computer Systems COMPASS Reference Manual; Data 60190900, Revision B (Mar. 1969).

CDC 6400/6500/6600 Computer Systems Reference Manual; Control Data Publication No. 60100000, Revision K (Aug. 1970).

CDC 6400/6500/6600 Computer Systems Reference Manual; Control Data Publication No. 60100000D (1965, 1966, 1967).

CDC 6400/6500/6600 Extended Core Storage Systems Reference Manual; Control Data Publication No. 60225100, (Feb. 1968).

CDC 6400/6500/6600 Jovial General Information Manual; Control Data Publication No. 60252100A, (Mar. 1969).

CDC 6400/6600 Computer Systems: ASCENT/ASPER Reference Manual; Control Data Publication No. 60172700 (Jul. 1966).

CDC 6400/6600 FORTRAN Conversion Guide; Data Publication No. 60175500 (Aug. 1966).

CDC 6400/6600 Systems Bulletin (Oct. 10, 1966), 84 pages.

CDC 6400/6600 Export/Import 8231 Reference Manual; Data Publication No. 60189100 (Apr. 1967).

CDC 6600 Central Processor vol. 1; Control & Memory; Data Control Publication No. 020167 (Mar. 1967).

CDC 6600 Central Processor vol. 2, Functional Units; Control Data Publication No. 60239700 (Mar. 1967).

CDC 6600 Chassis Tabs; Control Data Publication No. 63016700A (Apr. 1965).

CDC 6600 Chassis Tabs; Control Data Publication No. 63019800A (Mar. 1965).

CDC 6600 Chippewa Operating System; Control Data Publication No. 60124500, Revision C (Apr. 1965).

CDC 6600 Computer System 6601 A–J, 6613A/B/C, 6604A/B/C, 6614–A/B/C Central Processor (Including Functional Units) vol. 1, Diagrams & Circuit Description; Control Data Publication No. 60119300BT(Jan. 1968).

CDC 6600 Computer System 6601 A–J, 6613A/B/C, 6604A/B/C, 6614–A/B/C Peripheral and Control Processor/ Central Memory/Clock/Extended Core Storage Coupler (Std Opt 10102 and/or Spec Opt 60080)/Power Wiring, vol. 2, Diagrams & Circuit Description; Control Data Publication No. 60119300BT (Jan. 1968).

**US 5,440,749 C1**

Page 5

CDC 6600 Computer System Operating System/Reference Manual, SIPROS66, 1st ed.; Control Data Publication No. 60101800A (1965).

CDC 6600 Computer System Programming System/Reference Manual, vol. 1. ASCENT; Control Data Publication No. 60101600B (1965).

CDC 6600 Computer System Programming System/Reference Manual, vol. 2. ASPER; Control Data Publication No. 60101700B (1965).

CDC 6600 Computer System Programming vol. 3. FORTRAN 66; Control Data Publication No. 60101500B (1965).

CDC 6600 Computer Training Manual, vol. 2, Preliminary Edition, Section 7.2 Shift Functional Units, 164 pages.

CDC 6600 Data Channel Equipment 6602–B/6612–A, 6603–B, 6622–A, 6681–B, 6682–A/6683–A, S.O. 60022, 60028, 60029, Diagrams & Circuit Description' Control Data Publication No. 60125000, Revision G (Jun. 1966).

CDC 6600 Training Manual; Control Data Publication No. 60147400, Revision A (Jun. 1965).

CDC 6603—A/B/C Disk File Controller Reference Manual; Control Data Publication No. 60334000 (1970).

CDC 6638 Disk File Subsystem Training Supplement; Control Data Publication No. 602500800A (Oct. 1968).

CDC 6638 Disk File System: Standard Option 10037–A, 6639–A/B File Controller—Diagrams and Circuit Description/Maintenance/Maintenance Aids/Parts List/ Wire Lists/ Chassis Tabs; Control Data No. 60227300, Revision H (Mar. 1974).

CDC 6639—A/B Disk File Controller Reference Manual; Control Data Publication No. 60334100E (Aug. 1973).

CDC 6639 Disk Controller Training Manual Test Edition (Sep. 1967), 28 pages.

CDC APL Version 2 Reference Manual, CDC Operating Systems : NOS; Control Data Publication No. 60454000F (Nov. 1980).

CDC Basic Version 3 Reference Manual: NOS 1 & NOS/BE 1; Control Data Publication No. 19983900G (Oct. 1980).

CDC Chippewa Operating System, Document Class ERS, System No. E012, Version 1.1; External Reference Specifications—Chippewa Operating System, (Jun. 1966).

CDC Chippewa Operating System, Document Class SIR, System No. E012, Version 1.0, (Mar. 3, 1966).

CDC Chippewa Operating System, Document Class SIR, System No. E012, Version 1.1, (Mar. 3, 1966).

CDC COBOL Version 4 Instant Manual, Cyber 170 Series, Cyber 70 Models 72, 73, 74, 6000 Series; Control Data Publication No. 60497000A (Feb. 1976).

CDC COBOL Version 5 Instant Manual, Operating System: NOS 1/BE 1; Control Data Publication No. 60497300B (Feb. 1981).

CDC CODES/Control Data 6400/6500/6600 Computer Systems; Control Data Publication No. 60141900, Revision C (Jun. 15, 1967).

CDC CODES/Control Data 6400/6500/6600/6700 Computer Systems; Control Data Publication No. 60141900, Revision D (Jun. 10, 1970).

CDC CODES/Control Data 6600; Control Data Publication No. 60141900, Revision A (May 1965).

CDC COMPASS Version3 Instant, Operating Systems: NOS 1, NOS 2, NOS/ BE 1, SCOPE 2; Control Data Publication No. 60492800D (Jun. 1982).

CDC Course No. FH4010–1C, NOS Analysis, Student Handout, Revision C (Apr. 1980).

CDC Course No. FH4010–4C NOS Analysis, Study Dump (Apr. 1980).

CDC Cyber 170 Models 720, 730, 740, 750 and 760 Model 176 (Level B/C) Computer Systems, Codes; Control Data Publication No. 60456920C, (Jun. 1981).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 6000 Computer Systems: FORTRAN Reference Manual Models 72, 73, 74 Version 2.3, 6000 Version 2.3; Control Data Publication No. 19980400, Revision F (Jul. 1972).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 7600 Computer System, 6000 Computer Systems—ALGOL Reference Manual, Cyber 70 Series Version 4, 6000 Version 4, 7600 Series Version 4; Control Data Publication No. 60384700A (Aug. 1973).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 7600 Computer System, 6000 Computer Systems: COBOL Instant Models 72, 73, 74 Version 4, Model 76 Version 1, 6000 Version 4; Control Data Publication No. 60328400A (Dec. 1971).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 7600 Computer System, 6000 Computer Systems: FORTRAN Extended Instant Models 72, 73, 74 Version 4, Model 76 Version 2, 7600 Version 2, 6000 Version 4; Control Data Publication No. 60357900A (Nov. 1971).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 7600 Computer System, 6000 Computer Systems: FORTRAN Extended Reference Manual Models 72, 73, 74 Version 4, Model 76 Version 2, 6000 Version 4; Control Data Publication No. 60305600A (Oct. 1971).

CDC Cyber 70 Series 6000 Series Computer Systems: APL*Cyber Reference Manual; Control Data Publication No. 19980400B (Jul. 1973).

CDC Cyber 70 Series Computer Systems 72, 73, 74, 6000 Series Computer Systems—Kornos 2.1 Workshop Reference Manual; Control Data Publication No. 97404700D (1976).

CDC Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems, KRONO 2.1 Operator Guide; Control Data Guide; Control Data Publication No. 60407700A (Jun. 1973).

CDC Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems, KRONOS 2.1 Installation Handbook; Control Data Publication No. 60407500A (Jun. 1973).

CDC Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems, KRONOS 2.1 Time–Sharing User's Reference Manual; Control Data Publication No. 60407600B (May 1974).

CDC Cyber 70/ Model 76 Computer System, 7600 Computer System: FORTRAN Run, Version 2 Reference Manual; Control Data 60360700C (May 1974).

CDC Cyber Interactive Debug Version 1 Guide for Users of FORTRAN Extended Version 4, CDC Operating Systems: NOS 1, NOS/ BE 1, Control Data Publication No. 60482700A (Feb. 1979).

CDC Cyber Interactive Debug Version 1 Guide for Users of FORTRAN Version 5, Operating Systems: NOS 1, NOS/ BE 1, Control Data Publication No. 60484100C (Sep. 1984).

CDC Cyber Interactive Debug Version 1 Reference Manual, NOS 1, NOS 2, NOS/ BE 1; Data Control Publication No. 60481400D (Jun. 1984).

CDC Cyber Loader Version 1 Instant, CDC Operating System NOS1, NOS/ BE 1, Control Data Publication No. 60449800C (Aug. 1979).

CDC Disk Storage Subsystem—Operation and Programming Manual; Control Data Publication No. 60363900, Version T (1972–1980).

CDC FORTRAN Extended 2.0, Document Class ERS, System No. C012, (Dec. 1966).

CDC FORTRAN Extended 2.0, Document Class IMS, Internal Maintenance Specifications—64/65//6600 V FORTRAN Extended Version 2 (Mar. 1969).

CDC FORTRAN Extended Version 4 Instant Manual, Operating Systems: NOS 1, NOS/BE 1, SCOPE 2; Control Data Publication No. 60497900B (Jun. 1981).

CDC FORTRAN Extended, Sales Technical Memorandum (May 1967).

CDC FORTRAN Extended Version 5 Instant, CDC Operating Systems: NOS 1, NOS/ BE 1, SCOPE 2; Control Data Publication No. 60483900A (Jan. 1981).

CDC GED FORTRAN Extended 1.0, Product No. C012, Dept No. 254, Project No. 4P63FTN (Aug. 1967).

CDC Instant 6400/3500/6500 SIMULA; Control Data Publication No. 60235100, Revision A (Feb. 1969).

CDC Instant 6400/3500/6600 COMPASS; Control Data Publication No. 60191900, Revision A (1968).

CDC Instant FORTRAN 2.3 (6000 Series); Data Publication No. 60189500D (May 1969).

CDC Internal Maintenance Specification: FORTRAN V5, ; Control Data Publication No. 77987506A.

CDC KRONOS 2.1 Reference Manual vol. 1 of 2; Control Data Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems; Control Data Publication No. 60407000D (Jun. 1975).

CDC KRONOS 2.1 Time–Sharing User's Reference Manual, Cyber 70 Series Models 72, 73, 74, 6000 Series Computer Systems; Control Data Publication No. 60407600D (Jun. 1975).

CDC Model dd 60A Computer Control Console/Customer Engineering Manual; Control Data Publication No. 82100010 (Mar. 1965).

CDC Model dd60B Computer Control Console/Customer Engineering Manual; Control Data Publication No. 82103500 (Feb. 1965).

CDC Network Products: Network Access Method Version 1, Network Definition Language Reference Manual; Control Data Publication No. 60480000J (May 1981).

CDC Network Products: Network Terminal User's Instant—Operating System NOS 1; Control Data Publication No. 60455270C, (Oct. 1980).

CDC NOS 2 Operations Handbook; Control Data Publication No. 60459310, (Aug. 1994).

CDC NOS Version 1 Applications Programmer's Instant, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60436000H (Jan. 1980).

CDC NOS Version 1 Internal Maintenance Specification vol. 1 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Internal Maintenance Specification vol. 2 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Internal Maintenance Specification vol. 3 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Operator's Guide, CDC Computer Systems: Cyber 170 Series, Cyber 70 Model 71, 72, 73, 74, 6000 Series (Dec. 1980).

CDC NOS Version 1 Reference Manual vol. 1 of 2, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60435400J (1979).

CDC NOS Version 1 Reference Manual vol. 2 of 2, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60445300E (1977).

CDC NOS Version 1 System Maintenance Reference Manual; Control Data Publication No. 60455380H (Apr. 1981).

CDC NOS Version 2 Analysis Handbook, Cyber 180, Cyber 170 , Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459300D (Oct. 1984).

CDC NOS Version 2 Analysis Handbook; Control Data Publication No. 60459300U (Jul. 1994).

CDC NOS Version 2 Installation Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459320E_(Mar. 1985).

CDC NOS Version 2 Operation/Analysis Handbook, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459310C (Oct. 1983).

CDC NOS Version 2 System Maintenance Reference Manual, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459300C (Oct. 1983).

CDC NOS/BE Version 1 Diagnostic Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60494400–V (1986).

CDC NOS/BE Version 1 Installation Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60494300AB (Dec. 1986).

CDC NOS/BE Version 1 Reference Manual, Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60493800M 1981.

CDC Outline of Reports on Feasibility Study of 64/6600 FORTRAN Ver 3.0 and Conversational FORTRAN, FORTRAN Study Project, Product No. X010, Dept No. 254, Project No. 4P63, (Jun. 1966).

CDC Pascal Version 1 Reference Manual, Operating Systems: NOS 2; Control Data Publication No. 60497700 (Sep. 1983).

CDC Pascal Version 1 Reference Manual, Operating Systems: NOS 2; Control Data Publication No. 60497700A (Dec. 1982).

CDC PL/1 Version 1 Instant, CDC Operating Systems: NOS 1, NOS/ BE 1; Control Data Publication No. 60483700A (Nov. 1979).

CDC SIMSCRIPT 11.5 Instant; Control Data Publication No. 84000450B (Sep. 1978).

CDC Sort/Merge Version 4 and 1 Instant, Operating Systems: NOS 1, NOS/BE 1, SCOPE 2; Control Data Publication No. 60497600C (Jan. 1981).

CDC Sort/Merge Version 5 Reference Manual, Operating Systems: NOS 2, NOS/BE 1; Control Data Publication No. 60484800C (Feb. 1984).

CDC SYMPL Version 1 Instant, NOS 1, NOS/BE 1, SCOPE 2; Control Data Publication No. 60482600A (May 1978).

CDC SYMPL Version 1 Users Guide, Operating Systems:, NOS 1, NOS/BE 1, SCOPE 2; Control Data Publication No. 60499800B (Apr. 1978).

CDC Update Instant, Cyber 170 Series, Cyber 70 Series, 6000 Series, 7600 Computer Systems; Control Data Publication No. 60450000A (Nov. 1975).

US 5,440,749 C1

Page 7

CDC Update Reference Manual Operating Systems: SCOPE 3.4, KRONOS 2.1; Control Data Publication No. 60342500, Revision H (1971–1976).

CDC XEDIT Version 3 Reference Manual, Operating System: NOS 1; Control Data Publication No. 60455730B (Aug. 1979).

Chippewa Laboratories FORTRAN Compiler Run, Preliminary Edition, CDC 6000 Series Computer Systems, (Apr. 1966).

Cho et al., WAM 3.6: A 40K Cache Memory and Memory Management Unit, ISCC '86, Feb. 19, 1986.

Cho et al., "The Memory Architecture and the Cache and Memory Management Unit for the Fairchild CLIPPER Processor," Report No. UCB/CSD 86/289, Computer Science Division (EECS), University of California (Apr. 1986).

CLIPPER™ 32–Bit Microprocessor, Introduction to the CLIPPER Architecture, published by Fairchild in 1986.

Cordell, II et al., "Advanced Interactive Executive Program Development Environment," IBM Systems Journal, 1987; 26(4):361–382.

Crawford, "The i486 Executing Instructions in One Clock Cycle," IEEE Micro, pp. 28–36 (Feb. 1990).

Cray–1 Computer System Hardware Reference Manual, Publication No. 2240004, Rev C, Nov. 4, 1977.

Disk Routines and Overlays, Chippewa Operating System, CDC Development Division—Applicants, (Nov. 1965).

Ditzel et al., "The Hardware Architecture of the CRISP Microprocessor," AT & T Information Systems, ACM, pp. 309–319 and table of contents (1987).

Dowsing et al., "Computer Architecture: A First Course, Chapter 6: Architecture and the Designer," Van Nostrand Reinhold (UK) Co. Ltd., pp. 126–139.

DS5000 Soft Microcontroller User's Guide Preliminary V 1.0, Dallas Semiconductor.

Duell, C. H., "Everything that can invented has been invented," 2 pages dowloaded from http://www.tplgroup.net/patents/index.php.

Evans et al., "An Experimental 512–bit Nonvolatile Memory with Ferroelectric Storage Cell," IEEE Journal of Solid–State Circuits, 23(5):1171–1175.

Excerpt from A Seymour Cray Perspective http://research.microsoft.com/users/gbell/craytalk/sid029.htm (Slide 29).

Excerpt from A Seymour Cray Perspective http://research.Microsoft.com/users/gbell/craytalk/sid/001.htm (Slide 1).

Fairchild Microcomputers, F8/3870, F6800, BIT Slice, IC Master 1980, pp. 1, 2016–2040 (1980).

Fiasconaro, J., "Microarchitecture of the HP9000 Series 500 CPU," Microarchitecture of VLSI Computers, NATO ASI Series No. 96, Antognetti, eds., pp. 55–81.

Field Maintenance Print Set, KA780–01–01 Rev. A.

Fisher et al., "Very Long Instruction Word Architectures and the ELI–512," ACM pp. 140–150 (1983).

Fukui et al., "High Speed CMOS 4–bit Microcomputer SM550 Series," pp. 107–109 published 1982, 1983. (Document in Japanese).

Furber, VSLI RISC Architecture and Organization, Chapter 3: Commerical VLSI RISC, pp. 124–129, Marcel Dekker, Inc., 1989.

GB Patent Application 8233733, INMOS, Ltd. Microcomputer, filed Nov. 26, 1982.

GE 600 Series, publication.

GE–625 / 635 Programming Reference Manual, revised Jan. 1996.

Gershon, Preface, IBM Systems Journal 26(4):324–325.

Green et al., "A Perspective on Advanced Peer–to–Peer Networking," IBM Systems Journal, 1987; 26(4):414–428.

Grimes et al., "64 bit Processor, The Intel i860 64–Bit Processor: A General–Purpose CPU with 3D Graphics Capabilities", published by Intel, p. 85 (Jul. 1989).

Grishman, R., "Assembly Language Programming for the Control Data 6000 and Cyber Series Algorithmics".

Grondalski et al., "Microprocessors–Special Purpose—THPM 16.3: A VLSI Chip Set for a Massively Parallel Architecture," 1987 IEEE International Solid–State Circuits Conference, Feb. 26, 1987, pp. 1998– 198.

Gross et al., "Measurement and evaluation of MIPS architecture and processor," ACM Trans. Computer Systems, pp. 229–257 Aug. 1988.

Guttag, "The TMS34010: An Embedded Microprocessor", IEEE Micro, vol. 8, No. 3, May 1988, pp. 39–52.

Hansen, "A RISC Microprocessor with Integral MMU and Cache Interface," ICCD '86, pp. 145–148, 1986.

Hennessy et al., "Hardware/software tradeoff for increased performance," Proceedings of the Symposium on Architectural Support for Programming Languages and Operating Systems,, pp. 2–11, ACM, Apr. 1982.

Hennessy et al., "Hardware/software Tradeoff for Increased Performance," Technical Report No. 22.8, Computer Systems Laboratory, Feb. 1983, 24 pages.

Hennessy et al., "MIPS: A Microprocessor Architecture," IEEE, pp. 17–22 (1982).

Hennessy et al., "MIPS: A VLSI Processor Architecture" VLSI Systems and Computer, Kung eds. , Carnegi–Mellon University, pp. 337–346 (1981).

Hennessy et al., "The MIPS Machine", COMPCON, IEEE, Spring 1982, pp. 2–7.

Hennessy, "Performance Issues in VLSI Processor Design," IEEE on VLSI in Computers, , pp. 153–156. (1983).

Hinton, "80960—Next Generation," COMPCON Spring 89, IEEE, 13–16 (1989).

Hitachi America Ltd., "8–Bit Single–Chip Microprocessor Data Book", Jul. 1985, Table of Contents and pp. 251–279.

Hollingsworth et al., "The Fairchild Clipper: Instruction Set Architecture and Processor Implementation," Report No. UCB/CSD 87/329, Computer Science Division (EECS), University of California Berkeley, California, (Feb. 11, 1987).

Horowitz et al., "A 20– MIPS Peak, 32–bit Microprocessor with On–Chip Cache," IEEE Journal of Solid State Circuits, SC–22(5):790–799 (Oct. 1987).

HP 9000 Instrument Controllers, Technical Specifications Guide, Oct. 1989.pdf.

HP 9000 Series Computer Systems, HP–UX Reference 09000–090004, Preliminary Nov. 1982.

HP Sacajawea External Reference Specification Preliminary Version 1.1 (Jan. 14, 1987).

Hughes, "Off–Chip Module Clock Controller," Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Hunter, "Introduction to the Clipper Architecture," IEEE Micro, pp. 6–26 (Aug. 1987).

IBM RT PC, BYTE 1986 Extra Edition, Inside The IBM PCs, pp. 60–78.

IBM Systems Reference Library, IBM System/360 Model 67 Functional Characteristics, File No. S360–01, Form A27–2719–0, published by IBM (1967).

IEEE Std 796–1983, Microcomputer System Bus, pp. 9–46. Index of/pdf/cdc/6×00, downloaded from http://www.bitsavers.org/pdf/cdc/6×00/.

## US 5,440,749 C1

Page 8

INMOS Engineering Data, IMS T414M Transputer, Extended Temperature, (Aug. 1987).

INMOS IMS T212 Engineering Data Preliminary Data Sheet (Aug. 1987).

INMOS IMS T414 Data Sheet, (Jun. 1987).

INMOS IMS T414 Transputer, Engineering Data, pp. 107–163.

INMOS IMS T414 Transputer, Preliminary Data.

INMOS IMS T800 Transputer Preliminary Data Sheet Apr. 1987.

INMOS Limited, IMS T424 Transputer Reference Manual, 1984.

INMOS Limited, Transputer Reference Manual, Prentice Hall, 368 pages (1988), relevant pp. 1–4, 73 and 96.

INMOS M212 Disk Processor Product Overview Oct. 1987, 12 pages total.

Intel 386TM DX Microprocessor 32–Bit CHMOS Microprocessor With Integrated Memory Management (1995).

Intel 4004 Data Sheet Single Chip 4–Bit 9–Channel Microprocessor, pp. 8–15 to 8–23.

Intel 8008 8–Bit Parallel Central Processor Unit, published by Intel (Nov. 1972), Users Manual.

Intel 80386 Programmer's Reference Manual, published by Intel (1986).

Intel 80960CA User's Manual published by Intel (1989).

Intel Architecture Optimization Manual, Order No. 242816–003, published by Intel (1997).

Intel Architecture Software Developer's Manual, vol. 1: Basic Architecture, published by Intel (1997).

Intel i860 64–Bit Microprocessor, Intel Corporation Feb. 1989.

Intel MCS–4 Micro Computer Set, Integrated Circuit Engineering Collection (Nov. 1971).

Intel, iAPX 386 High Performance 32–Bit Microprocessor Product Review (Apr. 1984).

Intel 8080A–1/8080A–2, 8–Bit N–Channel Microprocessor, Order No. 231453–001, Its Respective Manufacturer (Nov. 1986).

Jguppi et al., "20 MIPS Sustained 32b CMOS with 64b Data Bus," IEEE Int'l Solid State Circuits Conf., pp. 84–86 (1989).

Johnson et al., "A Variable Delay Line PLL for CPU–Coprocessor Synchronization," IEEE Journal of Solid–State Circuits, 23(5): 1218–1223, Oct. 1988.

Katevenis et al., "Reduced Instruction Set Computer Architecture for VLSI," Doctoral Dissertation, Oct. 1983.

Katevenis et al., "The RISC II Micro–Architecture," Journal of VLSI and Computer Systems, 1(2):138–152 (1984).

Kipp, "Micron Technology Inc. Reports Financial Results," Business Wire, New York, Sep. 26, 1988.

Kohn et al., "Introducing INTEL i860 64–Bit Microprocessor," Intel Corporation, IEEE Micro (Aug. 1989).

Koopman, "RTX 4000," Proceedings of 1989 Rochester Forth Conference, pp. 84–86.

Koopman, "The WISC Concept: A proposal for a writable instruction set computer," BYTE, pp. 187–193. (Apr. 1987).

Koopman, Jr. et al. "MVP Microcoded CPU/16 Architecture," Proceedings of 1986 Rochester Forth Conference, pp. 277–280.

Koopman, Jr. et al., "WISC Technologies, Inc., Writable Instruction Set, Stack Oriented Computers: The WISC Concept," 1987 Rochester Forth Conference, Journal of Forth Application and Research 5(1):49–71.

Koopman, Jr. Stack Computers: the new wave, 1989.

Loucks et al., "Advanced Interactive Executive (AIX) Operating System Overview," IBM Systems Journal, 1987; 26(4):326–345.

LSI Logic Corporation MIPS Architecture RISC Technology Backgrounder, "Introduction to RISC Technology," LSI Logic Corporation (Apr. 1988).

Matick, "Self–Clocked Cache," Delphion, IBM Technical Disclosure Bulletin, Apr. 1985.

Matsushita Electric, 8 bit Dual 1–chip Microcomputer MN1890 Series User's Manual, translation of original Japanese language document, by Matsushita Electric Industrial Co., Ltd. Semiconductor Sales Division.

Matsushita Electronics Corporation, MN18882) Instruction Manual, (document in Japanese 1988).

Matsushita Electronics Corporation, MN188166.User's Manual, Japanese language document.

Matsushita Electronics Corporation, MN18882 LSI User's Manual, Japanese language document, 1987.

Matsushita Electronics Corporation, Specification Sheet, MN18882 (Book 1) translation of the Japanese language original, Code No. MIG0175, Matsushita Electronics Industry Corporation, Microcomputer Products Division, Oct. 2, 1990.

Matthys R. J., Crystal Oscillator Circuits, John Wiley & Sons, pp. 25–64 (1983).

May, "The Transputer and Occam," International Conference on the Impact of Digital Microelectronics and Microprocessors on Particle Physics, held Mar. 28–30, 1988, published by World Scientific in 1988, Budnich, eds. pp. 205–211.

May, D., "The Influence of VLSI Technology on Computer Architecture," INMOS Ltd, pp. 247–256 (1988).

McFarlane letter via e–mail from to Hoge, Agarwal, & Spears re: "Attorney Eyes Only" status of depositions of Daniels and McDermott, dated Jan. 17, 2008.

Mead et al., eds., Introduction to VLSI Systems, Addison Wesley Publishers, (1980), 144 pages.

Miller, Frequency Modulated Ring Oscillator for a Mode Regulated Substrate Bias Generator, Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Mills et al., "Box Structured Information Systems," IBM Systems Journal, 1987; 26(4):395–413.

Minyard, Using a TMS320C30 Serial Port as an Asynchronous RS–232 Port, Application Brief: SPRA240, Texas Instruments (May 1994).

MMP Portfolio, News Release: Roland Becomes 50th Licensee, Setting a Major Milestone in Moore Microprocessor Patent Licensing Program, 3 pages (May 1, 2009).

Moelands, A. P. M., "Serial I/O with the MAB8400 series microcomputers," Electronic Components and Applications, 3(1):38–46 (1980).

Moore, P., "INMOS Technical Note 15: IMS B005 Design of a Disk Controller board with drives," Dec. 3, 1986.

Mostek Corp., "Mostek 1981 3870/F8 Microcomputer Data Book", Feb. 1981, pp. III–76 through III–77, III–100 through III–129, and VI–1 through VI–11.

Mostek Corp., Advertisement, EDN, Nov. 20, 1976.

Motorola Inc.; MC 68332 32–Bit Microcontroller System Integration User's Manual Preliminary Edition, Revision 0.8, (1989).

Motorola MC146805H2, Advance Information, pp. 1–12.

Motorola MC68HC11AB HCMOS Single–Chip Microcomputer, table of contents and introduction (1985).

**US 5,440,749 C1**

Page 9

Motorola Semiconductors MC146805H2, Product Brochure.

Motorola, "How to Take Control" product brochure by Motorola (1988).

Motorola, MC68300 Family MC68332 User's Manual, (1995).

Motorola, MC88100 RISC Microprocessor User's Manual (1989).

Moussouris et al., "A CMOS RISC Processor Integrated System Functions," Proceedings of 31st IEEE Computer Society International Conference, Cathedral Hill Hotel, San Francisco, CA Mar. 3–6, 1986, pp. 126–131, 1986.

National Semiconductor HPC16400/HPC36400/HPC46400 High–Performance MicroControllers with HDLC Controller product literature.

NEC Data Sheet MOS Integrated Circuit uPD75008, 4 bit Single–Chip Microcomputer (1989).

NEC Electronics Inc. High–End, 8–Bit, Single–Chip CMOS Microcomputers product literature.

NEC Electronics Inc. Microcomputer Products Microprocessors, Peripherals, & DSP Products Data Book vol. 2 of 2 cover page.

NEC Electronics Inc. Microcomputer Products Single–Chip Products Data Book vol. 1 of 2 cover page.

NEC Electronics Inc. MOS Integrated Circuit uPD70208H, 70216H Data Sheet, V40HL, V50HL 16/8, 16–Bit Microprocessor (1995).

NEC Electronics Inc. MOS Integrated Circuit uPD7225 Programmable LCD Controller/Driver (1986, 1999).

NEC Electronics Inc. uPD78C10/C11/C14 8–Bit, Single–Chips CMOS Microcomputers with A/D Converter product literature.

Olson, Semiconductor Die with Wiring Skirt (Packaging Structure), Delphion, IBM Technical Disclosure Bulletin, Jul. 1978.

O'Neil, "Pipeline Memory System for Drams", Delphion, IBM Technical Disclosure Bulletin, May 1989.

Paker, Y., Multi–Processor Systems, Academic Press, pp. 1–23 (1983).

Parent Continuity Data for 07/389,334 downloaded from PAIR.

Patterson et al., "Architecture of a VLSI instruction Cache for A RISC," ACM, pp. 108–116 (1983).

Patterson et al., "RISC I: A Reduced Instruction Set VLSI Computer," Proceedings of the 8th annual symposium on Computer Architecture on Computer Architecture, Minneapolis, Minnesota, pp. 443–457 (May 1981).

Patterson, "RISC Watch," ACM, vol. 12 (1):11–19 (Mar. 1984).

Patterson, D. A., "Reduced Instruction Set Computers" Communication of the ACM, , 28(1):.8–21, Jan. 1985.

Pountain, "The Archimedea A310," BYTE, 1987.

Przybyiski et al., "Organization and VLSI Implementation of MIPS," Technical Report: CSL–TR–84–259, Apr. 1984.

Przybyiski, "The Design Verification and Testing of MIPS", 1984 Conference on Advanced Research in VLSI, pp. 100–109.

Rangel (PTI) letter by fax to McFarlane, Hoge, Agarawal & Spears re: non–confidential status of deposition transcripts of Daniels and McDermott, dated Jan. 15, 2008.

Rau et al., "The Cydra 5 Departmental Supercomputer, Design Philosophies, Decisions, and Trade–offs," IEEE, pp. 12–36 (1989).

Reekie, Realtime DSP: The TMS320C30 Course, Revision 3 (Feb. 20, 1994r).

RISC Roots: CDC 6000 (1965) www.//bwrc.eecs.berkley.edu/CIC/archive/cpu_history.html, downloaded Oct. 27, 2006.

Roche et al., "Method of Assuring a Two–Cycle Start, Zero Cycle Stop, Non–Chopping on Chip Clock Control Throughout a VLSI Clock System," Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Rowen et al., "A Pipelined 32b NMOS Microprocessors and Microcontrollers," IEEE International Solida–State Circuits Conference, pp. 180–181, 1984.

Rubinfeld et al., "The CVAX CPU, A CMOS VAX Microprocesor Chip", International Conference on Computer Design, Oct. 1987.

Ryan, D.P., "Intel's 80960: An Architecture Optimized for Embedded Control," IEEE Micro, published in Jun. 1988.

Sanamrad et al., "A Hardware Syntactic Analysis Processor," IEEE, Aug. 1987, pp. 73–80.

Sequin et al., "Design and Implementation of RISC I," pp. 276–298 from VLSI Architecture, B. Randell and P.C. Treleaven, editors, Prentice Hall, 1983.

Shepherd et al., "Current and Future Transputers," INMOS Presentation given at Jun. 15, 1988 Workshop on Computer Architecture.

Sherburne, R. W., "Processor Design Tradeoffs in VLSI," U.C. Berkeley, May 1984. PhD Dissertation.

Shih, "Microprogramming Heritage of RISC Design," Proceedings of the 23rd annual workshop and symposium on Microprogramming and microarchitecture, pp. 275–280. (1990).

Shyam, "Hardware External Reference Specification for Enhanced Champion/Paladin," Revision of Nov. 11, 1986.

Sibigtroth, J. M., "Motorola's MC68HC11: Definition and Design of a VLSI Microprocessor," IEEE Micro, 4(1):54–65 (1984).

Signetics Microprocessor Data manual cover page.

Signetics Microprocessor Products Data manual, 8x330 Floppy Disk Formatter/Controller product specification.

Signetics Microprocessor Products Data manual, SC96AH Series Single–Chip 16–Bit Microcontrollers preliminary specification.

Simpson et al., "The IBM RT PC ROMP Processor and Memory Management Unit Architecture," IBM systems Journal, Dec. 1987; 26(4):346–360.

Simpson, R.O., "The IBM RT Personal Computer," BYTE 11(11):43–78 (Oct. 1986).

Skruhak et al., "Modular Design of a High Performance 32–bit Microcontroller," IEEE 1989 Custom Integrated Circuits Conference, pp. 23.8.1–23.8.4 (1989).

Stanley, R. C., "Microprocessors in brief," IBM J. Res. Develop., 29(2):110–118 (Mar. 1985).

Submicron Systems Architecture Project, Caltech Computer Science Technical Report, Nov. 1, 1991.

Sultan et al., "Implementing System–36 Advanced Peer–to–Peer Networking," IBM Systems Journal, 1987; 26(4):429–452.

Texas Instrument, "TMS 370 Microcontroller Family User's Guide," (1996), 873 pages.

Texas Instruments TMS320C30 Digital Signal Processor product literature, SPRS032A (Apr. 1996, Revised Jun. 1997).

Texas Instruments TMS34010 Graphics System Processor product literature.

**US 5,440,749 C1**

Page 10

The Ring Oscillator VCO Schematic, 1 page.

Thornton, J. E. "Considerations in Computer Design Leading Up To the Control Data 6600," Control Data Chippewa Laboratory (1970).

Thornton, J. E., "Design of a Computer The Control Data 6600," published by Advanced Design Laboratory (1970).

Toshiba TLCS–42, 47, 470 User's Manual Published in Apr. 1986.

Ungar et al., "Architecture of SOAR: Smalltalk on a RISC," Proceedings of the 11th Annual International Symposium on Computer Architecture ISCA '84. ACM Press, New York, NY, pp. 188–197 (1984).

VAX 11/780 Architecture Handbook vol. 1, 1977–1978, 2–7 and G–8.

VAX 8800 System Technical Description vol. 2, EK–KA88I–TD–PRE, Section 6, Instruction Box (IBOX), Preliminary Edition (Jul. 1986).

VAX Maintenance Handbook: VAX–11/780, EK–VAXV2–HB–002, 1983 Edition.

VL86C010 RISC Family Data Manual , Application Specific Logic Product Division, 1987.

Waters et al., "AIX Usability Enhancements and Human Factors," IBM Systems Journal, 1987; 26(4):383–394.

Whitby–Strevens, The transputer, Proceedings of the 12th annual international symposium on Computer architecture, p. 292–300, Jun. 17–19, 1985, Boston, Massachusetts, United States.

Whiteby–Streven, "Transputer Technical Notes from INMOS," Google Groups; comp.sys.transputer, dated Sep. 7, 1988.

Williams, "Chip Set Tackles Laptop Design Issues, Offers Flat–Panel VGA Control," Computer Design, Oct. 15, 1988; 27(19):21–22.

Agrawal, "Bipolar ECL Implementation," The SPARC Technical Papers, Catanzaro, eds., Springer–Verlag, NY, pp. 201–211. (1991).

Gill et al. Summary of MIPS Instruction. CSL Technical Note No. 237, Computer Systems Laboratory, Stanford University, Nov. 1983. 50 pages total.

Hennessy et al., "Design of a High Performance VSL Processor," Third Caltech Conference on Very Large Scale Integration, Bryant eds., California Institute of Technology, Computer Science Press, pp. 33–54. (1983).

Horowitz et al., "A 32b Microprocessor with On–Chip 2Kbyte Instruction Cache," IEEE International Solid State Circuits Conference, pp. 30, 31 and 328 (1987).

Knapp, "Frequency Stability Analysis of Transistorized Crystal Oscillator," IEEE Transactions on Instrumentation and Measurement, vol. 12, No. 1, pp. 2–5. (Jun. 1963).

Nicoud et al., "The Transputer Instruction Set," IEEE Micro, vol. 9, No. 3, pp. 60–75 (May 1989).

Parasuraman, "High Performance Microprocessor Architectures," Proceedings of the IEEE, vol. 64, No. 6, pp. 851–859. (Jun. 1976).

Proebsting et al., "A TTL Compatible 4096–Bit N–Channel RAM," IEEE International Solid State Circuits Conference, vol. XVI, pp. 28–29 (Feb. 1973).

Schoeffler, "Microprocessor Architecture," IEEE Transactions on Industrial Electronics and Control Instrumentation, vol. IECI–22, Issue 3, pp. 256–272. (Aug. 1975).

Walls et al., "A Frequency–Lock System for Improved Quartz Crystal Oscillator Performance," IEEE Transactions on Instrumentation and Measurement, vol. IM–27, No. 3, pp. 249–252 (Sep. 1978).

The Motorola MC68020, MacGregor, D. et al., IEEE Micro, vol. 4, issue 4, Aug. 1984, pp. 101–118.

MC68020 32–Bit Microprocessor User's Manual, Motorola, Prentice–Hall, 1984.

Mostek 1981 3870 / F8 Microcomputer Data Book Feb. 1981, pp. III–76–VI–11.

F8/3870 F6800 Bit–Slice Fairchild Microcomputers United Technical Publications, IC Master, 1980, pp. 2016–2040.

80386 Programmer's Reference Manual Intel, 1986.

Transputer Reference Manual INMOS, Prentice Hall, 1988.

Barron, I et al., The Transputer, Electronics, Nov. 17, 1983, pp. 109–115.

Burroughs Corporation, Burroughs B7700 Systems Reference Manual. 1973.

Fiasconaro, J., Microarchitecture of the HP9000 Series 500 CPU, Microarchitecture of VLSI Computers, NATO ASI Series No. 96, edited by p. Antognetti et al. pp. 55–81.

MacGregor, D., et al., The Motorola MC68020, IEEE Micro, vol. 4, issue 4, Aug. 1984, pp. 103–118.

Motorola, MC68020 32–Bit Microprocessor User's Manual, Prentice–Hall, 1985.

* cited by examiner

US 5,440,749 C1

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims 21-29 is confirmed.

Claims 8 and 9 are cancelled.

Claims 1, 5, 7, 10, 13, 18 and 19 are determined to be
patentable as amended.

Claims 2-4, 6, 11, 12, 14-17 and 20, dependent on an
amended claim, are determined to be patentable.

New claims 30 through 59 are added and determined to be
patentable.

1. A microprocessor system, comprising a central process-
ing unit integrated circuit, a memory external of said central
processing unit integrated circuit, a bus connecting said cen-
tral processing unit integrated circuit to said memory, and
means connected to said bus for fetching instructions for
said central processing unit integrated circuit on said bus
from said memory, said means for fetching instructions
being configured and connected to fetch multiple sequential
instructions from said memory in parallel and supply the
multiple sequential instructions to said central processing
unit integrated circuit during a single memory cycle, said bus
having a width at least equal to a number of bits in each of
the instructions times a number of the instructions fetched in
parallel, said central processing unit *integrated circuit*
including an arithmetic logic unit and a first push down stack
connected to said arithmetic logic unit, said first push down
stack including means for storing a top item connected to a
first input of said arithmetic logic unit to provide the top item
to the first input and means for storing a next item connected
to a second input of said arithmetic logic unit to provide the
next item to the second input, a remainder of said first push
down stack being connected to said means for storing a next
item to receive the next item from said means for storing a
next item when pushed down in said push down stack, said
arithmetic logic unit having an output connected to said
means for storing a top item;
  *wherein*
  *the microprocessor system comprises an instruction regis-
  ter configured to store the multiple sequential instruc-
  tions and from which instructions are accessed and
  decoded; and wherein*
  *the means for fetching instructions being configured and
  connected to fetch multiple sequential instructions from
  said memory in parallel and supply the multiple
  sequential instructions to the central processing unit
  integrated circuit during a single memory cycle com-
  prises supplying the multiple sequential instructions in
  parallel to said instruction register during the same*

2

*memory cycle in which the multiple sequential instruc-
tions are fetched.*

5. The microprocessor system of claim 1 [additionally
comprising an] *wherein said* instruction register for the mul-
tiple instructions *is* connected to said means for fetching
instructions, means connected to said instruction register for
supplying the multiple instructions in succession from said
instruction register, a counter connected to control said
means for supplying the multiple instructions to supply the
multiple instructions in succession, means for decoding the
multiple instructions connected to receive the multiple
instructions in succession from the means for supplying the
multiple instructions, said counter being connected to said
means for decoding to receive incrementing and reset con-
trol signals from said means for decoding, said means for
decoding being configured to supply the reset control signal
to said counter and to supply a control signal to said means
for fetching instructions in response to a SKIP instruction in
the multiple instructions.

7. The microprocessor system of claim 1 [additionally
comprising an] *wherein said* instruction register for the mul-
tiple instructions and a variable width operand to be used
with one of the multiple instructions *is* connected to said
means for fetching instructions, means connected to said
instruction register for supplying the multiple instructions in
succession from said instruction register, a counter con-
nected to control said means for supplying the multiple
instructions to supply the multiple instructions in
succession,
  means for decoding the multiple instructions connected to
  receive the multiple instructions in succession from the
  means for supplying the multiple instructions, said
  counter being connected to said means for decoding to
  receive incrementing and reset control signals from
  said means for decoding, said means for decoding
  being configured to control said counter in response to
  an instruction utilizing the variable width operand
  stored in said instruction register, and means connected
  to said counter to select the variable width operand for
  use with the instruction utilizing the variable width
  operand in response to said counter.

10. The microprocessor system of claim [9] *59* addition-
ally comprising a second push down stack, said means for
storing a top item being connected to provide an input to said
second push down stack and a control means connected
between said means for storing a top item and said second
push down stack for controlling provision of the input to said
second push down stack.

13. The microprocessor system of claim 12 [additionally
comprising an] *wherein the* instruction register for the mul-
tiple instructions *is* connected to said means for fetching
instructions, means connected to said instruction register for
supply the multiple instructions in succession from said
instruction register, a counter connected to control said
means for supplying the multiple instructions to supplying
the multiple instructions in succession, means for decoding
the multiple instructions connected to receive the multiple
instructions in succession from the means for supplying the
multiple instructions, said counter being connected to said
means for decoding to receive incrementing and reset con-
trol signals from said means for decoding, said means for
decoding being configured to supply the reset control signal
to said counter and to supply a control signal to said means
for fetching instructions in response to a SKIP instruction in
the multiple instructions.

18. The microprocessor system of claim [9] *59* addition-
ally comprising a programmable read only memory contain-

US 5,440,749 C1

3

ing instructions connected to said bus, means connected to said bus for fetching instructions for said central processing unit on said bus, said means for fetching instructions including means for assembling a plurality of instructions from said programmable read only memory, storing the plurality of instructions in said dynamic random access memory and subsequently supplying the plurality of instructions from said dynamic random access memory to said central processing unit on said bus.

**19.** The microprocessor system of claim [9] *59* additionally comprising a direct memory access processing unit having the capacity to request and execute instructions, said bus connecting said direct memory access processing unit to said dynamic random access memory, said dynamic random access memory containing instructions for said central processing unit and said direct memory access processing unit, said direct memory access processing unit being connected to means for fetching instructions for said central processing unit on said bus and for fetching instructions for said direct memory access processing unit on said bus.

*30. The microprocessor system of claim 1 wherein said central processing unit integrated circuit includes a prefetch circuit configured to request a fetch of a next set of multiple sequential instructions when no unexecuted instruction in the instruction register requires a memory access.*

*31. The microprocessor system of claim 1 wherein said central processing unit integrated circuit is configured to access an operand located in a first instruction location of the instruction register in response to an instruction of the multiple sequential instructions in a second instruction location of the instruction register distinct from the first instruction location.*

*32. The microprocessor system of claim 31 wherein said central processing unit integrated circuit is configured to access the operand in response to an op-code of the instruction in the second instruction location.*

*33. The microprocessor system of claim 1 wherein the instruction register is configured to store the multiple sequential instructions in corresponding instruction locations including a particular location for storing an instruction to be executed, the central processing unit integrated circuit being configured to respond to content of an instruction of the multiple sequential instructions by accessing the particular location of the instruction register.*

*34. The microprocessor system of claim 33 wherein the central processing unit integrated circuit is configured to respond to content of the instruction of the multiple sequential instructions by accessing the particular location of the instruction register after the means for fetching fetches next multiple sequential instructions.*

*35. The microprocessor system of claim 33 wherein the central processing unit integrated circuit is configured to respond to content of the instruction of the multiple sequential instructions by accessing the first-execution location of the instruction register without the fetching means fetching next multiple sequential instructions.*

*36. The microprocessor system of claim 33 wherein the content is an op-code.*

*37. The microprocessor system of claim 1 wherein the multiple sequential instructions comprise a first plurality of sequential instructions arranged from beginning to ending positions of the first plurality of sequential instructions, the central processing unit integrated circuit being configured to respond to content of a first instruction of the first plurality of sequential instructions stored in said instruction register by accessing a second instruction in a second plurality of sequential instructions arranged from beginning to ending*

4

*positions of the second plurality of sequential instructions, the second instruction being in the beginning position of the second plurality of sequential instructions.*

*38. The microprocessor system of claim 37 wherein the second plurality of sequential instructions is distinct from the first plurality of sequential instructions.*

*39. The microprocessor system of claim 37 wherein the second plurality of sequential instructions is the first plurality of sequential instructions and the first instruction is disposed in a position other than the beginning position of the first plurality of instructions.*

*40. The microprocessor system of claim 37 wherein the content is an op-code.*

*41. The microprocessor system of claim 1 wherein the instruction register has a plurality of instruction locations for storing the multiple sequential instructions according to an order, the plurality of instruction locations including a first location to be accessed before any other of the plurality of instruction locations, the central processing unit integrated circuit further including means for accessing a next instruction out of the order, the next instruction being located at the first location.*

*42. The microprocessor system of claim 1 wherein the instruction register has a plurality of instruction locations for storing the multiple sequential instructions, the plurality of instruction locations including a first location to be accessed before any other of the plurality of instruction locations, the central processing unit integrated circuit further including means, responsive to content of an instruction of the multiple sequential instructions in a location other than the first location, for accessing a next instruction at the first location.*

*43. The microprocessor system of claim 1 wherein said central processing unit integrated circuit a program counter comprising address bits, said fetching means configured to locate the multiple sequential instructions using the address bits from the program counter.*

*44. The microprocessor system of claim 43 wherein the address bits are a most significant bit portion from the program counter.*

*45. The microprocessor system of claim 44 wherein the central processing unit integrated circuit is configured to increment the address bits of the program counter after said means for fetching multiple sequential instructions fetches the multiple sequential instructions.*

*46. The microprocessor system of claim 44 wherein the most significant bit portion is 30 of 32 bits of the program counter.*

*47. The microprocessor system of claim 44 wherein the instruction register has a plurality of instruction locations for storing the multiple sequential instructions, and multiplexer means connected to said instruction register for selectively supplying multiple instructions from said instruction register.*

*48. The microprocessor system of claim 44 wherein the multiple sequential instructions comprise a first plurality of sequential instructions, the central processing unit integrated circuit being configured to respond to content of a first instruction of the first plurality of sequential instructions by accessing a second plurality of sequential instructions using an address specified by the address bits.*

*49. The microprocessor system of claim 48 wherein the second plurality of sequential instructions is distinct from the first plurality of sequential instructions.*

*50. The microprocessor system of claim 48 wherein the content is an op-code.*

*51. The microprocessor system of claim 44 wherein the instruction register has a plurality of instruction locations*

US 5,440,749 C1

5

*ordered from a beginning instruction location to an ending instruction location, wherein the central processing unit integrated circuit is configured to respond to content in an instruction location other than the beginning instruction location by accessing the beginning instruction location.*

52. *The microprocessor system of claim 1 in which said microprocessor system is configured to provide different memory access timing for different storing capacity sizes of said external memory by including a sensing circuit and a driver circuit, and an output enable line connected between said external access memory, said sensing circuit and said driver circuit, said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined electrical level after a memory read operation as a function of different capacitance on said bus as a result of the different storing capacity sizes of said external memory, said microprocessor system being configured so that driver circuit provides an enabling signal on said output enable line responsive to the ready signal.*

53. *The microprocessor system of claim 52 in which the predetermined electrical level is a predetermined voltage.*

54. *The microprocessor system of claim 1 in which said microprocessor system is configured to operate at a variable clock speed; said microprocessor system additionally comprising a ring counter variable speed system clock connected to said central processing unit integrated circuit, said central processing unit integrated circuit and said ring counter variable speed system clock being provided in a single integrated circuit, said ring counter variable speed system clock being configured to provide different clock speed to said central processing unit integrated circuit as a result of transistor propagation delays, depending on at least one of temperature of said single integrated circuit, voltage and microprocessor fabrication process for said single integrated circuit.*

55. *The microprocessor system of claim 54 additionally comprising an input/output interface connected between said microprocessor system and an external memory bus to exchange coupling control signals, addresses and data between said central processing unit integrated circuit and said input/output interface, and a second clock independent of said ring counter variable speed system clock connected to said input/output interface to provide clock signals for operation of said input/output interface asynchronously from said central processing unit.*

56. *The microprocessor system of claim 55 in which said second clock is a fixed frequency clock.*

57. *The microprocessor system of claim 1 in which said first push down stack has a first plurality of stack registers having stack memory elements configured as latches, a sec-*

6

*ond plurality of stack registers having stack memory elements configured as a random access memory, said first and second plurality of stack registers and said central processing unit integrated circuit being provided in a single integrated circuit with a top one of said second plurality of stack registers being connected to said a bottom one of said first plurality of stack registers, and a third plurality of stack registers having stack memory elements configured as a random access memory external to said single integrated circuit, with a top one of said third plurality of stack registers being connected to a bottom one of said second plurality of stack registers, said microprocessor system being configured to operate said first, second and third plurality of stack registers hierarchically as interconnected stacks.*

58. *The microprocessor system of claim 57 additionally comprising a first pointer connected to said first plurality of stack registers, a second pointer connected to said second plurality of stack registers, and a third pointer connected to said third plurality of stack registers, said microprocessor system being configured to operate said first, second and third plurality of stack registers hierarchically as interconnected stacks by having said central processing unit integrated circuit being connected to pop items from said first plurality of stack registers, said first stack pointer being connected to said second stack pointer to pop a first plurality of items from said second plurality of stack registers when said first plurality of stack registers are empty from successive pop operations by said central processing unit, said second stack pointer being connected to said third stack pointer to pop a second plurality of items from said third plurality of stack registers when said second plurality of stack registers are empty from successive pop operations by said central processing unit.*

59. *The microprocessor system of claim 9 wherein the microprocessor system comprises an instruction register configured to store the multiple sequential instructions and from which instructions are accessed and decoded; and wherein*

*the means for fetching instructions being configured and connected to fetch multiple sequential instructions from said memory in parallel and supply the multiple sequential instructions to the central processing unit during a single memory cycle comprises supplying the multiple sequential instructions in parallel to said instruction register during the same memory cycle in which the multiple sequential instructions are fetched.*

\*   \*   \*   \*   \*

Exhibit B

Exhibit B

US005530890A

# United States Patent [19]

## Moore et al.

[11] **Patent Number:** **5,530,890**

[45] **Date of Patent:** **Jun. 25, 1996**

[54] **HIGH PERFORMANCE, LOW COST MICROPROCESSOR**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Nanotronics Corporation**, Eagle Point, Oreg.

[21] Appl. No.: **480,206**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] Int. Cl.$^6$ ...................................................... G06F 9/22
[52] U.S. Cl. ...................... 395/800; 364/931; 364/925.6; 364/937.1; 364/965.4; 364/232.8; 364/244.3
[58] Field of Search ........................... 395/375, 500, 395/775, 800

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 | 9/1971 | Heath | 395/181 |
| 4,003,033 | 1/1977 | O'Keefe et al. | 395/287 |
| 4,037,090 | 7/1977 | Raymond | 364/706 |
| 4,042,972 | 8/1977 | Grunes et al. | 395/375 |
| 4,050,058 | 9/1977 | Garlic | 395/800 |
| 4,067,058 | 1/1978 | Derchak | 395/740 |
| 4,079,455 | 3/1978 | Ozga | 395/800 |
| 4,110,822 | 8/1978 | Porter | 395/375 |
| 4,125,871 | 11/1978 | Martin | 395/550 |
| 4,128,873 | 12/1978 | Lamiaux | 395/183.06 |
| 4,253,785 | 3/1981 | Chamberlin | 375/375 |
| 4,354,228 | 10/1982 | Moore et al. | 395/800 |
| 4,376,977 | 3/1983 | Brunshorst | 395/375 |
| 4,382,279 | 5/1983 | Mgon | 395/800 |
| 4,403,303 | 9/1983 | Howes et al. | 395/500 |
| 4,450,519 | 5/1984 | Guttag et al. | 395/800 |
| 4,463,421 | 7/1984 | Laws | 395/325 |
| 4,538,239 | 8/1985 | Magar | 364/759 |

*(List continued on next page.)*

### OTHER PUBLICATIONS

C. Whitby–Strevans, "The transputer", *The 12th Annual International Symposium on Computer Architecture, Conference Proceeings,* Jun. 17–19, 1985, pp. 292–300.
D. W. Best et al., "An Advanced–Architecture CMOS/SOS Microprocessor", *IEEE Micro,* vol. 2, No. 3, Aug. 1982, pp. 11–25.

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward Castro Huddleson & Tatum

[57] **ABSTRACT**

A microprocessor (**50**) includes a main central processing unit (CPU) (**70**) and a separate direct memory access (DMA) CPU (**72**) in a single integrated circuit making up the microprocessor (**50**). The main CPU (**70**) has a first 16 deep push down stack (**74**), which has a top item register (**76**) and a next item register (**78**), respectively connected to provide inputs to an arithmetic logic unit (ALU) (**80**) by lines (**82**) and (**84**). An output of the ALU (**80**) is connected to the top item register (**76**) by line (**86**). The output of the top item register at (**82**) is also connected by line (**88**) to an internal data bus (**90**). A loop counter (**92**) is connected to a decrementer (**94**) by lines (**96**) and (**98**). The loop counter (**92**) is bidirectionally connected to the internal data bus (**90**) by line (**100**). Stack pointer (**102**), return stack pointer (**104**), mode register (**106**) and instruction register (**108**) are also connected to the internal data bus (**90**) by lines (**110**), (**112**), (**114**) and (**116**), respectively. The internal data bus (**90**) is connected to memory controller (**118**) and to gate (**120**). The gate (**120**) provides inputs on lines (**122**), (**124**), and (**126**) to X register (**128**), program counter (**130**) and Y register (**132**) of return push down stack (**134**). The X register (**128**), program counter (**130**) and Y register (**132**) provide outputs to internal address bus (**136**) on lines (**138**), (**140**) and (**142**). The internal address bus provides inputs to the memory controller (**118**) and to an incrementer (**144**). The incrementer (**144**) provides inputs to the X register, program counter and Y register via lines (**146**), (**122**), (**124**) and (**126**). The DMA CPU (**72**) provides inputs to the memory controller (**118**) on line (**148**). The memory controller (**118**) is connected to a RAM by address/data bus (**150**) and control lines (**152**).

**10 Claims, 19 Drawing Sheets**



**5,530,890**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,541,045 | 9/1985 | Kromer | 395/375 |
| 4,562,537 | 12/1985 | Barnett et al. | 395/375 |
| 4,577,282 | 3/1986 | Candel et al. | 395/800 |
| 4,607,332 | 8/1986 | Goldberg | 395/375 |
| 4,626,988 | 12/1986 | George et al. | 395/375 |
| 4,649,471 | 3/1987 | Briggs | 395/325 |
| 4,665,495 | 5/1987 | Thaden | 345/185 |
| 4,709,329 | 11/1987 | Hecker | 395/275 |
| 4,713,749 | 12/1987 | Magar et al. | 395/375 |
| 4,714,994 | 12/1987 | Oklobdzija et al. | 395/375 |
| 4,720,812 | 1/1988 | Kao et al. | 395/700 |
| 4,772,888 | 9/1988 | Kimura | 340/825.5 |
| 4,777,591 | 10/1988 | Chang et al. | 395/800 |
| 4,787,032 | 11/1988 | Culley et al. | 395/725 |
| 4,803,621 | 2/1989 | Kelly | 395/400 |
| 4,860,198 | 8/1989 | Takenaka | 395/307 |
| 4,870,562 | 9/1989 | Kimoto | 395/550 |
| 4,931,986 | 6/1990 | Daniel et al. | 395/550 |
| 5,036,460 | 7/1991 | Takahira | 395/425 |
| 5,070,451 | 12/1991 | Moore et al. | 395/375 |
| 5,127,091 | 6/1992 | Bonfarah | 395/375 |



*FIG._1*

Case4:12-cv-03860-YGR    Document1-1    Filed07/24/12    Page68 of 168



*FIG._2*



# FIG._3



*FIG._4*

U.S. Patent          Jun. 25, 1996          Sheet 5 of 19          5,530,890



*FIG._5*



## FIG._6



**FIG._7**



**FIG._8**



**FIG._9**

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page76 of 168



*FIG._ 10*



FIG.—11



FIG.__12

REGISTER ARRAY                              COMPUTATION STACK



*FIG._13*

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page80 of 168



ON CHIP

ON CIRCUIT BOARD

*412*

READY

*410*

*150* DRAM
OE-BAR

DRAM *150*
OE-BAR

*152*

OUTPUT ENABLE

*418*

*50*

*FIG._14*



OE-BAR VOLTS

5

*414*

FEW MEMORY CHIPS

*416*

MANY MEMORY CHIPS

0

0          5          TIME (NANOSECONDS)

*FIG._15*



**FIG._16**



**FIG._18**



**FIG._17**



**FIG._19**

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page83 of 168



**FIG._20**



*FIG._21*



*FIG._22*



*FIG._23*

5,530,890

1

# HIGH PERFORMANCE, LOW COST MICROPROCESSOR

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 07/389,334, filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

### 2. Description of the Prior Art

since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

2

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory, and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control

5,530,890

3

the counter in response to an instruction utilizing a variable width operand. A means is connected to the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit, a memory, and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention, a first register is connected to supply a first input to the arithmetic logic unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is

4

connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE" and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count The polynomial to be generated results in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

5,530,890

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

FIG. 13 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 14 is a more detailed block and schematic diagram of a portion of the system shown in FIGS. 3 and 7–8.

FIG. 15 is a graph useful for understanding operation of the system portion shown in FIG. 14.

FIG. 16 is a more detailed block diagram showing part of the system portion shown in FIG. 4.

FIG. 17 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 18 is a more detailed block diagram of part of the microprocessor portion shown in FIG. 17.

FIG. 19 is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. 18.

FIG. 20 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIG. 21 is a more detailed block diagram showing another part of the system portion shown in FIG. 4.

FIGS. 22 and 23 are more detailed block diagrams showing another part of the system portion shown in FIG. 4.

DETAILED DESCRIPTION OF THE INVENTION

OVERVIEW

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller,

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. 1, there is shown a packaged 32-bit microprocessor 50 in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor 50 is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor 50 is rated at 20 million instructions per second (MIPS). Address and data lines 52, also labelled D0–D31, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor 50 operates, as will be explained below.

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor 50 is

that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins 54. The other I/O pins for the microprocessor 50 include $V_{DD}$ pins 56, $V_{SS}$ pins 58, output enable pin 60, write pin 62, clock pin 64 and reset pin 66.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor 50 are shown in FIG. 2. The microprocessor 50 includes a main central processing unit (CPU) 70 and a separate direct memory access (DMA) CPU 72 in a single integrated circuit making up the microprocessor 50. The main CPU 70 has a first 16 deep push down stack 74, which has a top item register 76 and a next item register 78, respectively connected to provide inputs to an arithmetic logic unit (ALU) 80 by lines 82 and 84. An output of the ALU 80 is connected to the top item register 76 by line 86. The output of the top item register at 82 is also connected by line 88 to an internal data bus 90.

A loop counter 92 is connected to a decrementer 94 by lines 96 and 98. The loop counter 92 is bidirectionally connected to the internal data bus 90 by line 100. Stack pointer 102, return stack pointer 104, mode register 106 and instruction register 108 are also connected to the internal data bus 90 by lines 110, 112, 114 and 116, respectively. The internal data bus 90 is connected to memory controller 118 and to gate 120. The gate 120 provides inputs on lines 122, 124, and 126 to X register 128, program counter 130 and Y register 132 of return push down stack 134. The X register 128, program counter 130 and Y register 132 provide outputs to internal address bus 136 on lines 138, 140 and 142. The internal address bus provides inputs to the memory controller 118 and to an incrementer 144. The incrementer 144 provides inputs to the X register, program counter and Y register via lines 146, 122, 124 and 126. The DMA CPU 72 provides inputs to the memory controller 118 on line 148. The memory controller 118 is connected to a RAM (not shown) by address/data bus 150 and control lines 152.

FIG. 2 shows that the microprocessor 50 has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor 50, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor 50. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor 50 incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems.

5,530,890

7                                                                    8

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC—DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 mega-

5,530,890

9

bit of DRAM **311** in a single integrated circuit **312**. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor **310** is equivalent to the microprocessor **50** in FIGS. 1–8. The microprocessors **50** and **310** are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors **70** and **72** (FIG. 2) or **314** and **316** (less memory). The very high speed of the microprocessors **50** and **310** is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor **310** is therefore the only CPU suitable for integration on the memory chip die **312**. Some simple modifications to the basic microprocessor **50** to take advantage of the proximity to the DRAM array **311** can also increase the microprocessor **50** clock speed by 50 percent, and probably more.

The microprocessor **310** core on board the DRAM die **312** provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU **310**/DRAM **311** concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU **310**/DRAM **311** combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips **312**. The microprocessor **310** is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate task-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor **310** architecture eliminates most of the interface friction, since up to 64 CPU **310**/RAM **311** processors should be able to intercommunicate without buffers or latches. Each chip **312** has about 40 MIPS raw speed, because placing the DRAM **311** next to the CPU **310** allows the microprocessor **310** instruction cycle to be cut in half, compared to the microprocessor **50**. A 64 chip array of these chips **312** is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

10

The integrated circuit **312** will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit **312** include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor **310**.

The microprocessor **310** has the following specifications:
CONTROL LINES
4 - POWER/GROUND
1 - CLOCK
32 - DATA I/O
4 - SYSTEM CONTROL
    EXTERNAL MEMORY FETCH
    EXTERNAL MEMORY FETCH AUTOINCREMENT X
    EXTERNAL MEMORY FETCH AUTOINCREMENT Y
    EXTERNAL MEMORY WRITE
    EXTERNAL MEMORY WRITE AUTOINCREMENT X
    EXTERNAL MEMORY WRITE AUTOINCREMENT Y
    EXTERNAL PROM FETCH
    LOAD ALL X REGISTERS
    LOAD ALL Y REGISTERS
    LOAD ALL PC REGISTERS
    EXCHANGE X AND Y
    INSTRUCTION FETCH
    ADD TO PC
    ADD TO X
    WRITE MAPPING REGISTER
    READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR **310** CPU **316** CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
X0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
Y0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU **314** CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip **312**, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit **312** by having three on-chip address registers: Program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three

5,530,890

**11**

registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor **310** and the microprocessor **50** that arise from providing the microprocessor **310** on the same die **312** with the DRAM **311**. Integrating the DRAM **311** allows architectural changes in the microprocessor **310** logic to take advantage of existing on-chip DRAM **311** circuitry. Row and column design is inherent in memory architecture. The DRAMs **311** access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor **310** takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor **50** treats its 32-bit instruction register **108** (see FIGS. 2 and 4) as a cache for four 8-bit instructions. Since the DRAM **311** maintains a 1024-bit latch for the column bits, the microprocessor **310** treats the column latch as a cache for 128 8-bit instructions. Therefore, the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor **50**.

2. The microprocessor **50** uses two 16×32-bit deep register arrays **74** and **134** (FIG. 2) for the parameter stack and the return stack. The microprocessor **310** creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor **50** has a DMA capability which can be used for I/O to a video shift register. The microprocessor **310** uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor **50** accesses memory via an external 32-bit bus. Most of the memory **311** for the microprocessor **310** is on the same die **312**. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor **50**.

5. The microprocessor **50** consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs **150** (FIG. 8) connected to the microprocessor **50** dissipate most of their power in the I/O drivers. A microprocessor **310** system will consume about one-tenth the power of a microprocessor **50** system, since having the DRAM **311** next to the processor **310** eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the limited interprocessor communications ability. The microprocessor **310** is an excellent multiprocessor candidate, since the chip **312** is a monolithic computer complete with memory, rendering it low-cost and physically compact.

**12**

The shift registers implemented with the microprocessor **310** to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor **310** column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM **311** in each of the processors.

The microprocessor **310** column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips **312**. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor **50** architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor **310** retains both constructs with a few differences. The microprocessor **310** microloop functions in the same fashion as the microprocessor **50** operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor **310** microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor **50** queue.

Microloops in the microprocessor **50** can only perform simple block move and compare functions. The larger microprocessor **310** queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor **50** offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor **50** next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor **310**, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor **50**. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor **310** CPU **316** resides on an already crowded DRAM die **312**. To keep chip size as small as possible, the DMA processor **72** of the microprocessor **50** has been replaced with a more traditional DMA controller **314**. DMA is used with the microprocessor **310** to perform the following functions:

Video output to a CRT

5,530,890

13

Multiprocessor serial communications
8-bit parallel I/O

The DMA controller **314** can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor **310**:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor **310** can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. **10** and **11** provide details of the PROM DMA used in the microprocessor **50**. The microprocessor **50** executes faster than all but the fastest PROMs. PROMS are used in a microprocessor **50** system to store program segments and perhaps entire programs. The microprocessor **50** provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller **118**. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor **50** chip, then written to the DRAM **150**.

The microprocessor **50** directly interfaces to DRAM **150** over a triple multiplexed data and address bus **350**, which carries RAS addresses, CAS addresses and data. The EPROM **260**, on the other hand, is read with non-multiplexed busses. The microprocessor **50** therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus **350** is turned back on, and the data is written to the DRAM **150**.

When the microprocessor **50** detects a RESET condition, the processor stops the main CPU **70** and forces a mode **0** (PROM LOAD) instruction into the DMA CPU **72** instruction register. The DMA instruction directs the memory controller to read the EPROM **260** data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor **50**, this means an access time of 320 nsec. The instruction also indicates:

The selection address of the EPROM **260** to be loaded,
The number of 32-bit words to transfer,
The DRAM **150** address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM **260** to DRAM **150** are:

1. RAS goes low at **352**, latching the EPROM **260** select information from the high order address bits. The EPROM **260** is selected.
2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus **350** going to the EPROM **260** address pins. These signals will remain on the lines until the data from the EPROM **260** has been read into the microprocessor **50**. For the first byte, the byte select bits will be binary 00.
3. CAS goes low at **354**, enabling the EPROM **260** data onto the lower 8 bits of the external address/data bus

14

**350**. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs.

4. The microprocessor **50** latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.
5. Steps **2**, **3** and **4** are repeated with byte address **01**.
6. Steps **2**, **3** and **4** are repeated with byte address **10**.
7. Steps **2**, **3** and **4** are repeated with byte address **11**.
8. CAS goes high at **356**, taking the EPROM **260** off the data bus.
9. RAS goes high at **358**, indicating the end of the EPROM **260** access.
10. RAS goes low at **360**, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM **150**. The DRAM **150** is selected.
11. CAS goes low at **362**, latching the DRAM **150** CAS addresses.
12. The microprocessor **50** places the previously latched EPROM **260** 32-bit data onto the external address/data bus **350**. W goes low at **364**, writing the 32 bits into the DRAM **150**.
13. W goes high at **366**. CAS goes high at **368**. The process continues with the next word.

FIG. **12** shows details of the microprocessor **50** memory controller **118**. In operation, bus requests stay present until they are serviced. CPU **70** requests are prioritized at **370** in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4, Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control **372**, which provides a bus grant signal at **374**. Internal address bus **136** and a DMA counter **376** provide inputs to a multiplexer **378**. Either a row address or a column address are provided as an output to multiplexed address bus **380** as an output from the multiplexer **378**. The multiplexed address bus **380** and the internal data bus **90** provide address and data inputs, respectively, to multiplexer **382**. Shift register **384** supplies row address strobe (RAS) **1** and **2** control signals to multiplexer **386** and column address strobe (CAS) **1** and **2** control signals to multiplexer **388** on lines **390** and **392**. The shift register **384** also supplies output enable (OE) and write (W) signals on lines **394** and **396** and a control signal on line **398** to multiplexer **382**. The shift register **384** receives a RUN signal on line **400** to generate a memory cycle and supplies a MEMORY READY signal on line **402** when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

As shown in FIG. **13**, the microprocessor **50** provides both on-chip registers **134** and a stack **74** and reaps the benefits of both.

BENEFITS:

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most program-

5,530,890

15

mers and optimizing compilers can take advantage of this feature.

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152.

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache.

SKIP CONDITIONS:

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register 108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the new SKIP in the instruction register are overwritten by the new instructions and not executed.

16

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result is very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock, with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring oscillator 430, CPU 70 will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor 50 will operate slower than normal. Since the microprocessor 50 ring oscillator clock 430 is made from the same transistors on the same die as the latches and gates, it too will

5,530,890

17

operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor 50 provides a dual-clock scheme as shown in FIG. 17, with the CPU 70 operating asynchronously to I/O interface 432 forming part of memory controller 118 (FIG. 2) and the I/O interface 432 operating synchronously with the external world of memory and I/O devices. The CPU 70 executes at the fastest speed possible using the adaptive ring oscillator clock 430. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor 50 for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface 432, speed of which is controlled by a conventional crystal clock 434. The interface 432 processes requests for memory accesses from the microprocessor 50 and acknowledges the presence of I/O data. The microprocessor 50 fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU 70 from the fixed speed of the I/O interface 432, optimum performance can be achieved by each. Recoupling between the CPU 70 and the interface 432 is accomplished with hand shake signals on lines 436, with data/addresses passing on bus 90, 136.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM 311 and CPU 314 (FIG. 9) are located on the same die. The proximity of the transistors means that DRAM 311 and CPU 314 parameters will closely follow each other. At room temperature, not only would the CPU 314 execute at 100 MHZ, but the DRAM 311 would access fast enough to keep up. The synchronization performed by the I/O interface 432 would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor 50 handles operands of 8, 16, or 24 bits using the same op-code. FIG. 20 shows the 32-bit instruction register 108 and the 2-bit microinstruction register 180 which selects the 8-bit instruction. Two classes of instruction 50 instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter 180 selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit bytes are loaded with zeros by operation of decoder 440 and gates 442. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the

18

computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor 50 architecture has the ALU 80 (FIG. 2) directly coupled to the top two stack locations 76 and 78. The access time of the stack 74 therefore directly affects the execution speed of the processor. The microprocessor 50 stack architecture is particularly suitable to a triple cache technique, shown in FIG. 21 which offers the appearance of a large stack memory operating at the speed of on-chip latches 450. Latches 450 are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches 450 require large numbers of transistors to construct. On-chip RAM 452 requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM 150 is the slowest storage of all. The microprocessor 50 organizes the stack memory hierarchy as three interconnected stacks 450, 452 and 454. The latch stack 450 is the fastest and most frequently used. The on-chip RAM stack 452 is next. The off-chip RAM stack 454 is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches 456 are filled, the data in the bottom of the latch stack 450 is written to the top of the on-chip RAM stack 452. When the sixteen locations 458 in the on-chip RAM stack 452 are filled, the data in the bottom of the on-chip RAM stack 452 is written to the top of the off-chip RAM stack 454. When popping data off a full stack 450, four pops will be performed before stack empty line 460 from the latch stack pointer 462 transfers data from the on-chip RAM stack 452. By waiting for the latch stack 450 to empty before performing the slower on-chip RAM access, the high effective speed of the latches 456 are made available to the processor. The same approach is employed with the on-chip RAM stack 452 and the off-chip RAM stack 454.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor 50 is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU 80 works. As shown in FIG. 21, a polynomial is generated by loading the "order" (also known as the feedback terms) into C Register 470. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER 472. A register 474 is loaded with zero. B register 476 is loaded with the starting polynomial value. When the POLY instruction executes, C register 470 is exclusively ORed with A register 474 if the least significant bit of B register 476 is a one. Otherwise, the contents of the A register 474 passes through the ALU 80 unaltered. The combination of A and B is then shifted right (divided by 2) with shifters 478 and 480. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register 474.

5,530,890

19 20

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor 50 provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. 23 shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER 472. For a four bit multiplier, the number three would be stored in the DOWN COUNTER 472. Zero is loaded into the A register 474. The multiplier is written bit reversed into the B Register 476. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register 470. Executing the FAST MULT instruction will leave the result in the A Register 474, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE", the contents of the A register 474 and the C register 470 are added. If the least significant bit of the multiplier is a "ZERO", the contents of the A register are passed through the ALU 80 unaltered. The output of the ALU 80 is shifted left by shifter 482 in each iteration. The contents of the B register 476 are shifted right by the shifter 480 in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor 50 uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor 50 philosophy of instruction execution is to create a hierarchy of speed as follows:

| Logic and D latch transfers | 1 cycle | 20 nsec |
|---|---|---|
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec. and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses,
Fetching up to four instructions per memory cycle,
Pipelineless instruction decoding
Generating results before they are needed,
Use of three level stack caching.

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called "pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor 50 has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.
2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.
3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec.

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor 50 performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor 50 is able to fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor 50 fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

5,530,890

## 21
### INTERNAL ARCHITECTURE

The microprocessor **50** architecture consists of the following:

| PARAMETER STACK | <--> ALU* <--> | Y REGISTER RETURN STACK |
|---|---|---|
| <--- 32 BITS --- > | | <---32 BITS---> |
| 16 DEEP | | 16 DEEP |
| Used for math and logic. | | Used for subroutine and interrupt return addresses as well as local variables. |
| Push down stack. Can overflow into off-chip RAM. | | Push down stack. Can overflow into off-chip RAM. Can also be accessed relative to top of stack. |
| LOOP COUNTER | | (32-bits, can decrement by 1) Used by class of test and loop instructions. |
| X REGISTER | | (32-bits, can increment or decrement by 4). Used to point to RAM locations. |
| PROGRAM COUNTER | | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM. |
| INSTRUCTION REG | | (32-Bits). Holds 4-byte instruction groups while they are being decoded and executed. |

*Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.
*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward.
MODE - A register with mode and status bits.
MODE-BITS:
Slow down memory accesses by 8 if "1". Run full speed if "0". (Provided for access to slow EPROM.)
Divide the system clock by 1023 if "1" to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)
Enable external interrupt 1.
Enable external interrupt 2.
Enable external interrupt 3.
Enable external interrupt 4.
Enable external interrupt 5.
Enable external interrupt 6.
Enable external interrupt 7.
ON-CHIP MEMORY LOCATIONS:
MODE-BITS
DMA-POINTER
DMA-COUNTER

| STACK-POINTER | Pointer into Parameter Stack. |
|---|---|
| STACK-DEPTH | Depth of on-chip Parameter Stack |
| RSTACK-POINTER | Pointer into Return Stack |
| RSTACK-DEPTH | Depth of on-chip Return Stack |

### ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be clocked into the latch. Branches and Calls are made to 32-bit word-boundaries.

## 22
### INSTRUCTION SET

#### 32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result, the microprocessor branches execute in a single cycle.

24-BIT OPERAND FORM:
Byte 1    Byte 2    Byte 3    Byte 4
WWWWWW XX - YYYYYYYY - YYYYYYYY - YYYYYYYY
With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.
16-BIT OPERAND FORM:
QQQQQQQQ - WWWWWW XX - YYYYYYYY - YYYYYYYY
With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter.
8-BIT OPERAND FORM:
QQQQQQQQ - QQQQQQQQ - WWWWWW XX - YYYYYYYY
With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter.
QQQQQQQQ - Any 8-bit instruction.
WWWWWWW - Instruction op-code.
XX - Select how the address bits will be used:
00 - Make all high-order bits zero. (Page zero addressing)
01 - Increment the high-order bits. (Use next page)
10 - Decrement the high-order bits. (Use previous page)
11 - Leave the high-order bits unchanged. (Use current page)
YYYYYYYY - The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes.

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:

The current Program Counter,
The 8, 16, or 24 bit address operand in the instruction,
Using one of the four allowed addressing modes.

### EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

Example 1:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte **1** and **2** indicate space in the 4-byte memory fetch which could be hold two other instructions to be executed prior to the CALL instruction. Byte **3** indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits). Byte **4** indicates that the hexadecimal number 98 will be forced into the Program Counter bits **2** through **10**. (Remember, a CALL or BRANCH always goes to a word boundary so the two least

5,530,890

23

significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

Example 2:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

```
00000000 00000000 00000001 01010110 = OLD PROGRAM
COUNTER.
```

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page. Byte 2,3, and 4 are the address operand . These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

```
00000100 00000000 00000101 01011000 = NEW PROGRAM
COUNTER.
INSTRUCTIONS
CALL-LONG
0000 00XX - YYYYYYYY - YYYYYYYY - YYYYYYYY
```

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.

OTHER EFFECTS: CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full.

```
BRANCH
0000 01XX - YYYYYYYY - YYYYYYYY - YYYYYYYY
```

Load the Program Counter with the effective WORD address specified.

OTHER EFFECTS: NONE

```
BRANCH-IF-ZERO
0000 10XX - YYYYYYYY - YYYYYYYY - YYYYYYYY
```

Test the TOP value on the Parameter Stack. If the value is equal to zero, load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

```
LOOP-IF-NOT-DONE
0000 11YY - (XXXX XXXX) - (XXXX XXXX) - (XXXX XXXX)
```

If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.

24

OTHER EFFECTS: NONE
8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor 50 is done by the 8-bit instructions. Eight bit instructions are possible with the microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination.

For math and logic operations, the microprocessor 50 exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed, the operands are popped from the stack, and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes on the TI.

The availability of 8-bit instructions also allows another architectural innovation, the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories,

Similar performance to the Harvard (separate data and instruction busses) without the expense,

Opportunities to optimize groups of instructions,

The capability to perform loops within this mini-cache. The microloops inside the four instruction group are effective for searches and block moves.
SKIP INSTRUCTIONS

The microprocessor 50 fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-bit BRANCHES will create conditional BRANCHES. SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle, whereas a group of three NOPs would take three cycles.

| SKIP-ALWAYS - | skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. |
|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| SKIP-IF-ZERO - | If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction. |
| SKIP-IF-POSITIVE - | If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0", execute the next sequential instruction. |

5,530,890

<table>
<tr><td>25</td><td>26</td></tr>
</table>

## 25
### -continued

| | |
|---|---|
| SKIP-IF-NO-CARRY - | If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to "1", execute the next sequential instruction. |
| SKIP-NEVER (NOP) | Execute the next sequential instruction. (Delay one machine cycle). |
| SKIP-IF-NOT-ZERO - | If the TOP item on the Parameter Stack is not equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal 0", execute the next sequential instruction. |
| SKIP-IF-NEGATIVE - | If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0", execute the next sequential instruction. |
| SKIP-IF-CARRY - | If the CARRY flag is set to "1" as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0", execute the next sequential instruction. |

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is "0" or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to "0", the LOOP COUNTER will remain at "0". Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

EXAMPLE:

| Byte 1 | Byte 2 |
|---|---|
| FETCH-VIA-X-AUTOINCREMENT | STORE-VIA-Y-AUTO-INCREMENT |
| Byte 3 | Byte 4 |
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the

source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0", continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not "0" and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is "0", continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to

5,530,890

27

perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

RETURN INSTRUCTIONS

| | |
|---|---|
| RETURN-ALWAYS - | Pop the top item from the Return Stack and transfer it to the Program Counter. |
| RETURN-IF-ZERO - | If the TOP item on the Parameter Stack is "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-POSITIVE - | If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-CARRY-CLEAR - | If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-NEVER - (NOP) | Execute the next instruction. |
| RETURN-IF-NOT-ZERO - | If the TOP item on the Parameter Stack is not "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-NEGATIVE - | If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction. |
| RETURN-IF-CARRY-SET - | If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top item from the Return Stack and transfer it to the Program. Counter. Otherwise execute the next instruction. |

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor **50**, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory may be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as

28

memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged.

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. Y is unchanged.

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged.

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction. The effect is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC incre-

5,530,890

| 29 | 30 |

ments after each execution of FETCH-VIA-PC, so it is possible to push four immediate operands on the stack. The four operands would be found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack.

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack. Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack **74**. If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack **74**. If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures, layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM, so a means of keeping local variables on-chip can make operations run faster. The microprocessor **50** provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

The Return Stack **134** is implemented as 16 on-chip RAM locations. The most common use for the Return Stack **134** is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack **134**. Eventually, the Return Stack will automatically overflow into off-chip RAM.

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack.

OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be returned.

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111.)

OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to

WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it.

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location.

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack.

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack.

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack.

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack.

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack.

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack.

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack.

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack.

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER.

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack.

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register.

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer.

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer.

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS.

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits.

OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

EXAMPLE:

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |
| BYTE 4 | | |
| 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte **1** is executed, binary 00001111 (HEX 0f) from Byte **4** will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte **2** and Byte **3** will execute. The microprocessor instruction decoder knows not to execute Byte **4**. It is possible to push three identical 8-bit values as follows:

5,530,890

| 31 | | |
|---|---|---|

| BYTE 1 | BYTE 2 | |
|---|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL | |
| BYTE 3 | BYTE 4 | |
| LOAD-SHORT-LITERAL | 00001111 | 5 |
| SHORT-LITERAL-INSTRUCTION | | |
| LOAD-SHORT-LITERAL - | Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack. | 10 |

## LOGIC INSTRUCTIONS

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack **74**. NEXT indicates the next to top value on the Parameter Stack **74**.

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack.

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack.

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

## MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack **74** to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

SUB-X—
SIGNED-MULT-STEP—
UNSIGNED-MULT-STEP—
SIGNED-FAST-MULT—
FAST-MULT-STEP—
UNSIGNED-DIV-STEP—
GENERATE-POLYNOMIAL
ROUND—

| 32 | | |
|---|---|---|

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected.

SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor, which comprises a main central processing unit and a separate direct memory access central processing unit in a single integrated circuit comprising said microprocessor, said main central processing unit having an arithmetic logic unit, a first push down stack with a top item register and a next item register, connected to provide inputs to said arithmetic logic unit, an output of said arithmetic logic unit being connected to said top item register, said top item register also being connected to provide inputs to an internal data bus, said internal data bus being bidirectionally connected to a loop counter, said loop counter being connected to a decrementer, said internal data bus being bidirectionally connected to a stack pointer, return stack pointer, mode register and instruction register, said internal data bus being connected to a memory controller, to a Y register of a return push down stack, an X register and a program counter, said Y register, X register and program counter providing outputs to an internal address bus, said internal address bus providing inputs to said memory controller and to an incrementer, said incrementer being connected to said internal data bus, said direct memory access central processing unit providing inputs to said memory controller, said memory controller having an address/data bus and a plurality of control lines for connection to a random access memory.

5,530,890

33

2. The microprocessor of claim 1 in which said memory controller includes a multiplexing means between said central processing unit and said address/data bus, said multiplexing means being connected and configured to provide row addresses, column addresses and data on said address/data bus.

3. The microprocessor of claim 1 in which said memory controller includes means for fetching instructions for said central processing unit on said address/data bus, said means for fetching instructions being configured to fetch multiple sequential instructions in a single memory cycle.

4. The microprocessor of claim 3 additionally comprising means connected to said means for fetching instructions for determining if multiple instructions fetched by said means for fetching instructions require a memory access, said means for fetching instructions fetching additional multiple instructions if the multiple instructions do not require a memory access.

5. The microprocessor of claim 3 in which said microprocessor and a dynamic random access memory are contained in a single integrated circuit and said means for fetching instructions includes a column latch for receiving the multiple instructions.

6. The microprocessor of claim 1 in which said microprocessor includes a sensing circuit and a driver circuit, and an output enable line for connection between the random access memory, said sensing circuit and said driver circuit, said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined electrical level, said microprocessor being configured so that said driver circuit provides an enabling signal on said output enable line responsive to the ready signal.

7. The microprocessor of claim 1 additionally comprising a ring oscillator variable speed system clock connected to said main central processing unit, said main central process-

34

ing unit and said ring oscillator variable speed system clock being provided in a single integrated circuit.

8. The microprocessor of claim 7 in which said memory controller includes an input/output interface connected to exchange coupling control signals, addresses and data with said main central processing unit, said microprocessor additionally including a second clock independent of said ring oscillator variable speed system clock connected to said input/output interface.

9. The microprocessor of claim 1 in which said first push down stack has a first plurality of stack elements configured as latches, a second plurality of stack elements configured as a random access memory, said first and second plurality of stack elements and said central processing unit being provided in a single integrated circuit, and a third plurality of stack elements configured as a random access memory external to said single integrated circuit.

10. The microprocessor of claim 9 additionally comprising a first pointer connected to said first plurality of stack elements, a second pointer connected to said second plurality of stack elements, and a third pointer connected to said third plurality of stack elements, said central processing unit being connected to pop items from said first plurality of stack elements, said first stack pointer being connected to said second stack pointer to pop a first plurality of items from said second plurality of stack elements when said first plurality of stack elements are empty from successive pop operations by said central processing unit, said second stack pointer being connected to said third stack pointer to pop a second plurality of items from said third plurality of stack elements when said second plurality of stack elements are empty from successive pop operations by said central processing unit.

*   *   *   *   *

US005530890C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (8052nd)

# United States Patent
**Moore et al.**

(10) **Number:** US 5,530,890 C1

(45) **Certificate Issued:** Mar. 1, 2011

(54) **HIGH PERFORMANCE, LOW COST MICROPROCESSOR**

(75) Inventors: **Charles H. Moore**, Woodside, CA (US); **Russell H. Fish, III**, Mt. View, CA (US)

(73) Assignee: **Patriot Scientific Corporation**, San Diego, CA (US)

**Reexamination Request:**
No. 90/009,388, Jan. 16, 2009

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **5,530,890** |
| Issued: | **Jun. 25, 1996** |
| Appl. No.: | **08/480,206** |
| Filed: | **Jun. 7, 1995** |

**Related U.S. Application Data**

(62) Division of application No. 07/389,334, filed on Aug. 3, 1989, now Pat. No. 5,440,749.

(51) **Int. Cl.**
*G06F 15/76* (2006.01)

(52) **U.S. Cl.** .............. **712/32**; 711/E12.02; 712/E9.016; 712/E9.028; 712/E9.046; 712/E9.055; 712/E9.057; 712/E9.058; 712/E9.062; 712/E9.078; 712/E9.08; 712/E9.081

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,603,934 A | 9/1971 | Heath, Jr. et al. |
| 3,696,414 A | 10/1972 | Allen et al. |
| 3,810,117 A | 5/1974 | Healey |
| 3,849,765 A | 11/1974 | Hamano |
| 3,878,513 A | 4/1975 | Werner |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 113516 A2 | 7/1984 |
|---|---|---|

| EP | 200797 A1 | 11/1986 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

"35ns 256K Device, VLSI Debuts SRAM Designed With Hitachi," Electronic News, p. 25 (Apr. 17, 1989).

(Continued)

*Primary Examiner*—Joseph R. Pokrzywa

(57) **ABSTRACT**

A microprocessor (50) includes a main central processing unit (CPU) (70) and a separate direct memory access (DMA) CPU (72) in a single integrated circuit making up the microprocessor (50). The main CPU (70) has a first 16 deep push down stack (74), which has a top item register (76) and a next item register (78), respectively connected to provide inputs to an arithmetic logic unit (ALU) (80) by lines (82) and (84). An output of the ALU (80) is connected to the top item register (76) by line (86). The output of the top item register (82) is also connected by line (88) to an internal data bus (90). A loop counter (92) is connected to a decrementer (94) by lines (96) and (98). The loop counter (92) is birectionally connected to the internal data bus (90) by line (100). Stack pointer (102), return stack pointer (104), mode register (106) and instruction register (108) are also connected to the internal data bus (90) by lines (110), (112), (114) and (116), respectively. The internal data bus (90) is connected to memory controller (118) and to gate (120). The gate (120) provides inputs on lines (122), (124), and (126) to X register (128), program counter (130) and Y register (132) of return push down stack (134). The X register (128), program counter (130) and Y register (132) provide outputs to internal address bus (136) on lines (138), (140) and (142). The internal address bus provides inputs to the memory controller (118) and to an incrementer (144). The incrementer (144) provides inputs to the X register, program counter and Y register via lines (146), (122), (124) and (126). The DMA CPU (72) provides inputs to the memory controller (118) on line (148). The memory controller (118) is connected to RAM by address/data bus (150) and control lines (152).



**US 5,530,890 C1**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,919,695 A | 11/1975 | Gooding |
| 3,924,245 A | 12/1975 | Eaton et al. |
| 3,930,688 A | 1/1976 | Rau et al. |
| 3,967,104 A | 6/1976 | Brantingham et al. |
| 3,968,501 A | 7/1976 | Gilbert |
| 3,969,706 A | 7/1976 | Proebsting et al. |
| 3,976,977 A | 8/1976 | Porter et al. |
| 3,980,993 A | 9/1976 | Bredart et al. |
| 3,988,717 A | 10/1976 | Kisylia |
| 4,003,028 A | 1/1977 | Bennett et al. |
| 4,003,033 A | 1/1977 | O'Keefe et al. |
| 4,016,545 A | 4/1977 | Lipovski |
| 4,037,090 A | 7/1977 | Raymond, Jr. |
| 4,042,972 A | 8/1977 | Gruner et al. |
| 4,050,058 A | 9/1977 | Garlic |
| 4,050,096 A | 9/1977 | Bennett et al. |
| 4,050,297 A | 9/1977 | Pettingell et al. |
| 4,067,058 A | 1/1978 | Brandstaetter et al. |
| 4,067,059 A | 1/1978 | Derchak |
| 4,075,691 A | 2/1978 | Davis et al. |
| 4,079,338 A | 3/1978 | Kronlage |
| 4,079,455 A | 3/1978 | Ozga |
| 4,107,773 A | 8/1978 | Gilbreath et al. |
| 4,110,822 A | 8/1978 | Porter et al. |
| 4,112,490 A | 9/1978 | Pohlman et al. |
| 4,125,871 A | 11/1978 | Martin |
| 4,128,873 A | 12/1978 | Lamiaux |
| 4,144,562 A | 3/1979 | Cooper |
| 4,181,938 A | 1/1980 | Suzuki et al. |
| 4,215,401 A | 7/1980 | Holsztynski et al. |
| 4,217,637 A | 8/1980 | Faulkner et al. |
| 4,217,652 A | 8/1980 | Klaus et al. |
| 4,223,380 A | 9/1980 | Antonaccio et al. |
| 4,223,880 A | 9/1980 | Brems |
| 4,224,676 A | 9/1980 | Appelt |
| 4,236,152 A | 11/1980 | Masuzawa et al. |
| 4,240,137 A | 12/1980 | Matsumoto et al. |
| 4,242,735 A | 12/1980 | Sexton |
| 4,253,785 A | 3/1981 | Bronstein |
| 4,255,785 A | 3/1981 | Chamberlin |
| 4,292,668 A | 9/1981 | Miller et al. |
| 4,295,193 A | 10/1981 | Pomerene |
| 4,305,045 A | 12/1981 | Metz et al. |
| 4,315,305 A | 2/1982 | Siemon |
| 4,315,308 A | 2/1982 | Jackson |
| 4,317,227 A | 2/1982 | Skerlos |
| 4,320,467 A | 3/1982 | Glass |
| 4,321,706 A | 3/1982 | Craft |
| 4,328,557 A | 5/1982 | Gastinel |
| 4,334,268 A | 6/1982 | Boney et al. |
| 4,335,447 A | 6/1982 | Jerrim |
| 4,338,675 A | 7/1982 | Palmer et al. |
| 4,348,720 A | 9/1982 | Blahut et al. |
| 4,348,743 A | 9/1982 | Dozier |
| 4,354,228 A | 10/1982 | Moore et al. |
| 4,358,728 A | 11/1982 | Hashimoto |
| 4,361,869 A | 11/1982 | Johnson et al. |
| 4,364,112 A | 12/1982 | Onodera et al. |
| 4,376,977 A | 3/1983 | Bruinshorst |
| 4,382,279 A | 5/1983 | Ugon |
| 4,390,946 A | 6/1983 | Lane |
| 4,396,979 A | 8/1983 | Mor et al. |
| 4,398,263 A | 8/1983 | Ito |
| 4,398,265 A | 8/1983 | Puhl et al. |
| 4,402,042 A | 8/1983 | Guttag |
| 4,403,303 A | 9/1983 | Howes et al. |
| 4,412,283 A | 10/1983 | Mor et al. |
| 4,425,628 A | 1/1984 | Bedard et al. |
| 4,449,201 A | 5/1984 | Clark |
| 4,450,519 A | 5/1984 | Guttag et al. |
| 4,453,229 A | 6/1984 | Schaire |
| 4,462,073 A | 7/1984 | Grondalski |
| 4,463,421 A | 7/1984 | Laws |
| 4,467,420 A | 8/1984 | Murakami et al. |
| 4,467,444 A | 8/1984 | Harmon, Jr. et al. |
| 4,467,810 A | 8/1984 | Vollmann |
| 4,471,426 A | 9/1984 | McDonough |
| 4,472,789 A | 9/1984 | Sibley |
| 4,488,217 A | 12/1984 | Binder et al. |
| 4,488,227 A | 12/1984 | Miu et al. |
| 4,491,938 A | 1/1985 | Leach |
| 4,494,021 A | 1/1985 | Bell et al. |
| 4,494,187 A | 1/1985 | Simpson |
| 4,503,500 A | 3/1985 | Magar |
| 4,509,115 A | 4/1985 | Manton et al. |
| 4,538,239 A | 8/1985 | Magar |
| 4,539,655 A | 9/1985 | Trussell et al. |
| 4,541,045 A | 9/1985 | Kromer, III |
| 4,541,111 A | 9/1985 | Takashima et al. |
| 4,553,201 A | 11/1985 | Pollack, Jr. |
| 4,556,063 A | 12/1985 | Thompson et al. |
| 4,558,176 A | 12/1985 | Arnold et al. |
| 4,562,537 A | 12/1985 | Barnett et al. |
| 4,566,063 A | 1/1986 | Zolnowsky et al. |
| 4,571,709 A | 2/1986 | Skupnjak et al. |
| 4,577,282 A | 3/1986 | Caudel et al. |
| 4,586,127 A | 4/1986 | Horvath |
| 4,607,332 A | 8/1986 | Goldberg |
| 4,616,338 A | 10/1986 | Helen et al. |
| 4,626,798 A | 12/1986 | Fried |
| 4,626,985 A | 12/1986 | Briggs |
| 4,626,988 A | 12/1986 | George |
| 4,627,082 A | 12/1986 | Pelgrom et al. |
| 4,630,195 A | 12/1986 | Hester et al. |
| 4,630,934 A | 12/1986 | Arber |
| 4,641,246 A | 2/1987 | Halbert et al. |
| 4,649,471 A | 3/1987 | Briggs et al. |
| 4,660,155 A | 4/1987 | Thaden et al. |
| 4,660,180 A | 4/1987 | Tanimura et al. |
| 4,665,495 A | 5/1987 | Thaden |
| 4,670,837 A | 6/1987 | Sheets |
| 4,679,166 A | 7/1987 | Berger et al. |
| 4,680,698 A | 7/1987 | Edwards et al. |
| 4,689,581 A | 8/1987 | Talbot |
| 4,691,124 A | 9/1987 | Ledzius et al. |
| 4,698,750 A | 10/1987 | Wilkie et al. |
| 4,701,884 A | 10/1987 | Aoki et al. |
| 4,704,678 A | 11/1987 | May |
| 4,708,490 A | 11/1987 | Arber |
| 4,709,329 A | 11/1987 | Hecker |
| 4,710,648 A | 12/1987 | Hanamura et al. |
| 4,713,749 A | 12/1987 | Magar et al. |
| 4,714,994 A | 12/1987 | Oklobdzija et al. |
| 4,718,081 A | 1/1988 | Brenig |
| 4,720,812 A | 1/1988 | Kao et al. |
| 4,724,517 A | 2/1988 | May |
| 4,739,475 A | 4/1988 | Mensch, Jr. |
| 4,750,111 A | 6/1988 | Crosby, Jr. et al. |
| 4,758,948 A | 7/1988 | May et al. |
| 4,760,521 A | 7/1988 | Rehwald et al. |
| 4,761,763 A | 8/1988 | Hicks |
| 4,763,297 A | 8/1988 | Uhlenhoff |
| 4,766,567 A | 8/1988 | Kato |
| 4,772,888 A | 9/1988 | Kimura |
| 4,777,591 A | 10/1988 | Chang et al. |
| 4,780,814 A | 10/1988 | Hayek |
| 4,782,439 A | 11/1988 | Borkar et al. |
| 4,783,734 A | 11/1988 | May et al. |
| 4,783,764 A | 11/1988 | Tsuchiya et al. |
| 4,787,032 A | 11/1988 | Culley |
| 4,791,590 A | 12/1988 | Ku et al. |

**US 5,530,890 C1**

Page 3

| | | | |
|---|---|---|---|
| 4,794,526 | A | 12/1988 | May et al. |
| 4,794,558 | A | 12/1988 | Thompson |
| 4,797,850 | A | 1/1989 | Amitai |
| 4,803,621 | A | 2/1989 | Kelly |
| 4,805,091 | A | 2/1989 | Thiel et al. |
| 4,809,169 | A | 2/1989 | Sfarti et al. |
| 4,809,269 | A | 2/1989 | Gulick |
| 4,811,208 | A | 3/1989 | Myers et al. |
| 4,816,989 | A | 3/1989 | Finn et al. |
| 4,816,996 | A | 3/1989 | Hill et al. |
| 4,819,151 | A | 4/1989 | May |
| 4,833,599 | A | 5/1989 | Colwell et al. |
| 4,835,733 | A | 5/1989 | Powell |
| 4,835,738 | A | 5/1989 | Niehaus et al. |
| 4,837,563 | A | 6/1989 | Mansfield et al. |
| 4,837,682 | A | 6/1989 | Culler |
| 4,847,752 | A | 7/1989 | Akashi |
| 4,847,757 | A | 7/1989 | Smith |
| 4,849,875 | A | 7/1989 | Fairman et al. |
| 4,853,841 | A | 8/1989 | Richter |
| 4,860,198 | A | 8/1989 | Takenaka |
| 4,868,735 | A | 9/1989 | Moller et al. |
| 4,870,562 | A | 9/1989 | Kimoto et al. |
| 4,872,003 | A | 10/1989 | Yoshida |
| 4,882,710 | A | 11/1989 | Hashimoto et al. |
| 4,885,785 | A | 12/1989 | Reynolds et al. |
| 4,890,225 | A | 12/1989 | Ellis, Jr. et al. |
| 4,899,275 | A | 2/1990 | Sachs et al. |
| 4,907,225 | A | 3/1990 | Gulick et al. |
| 4,910,703 | A | 3/1990 | Ikeda et al. |
| 4,912,632 | A | 3/1990 | Gach et al. |
| 4,914,578 | A | 4/1990 | MacGregor et al. |
| 4,924,384 | A | 5/1990 | Hao et al. |
| 4,926,323 | A | 5/1990 | Baror et al. |
| 4,931,748 | A | 6/1990 | McDermott et al. |
| 4,931,986 | A | 6/1990 | Daniel et al. |
| 4,933,835 | A | 6/1990 | Sachs et al. |
| 4,942,553 | A | 7/1990 | Dalrymple et al. |
| 4,956,811 | A | 9/1990 | Kajigaya et al. |
| 4,959,782 | A | 9/1990 | Tulpule et al. |
| 4,967,326 | A | 10/1990 | May |
| 4,967,352 | A | 10/1990 | Keida et al. |
| 4,967,398 | A | 10/1990 | Jamoua et al. |
| 4,969,091 | A | 11/1990 | Muller |
| 4,974,157 | A | 11/1990 | Winfield et al. |
| 4,979,102 | A | 12/1990 | Tokuume |
| 4,980,821 | A | 12/1990 | Koopman et al. |
| 4,984,176 | A | 1/1991 | Van den Heuvel |
| 4,988,892 | A | 1/1991 | Needle |
| 4,989,113 | A | * | 1/1991 | Asai ............................ 710/22 |
| 4,989,133 | A | 1/1991 | May et al. |
| 4,989,135 | A | 1/1991 | Miki |
| 4,990,847 | A | 2/1991 | Ishimaru et al. |
| 5,008,816 | A | 4/1991 | Fogg, Jr. et al. |
| 5,013,985 | A | 5/1991 | Itoh et al. |
| 5,021,991 | A | 6/1991 | MacGregor et al. |
| 5,022,395 | A | 6/1991 | Russie |
| 5,023,689 | A | 6/1991 | Sugawara |
| 5,031,092 | A | 7/1991 | Edwards et al. |
| 5,036,300 | A | 7/1991 | Nicolai |
| 5,036,460 | A | 7/1991 | Takahira et al. |
| 5,047,921 | A | 9/1991 | Kinter et al. |
| 5,053,952 | A | 10/1991 | Koopman, Jr. et al. |
| 5,068,781 | A | 11/1991 | Gillett, Jr. et al. |
| 5,070,451 | A | 12/1991 | Moore et al. |
| 5,081,574 | A | 1/1992 | Larsen et al. |
| 5,091,846 | A | 2/1992 | Sachs et al. |
| 5,097,437 | A | 3/1992 | Larson |
| 5,103,499 | A | 4/1992 | Miner et al. |
| 5,107,457 | A | 4/1992 | Hayes et al. |
| 5,109,495 | A | 4/1992 | Fite et al. |

| | | | |
|---|---|---|---|
| 5,121,502 | A | 6/1992 | Rau et al. |
| 5,127,091 | A | 6/1992 | Boufarah et al. |
| 5,127,092 | A | 6/1992 | Gupta et al. |
| 5,133,064 | A | 7/1992 | Hotta et al. |
| 5,134,701 | A | 7/1992 | Mueller et al. |
| 5,146,592 | A | 9/1992 | Pfeiffer et al. |
| 5,148,385 | A | 9/1992 | Frazier |
| 5,157,772 | A | 10/1992 | Watanabe |
| 5,179,689 | A | 1/1993 | Leach et al. |
| 5,179,734 | A | 1/1993 | Candy et al. |
| 5,187,799 | A | 2/1993 | McAuley et al. |
| 5,226,147 | A | 7/1993 | Fujishima et al. |
| 5,237,699 | A | 8/1993 | Little et al. |
| 5,239,631 | A | 8/1993 | Boury et al. |
| 5,241,636 | A | 8/1993 | Kohn |
| 5,261,057 | A | 11/1993 | Coyle et al. |
| 5,261,082 | A | 11/1993 | Ito et al. |
| 5,261,109 | A | 11/1993 | Cadambi et al. |
| 5,325,513 | A | 6/1994 | Tanaka et al. |
| 5,339,448 | A | 8/1994 | Tanaka et al. |
| 5,353,417 | A | 10/1994 | Fuoco et al. |
| 5,353,427 | A | 10/1994 | Fujishima et al. |
| 5,379,438 | A | 1/1995 | Bell et al. |
| 5,410,654 | A | 4/1995 | Foster et al. |
| 5,410,682 | A | 4/1995 | Sites et al. |
| 5,414,862 | A | 5/1995 | Suzuki et al. |
| 5,421,000 | A | 5/1995 | Fortino et al. |
| 5,440,749 | A | 8/1995 | Moore et al. |
| 5,459,846 | A | 10/1995 | Hyatt |
| 5,511,209 | A | 4/1996 | Mensch, Jr. |
| 5,530,890 | A | 6/1996 | Moore et al. |
| 5,537,565 | A | 7/1996 | Hyatt |
| 5,604,915 | A | 2/1997 | Moore et al. |
| 5,659,703 | A | 8/1997 | Moore et al. |
| 5,809,336 | A | 9/1998 | Moore et al. |
| 5,874,584 | A | 2/1999 | Wear et al. |
| 6,598,148 | B1 | 7/2003 | Moore et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 208287 A2 | 1/1987 |
| EP | 0 238 810 | 9/1987 |
| EP | 288649 A1 | 11/1988 |
| EP | 0 786 730 | 6/2000 |
| GB | 8233733 | 11/1982 |
| JP | 57-20979 | 2/1982 |
| JP | 57-196334 | 12/1982 |
| JP | 58025710 A | 2/1983 |
| JP | 58-103043 | 6/1983 |
| JP | 61127228 A | 6/1986 |
| JP | 61138356 A | 6/1986 |
| JP | 62145413 A | 6/1987 |
| JP | 63-026753 | 2/1988 |
| JP | 5189383 A | 7/1993 |
| WO | WO 81/00473 | 2/1981 |
| WO | 8803091 A1 | 5/1988 |
| WO | WO 91/02311 | 2/1991 |

OTHER PUBLICATIONS

"IBM RT Personal Computer Technology," IBM Corp. 1986. (collection of papers by developers).

Acorn Computers, Ltd., Acorn RISC Machine CPU Software Manual, Issue 1.00 Oct. 1985.

Acorn's RISC leapfrog, Acorn User special issue, Jun. 1987; 59: 149–153.

Agrawal et al., "Design Considerations for a Bipolar Implementation of SPARC," Compcon Spring apos;88. Thirty–Third IEEE Computer Society International Conference, Digest of Papers, Feb. 29–Mar. 3, 1988, pp. 6–9.

US 5,530,890 C1
Page 4

Agrawal, "An 80 MHz Bipolar ECL Implementation of SPARC," Sun Microsystems, Inc., Jun. 25, 1989, 40 pages total.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Car Navigation Main Processor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Navigation System GPS Chipset.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Navigation System Main Microprocessor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; Kyocera Digital Camera Finecam S3R Image Processor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; PDA/Mobile Navigation, GPS Processor.

Alliacense U.S. Patent No. 5,784,584 Product Report, NEC Microcomputer, V850E2 32 Bit Microcontroller, pp. 1–8 (2006).

Alliacense U.S. Patent No. 5,784,584 Product Report, TLCS–900/H1 Series TMP92C820, Toshiba Microcontroller TMP92C820 / TCLS–900/H1 Series 16–bit Microcontroller, pp. 1–9 (2006).

Alliacense U.S. Patent No. 5,809,336 Product Report, Toshiba Microcontroller TMP93CS44/S45 / TLCS–900/L Series 16–bit Microcontroller (2006).

Alliacense U.S. Patent No. 5,809,336 Product Report, NEC Microcontroller UDP789478, 8 Bit Microcontroller, 38 pages (2006).

Alliacense U.S. Patent No. 5,809,336 Product Report, Toshiba Microcontroller TMP92CZ26 / TMP92CW26, 32 bit Microcontroller (2006).

Alliacense U.S. Patent No. 5,809,336 Product Report, Toshiba MPEG–4 Audiovisual LSI TC35273 MPEG–4 Audiovisual Code LSI (2006).

Anderson, D.W., The IBM System/360 Model 91: Machine Philosophy and Instruction Handling, IBM Journal, IBM, Jan. 1967, pp. 8–24.

ARM Datasheet, Part No. 1 85250 0360 0, Issue No. 1 (Mar. 17, 1987).

ATMEL SPARC Instruction Set, "Assembly Language Syntax," Rev. 4168C–AERO–08/01, 2002.

Bagula, "A 5V Self–Adaptive Microcomputer with 16Kb of #2 Program Storage and Security," IEEE International Solid–State Circuit Conference, 1983, pp. 34–35.

Bayko, Great Microprocessors of the Past and Present (V 11.7.0), downloaded from: <<http://web.archive.org/web/20010107210400/http://bwrc.eecs.berkeley.edu/CIC/Archive/cup_history.html>>, Feb. 2007, 60 pages total.

Bit SPARC Integer Unit B5000 Datasheet attached to a presentation by Anant Agrawal in 1989, 28 pages.

Books Review: Operating Systems A Systematic View, William S. Davis, Addison–Wesley Publishing Company, Inc., 1987; 26(4):453–454.

Bosshart et al., "A 533K–Transistor LISP Processor Chip," IEEE Journal of Solid State Circuits, SC–22(5): 808–819 (Oct. 1987).

Bourke, "Character Synchronization During Overrun Conditions," Delphion, IBM Technical Disclosure Bulletin, Dec. 1977.

Cal Run Fortran Guide, University of California, Computer Center, Berkeley, 292 pages total. (Sep. 1974).

CDC 6000 Computer Systems—COBOL Instant 6000, Version 3; Control Data Publication No. 60327600A (Apr. 1971).

CDC 6000 Computer Systems, 7600 Computer Systems: Fortran Extended Instant 6000 Version 3, 7600 Version 1; Control Publication No. 60305900A (May 1971).

CDC 6000 Computer Systems/ 7600 Computer Systems: Fortran Extended Reference Manual, 6000 Version 3, 7600 Version 1; Control Data Publication No. 60329100, Revision D (1972).

CDC 6000 Series Computer System, 6642 Distributive Data Path Operation and Programming Reference Manual; Control Data Publication No. 60376300C (Mar. 1979).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. I, Preliminary Edition (updated May 1966).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. II, Preliminary Edition, Peripheral Packages and Overlays (Oct. 1965).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. III, Preliminary Edition, DSD—The Systems Display, (Nov. 1965).

CDC 6000 Series Computer Systems Ascent General Information Manual; Control Data Publication No. 60135400 (Feb. 1966).

CDC 6000 Series Computer Systems Chippewa Operating System Reference Manual; Control Data Publication No. 60134400 (Dec. 1965).

CDC 6000 Series Computer Systems Hardware Reference Manual; Control Data Publication No. 60100000 (Aug. 1978).

CDC 6000 Series Computer Systems/ 7600 Computer System: 6000 Compass Version 2, 7600 Versions 1 &2 Reference Manual; Control Data Publication No. 60279900, Revision D. (1970, 1971, 1972).

CDC 6000 Series Computer Systems: Chippewa Operating System Fortran Reference Manual; Control Data Publication No. 60132700A (May 1966).

CDC 6000 Series Computer Systems: Peripheral Equipment Reference Manual; Control Data Publication No. 60156100, Revision J (Mar. 1970).

CDC 6000 Series Computer Systems: Site Preparation and Installation Manual; Control Data Publication No. 60142400, Revision B (Sep. 1965).

CDC 6000 Series Computer Systems: FORTRAN Extended General Information, Control Data Publication No. 60176400 (Oct. 1966).

CDC 6000 Series FORTRAN Extended 4.0, Internal Maintenance Specifications, (1971).

CDC 6000 Series Introduction and Peripheral Processors Training Manual, Second Edition; Control Data Publication No. 60250400 (Nov. 1968).

CDC 6400 Central Processor; Control Data Publication No. 60257200 (Feb. 1967).

CDC 6400/6500/6600 Ascent–To–Compass Translator; Control Data Publication No. 60191000 (Mar. 1967).

CDC 6400/6500/6600 Computer System Input/Output Specification; Control Data Publication No. 60045100 (Sep. 1967).

CDC 6400/6500/6600 Computer System Instant SMM; Control Data Publication No. 60299500 (Nov. 1969).

CDC 6400/6500/6600 Computer Systems Compass Reference Manual; Data 60190900, Revision B (Mar. 1969).

CDC 6400/6500/6600 Computer Systems Reference Manual; Control Data Publication No. 60100000, Revision K (Aug. 1970).

US 5,530,890 C1

CDC 6400/6500/6600 Computer Systems Reference Manual; Control Data Publication No. 60100000D (1965, 1966, 1967).

CDC 6400/6500/6600 Extended Core Storage Systems Reference Manual; Control Data Publication No. 60225100, (Feb. 1968).

CDC 6400/6500/6600 Jovial General Information Manual; Control Data Publication No. 60252100A (Mar. 1969).

CDC 6400/6600 Computer Systems: Ascent/Asper Reference Manual; Control Data Publication No. 60172700 (Jul. 1966).

CDC 6400/6600 Fortan Conversion Guide; Data Publication No. 60175500 (Aug. 1966).

CDC 6400/6600 Systems Bulletin (Oct. 10, 1966), 84 pages.

CDC 6400/6600, Export/Import 8231 Reference Manual; Data Publication No. 60189100 (Apr. 1967).

CDC 6600 Central Processor vol. 1; Control &Memory; Data Control Publication No. 020167 (Mar. 1967).

CDC 6600 Central Processor, vol. 2; Functional Units; Control Data Publication No. 60239700 (Mar. 1967).

CDC 6600 Chassis Tabs; Control Data Publication No. 63016700A (Apr. 1965).

CDC 6600 Chassis Tabs; Control Data Publication No. 63019800 (Mar. 1965).

CDC 6600 Chippewa Operating System; Control Data Publication No. 60124500, Revision C (Apr. 1965).

CDC 6600 Computer System 6601 A–J, 6613A/B/C, 6604A/B/C, 6614–A/B/C Central Processor (Including Functional Units) vol. 1, Diagrams & Circuit Description; Control Data Publication No. 60119300BT(Jan. 1968).

CDC 6600 Computer System 6601 A–J, 6613A/B/C, 6604A/B/C, 6614–A/B/C Peripheral and Control MW Processor/Central Memory/Clock/Extended Core Storage Coupler (Std Opt 10102 and/or Spec Opt 60080)/ Power Wiring, vol. 2, Diagrams & Circuit Descriptions; Control Data Publication No. 60119300BT (Jan. 1968).

CDC 6600 Computer System Operating System/Reference Manual, SIPROS66, 1st ed.; Control Data Publication No. 60101800A (1965).

CDC 6600 Computer System Programming System/Reference Manual, vol. 1. Ascent; Control Data Publication No. 60101600B (1965).

CDC 6600 Computer System Programming System/Reference Manual, vol. 2. Asper; Control Data Publication No. 60101700B (1965).

CDC 6600 Computer System Programming vol. 3, Fortran 66; Control Data Publication No. 60101500B (1965).

CDC 6600 Computer Training Manual vol. 2, Preliminary Edition, Section 7.2 Shift Functional Units, 164 pages.

CDC 6600 Data Channel Equipment 6602–B/6612–A, 6603–B, 6622–A, 6681–B, 6682–A/6683–A, S. O. 60022, 60028,60029, Diagrams & Circuit Description' Control Data Publication No. 60125000, Revision G (Jun. 1966).

CDC 6600 Training Manual; Control Data Publication No. 60147400, Revision A (Jun. 1965).

CDC 6603—A/B/C Disk File Controller Reference Manual; Control Data Publication No. 60334000 (1970).

CDC 6638 Disk File Subsystem Training Supplement; Control Data Publication No. 602500800A (Oct. 1968).

CDC 6638 Disk File System: Standard Option 10037–A, 6639–A/B File Controller—Diagrams and Circuit Description/Maintenance/Maintenance Aids/Parts List/Wire Lists/ Chassis Tabs; Control Data Publication No. 60227300, Revision H (Mar. 1974).

CDC 6639—A/B Disk File Controller Reference Manual; Control Data Publication No. 60334100E (Aug. 1973).

CDC 6639 Disk Controller Training Manual Test Edition (Sep. 1967), 28 pages.

CDC APL Version 2 Reference Manual, CDC Operating Systems: NOS; Control Data Publication No. 60454000F (Nov. 1980).

CDC Basic Version 3 Reference Manual: NOS 1 &NOS/BE 1; Control Data Publication No. 19983900G (Oct. 1980).

CDC Chippewa Operating System, Document Class ERS, System No. E012, Version 1.1; External Reference Specifications—Chippewa Operating System, (Jun. 1966).

CDC Chippewa Operating System, Document Class SIR, System No. E012, Version 1.0, (Mar. 3, 1966).

CDC Chippewa Operating System, Document Class SIR, System No. E012, Version 1.1, (Mar. 3, 1966).

CDC Cobol Version 4 Instant Manual, Cyber 170 Series, Cyber 70 Models 72, 73, 74, 6000 Series; Control Data Publication No. 60497000A (Feb. 1976).

CDC Cobol Version 5 Instant Manual,Operating Systems: NOS 1/BE 1; Control Data Publication No. 60497300B (Feb. 1981).

CDC Codes/Control Data 6400/6500/6600 Computer Systems; Control Data Publication No. 60141900, Revision C (Jun. 15, 1967).

CDC Codes/Control Data 6400/6500/6600/6700 Computer Systems; Control Data Publication No. 60141900, Revision D (Jun. 10, 1970).

CDC Codes/Control Data 6000; Control Data Publication No. 60141900, Revision A (May 1965).

CDC Compass Version3 Instant, Operating Systems: NOS 1, NOS 2, NOS/ BE 1, Scope 2; Control Data Publication No. 60492800D (Jun. 1982).

CDC Course No. FH4010–1C, NOS Analysis, Student Handout, Revision C (Apr. 1980).

CDC Course No. FH4010–4C NOS Analysis, Study Dump (Apr. 1980).

CDC Cyber 170 Models 720, 730, 740, 750 and 760 Model 176 (Level B/C) Computer Systems, Codes; Control Data Publication No. 60456920C, (Jun. 1981).

CDC Cyber 70 Computer Systems Models 72,73,74,6000 Computer Systems: Fortran Reference Manual Models 72,73,74 Version 2.3; 6000 Version 2.3; Control Data Publication No. 19980400, Revision F (Jul. 1972).

CDC Cyber 70 Computer Systems Models 72,73,74,76,7600 Computer System, 6000 Computer Systems—ALGOL Reference Manual, Cyber 70 Series Version 4, 6000 Series Version 4, 7600 Series Version 4; Control Data Publication No. 60384700A (Aug. 1973).

CDC Cyber 70 Computer Systems Models 72,73,74,76,7600 Computer System, 6000 Computer Systems: Cobol Instant Models 72, 73, 74 Version 4, Model 76 Version 1,6000 Version 4; Control Data Publication No. 60328400A (Dec. 1971).

CDC Cyber 70 Computer Systems Models 72,73,74,76,7600 Computer System, 6000 Computer OA Systems: Fortran Extended Instant Models 72, 73, 74 Version 4, Model 76 Version 2,7600 Version 2; Control Data Publication No. 60357900A (Nov. 1971).

CDC Cyber 70 Computer Systems Models 72,73,74,76,7600 Computer System, 6000 Computer Systems: Fortran Extended Reference Manual Models 72, 73, 74 Version 4, Model 76 Version 2,6000 Version 4; Control Data Publication No. 60305600A (Oct. 1971).

**US 5,530,890 C1**

Page 6

CDC Cyber 70 Series 6000 Series Computer Systems: APL *Cyber Reference Manual; Control Data Publication No. 19980400B (Jul. 1973).

CDC Cyber 70 Series Computer Systems Models 72,73,74, 6000 Series Computer Systems—Kornos 2.1 Workshop Reference Manual; Control Data Publication No. 974047000 (1976).

CDC Cyber 70 Series Models 72/73/74,6000 Series Computer Systems, Krono 2.1 Operator Guide; Control Data Publication Guide Control Data Publication No. 60407700A (Jun. 1973).

CDC Cyber 70 Series Models 72/73/74,6000 Series Computer Systems, Kronos 2.1 Installation Handbook; Control Data Publication No. 60407500A (Jun. 1973).

CDC Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems, Kronos 2.1 Time–Sharing User's Reference Manual; Control Data Publication No. 60407600B (May 1974).

CDC Cyber 701 Model 76 Computer System, 7600 Computer System: Fortran Run, Version 2 Reference Manual; Control Data Publication No. 60360700C (May 1974).

CDC Cyber Interactive Debug Version 1 Guide for Users of Fortran Extended Version 4, CDC Operating Systems: NOS 1, NOS/BE 1, Control Data Publication No. 60482700A (Feb. 1979).

CDC Cyber Interactive Debug Version 1 Guide for Users of Fortran Version 5, Operating Systems: NOS 1, NOS / BE 1, Control Data Publication No. 60484100C (Sep. 1984).

CDC Cyber Interactive Debug Version 1 Reference Manual, NOS 1, NOS 2, NOS/ BE 1, Data Control Publication No. 60481400D (Jun. 1984).

CDC Cyber Loader Version 1 Instant, CDC Operating System NOS1, NOS/BE 1, Control Data Publication No. 60449800C (Aug. 1979).

CDC Disk Storage Subsystem—Operation and Programming Manual; Control Data Publication No. 60363900, Version T (1972–1980).

CDC Fortran Extended 2.0, Document Class ERS, System No. C012, (Dec. 1966).

CDC Fortran Extended 2.0, Document Class IMS, Internal Maintenance Specifications—64/65/6600 V Fortran Extended Version 2 (Mar. 1969).

CDC Fortran Extended Version 4 Instant Manual, Operating Systems: NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60497900B (Jun. 1981).

CDC Fortran Extended, Sales Technical Memorandum (May 1967).

CDC Fortran Extended Version 5 Instant, CDC Operating Systems: NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60483900A (Jan. 1981).

CDC GED Fortran Extended 1.0, Product No. C012, Dept. No. 254, Project No. 4P63FTN (Aug. 1967).

CDC Instant 6400/3500/6500 Simula; Control Data Publication No. 60235100, Revision A (Feb. 1969).

CDC Instant 6400/6500/6600 Compass; Control Data Publication No. 60191900, Revision A (1968).

CDC Instant Fortran 2.3 (6000 Series); Data Publication No. 60189500D (May 1969).

CDC Internal Maintenance Specification: Fortran V5, Part 1; Control Data Publication No. 77987506A.

CDC Internal Maintenance Specification: Fortran V5, Part 2; Control Data Publication No. 77987506A.

CDC Kronos 2.1 Reference Manual vol. 1 of 2; Control Data Cyber 70 Series Models 72/76/74, 6000 Series Computer Systems; Control Data Publication No. 60407000D (Jun. 1975).

CDC Model dd 60A Computer Control Console/Customer Engineering Manual; Control Data Publication No. 82100010 (Mar. 1965).

CDC Model dd60b Computer Control Console/Customer Engineering Manual; Control Data Publication No. 82103500 (Feb. 1967).

CDC Network Products: Network Access Method Version 1, Network Definition Language Reference Manual; Control Data Publication No. 60480000J (May 1981).

CDC Network Products: Network Terminal User's Instant—Operating System NOS 1; Control Data Publication No. 60455270C (Oct. 1980).

CDC NOS 2 Operations Handbook; Control Data Publication No. 60459310, (Aug. 1994).

CDC NOS Version 1 Applications Programmer's Instant, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71,72,73,74,6000 Series; Control Data Publication No. 60436000H (Jan. 1980).

CDC NOS Version 1 Internal Maintenance Specification vol. 1 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Internal Maintenance Specification vol. 2 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Internal Mainenance Specification vol. 3 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Operator's Guide, CDC Computer Systems: Cyber 170 Series, Cyber 70 Model 71, 72,73,74,6000 Series (Dec. 1980).

CDC NOS Version 1 Reference Manual vol. 1 of 2, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71,72,73,74,6000 Series; Control Data Publication No. 60435400J (1979).

CDC NOS Version 1 Reference Manual vol. 2 of 2, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74,6000 Series; Control Data Publication No. 60445300E (1977).

CDC NOS Version 1 System Maintenance Reference Manual; Control Data Publication No. 60455380H (Apr. 1981).

CDC NOS Version 2 Analysis Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459300D (Oct. 1984).

CDC NOS Version 2 Analysis Handbook, Control Data Publication No. 60459300U (Jul. 1994).

CDC NOS Version 2 Installation Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459320E__(Mar. 1985).

CDC NOS Version 2 Operation/Analysis Handbook, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000, Control Data Publication No. 60459310C (Oct. 1983).

CDC NOS Version 2 System Maintenance Reference Manual, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459300C (Oct. 1983).

CDC NOS/BE Version 1 Diagnostic Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71,72,73,74, 6000; Control Data Publication No. 60494400–V (1986).

**US 5,530,890 C1**

Page 7

CDC NOS/BE Version 1 Installation Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71,72,73,74, 6000; Control Data Publication No. 60494300aB (Dec. 1986).

CDC NOS/BE Version 1 Reference Manual, Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60493800M (1981).

CDC Outline of Reports on Feasibility Study of 64/6600 Fortran Ver 3.0 and Conversational Fortran, Fortran Study Project, Product No. X010, Dept No. 254, Project No. 4P63, (Jun. 1966).

CDC Pascal Version 1 Reference Manual, Operating Systems: NOS 2; Control Data Publication No. 60497700 (Sep. 1983).

CDC Pascal Version 1 Reference Manual, Operating Systems: NOS 2; Control Data Publication No. 60497700A (Dec. 1982).

CDC PL/1 Version 1 Instant, CDC Operating Systems: NOS 1, NOS/ BE 1; Control Data Publication No. 60483700A (Nov. 1979).

CDC Simscript 11.5 Instant; Control Data Publication No. 84000450B (Sep. 1978).

CDC Sort/Merge Version 4 and 1 Instant, Operating Systems: NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60497600C (Jan. 1981).

CDC Sort/Merge Version 5 Reference Manual, Operating Systems: NOS 2, NOS/BE 1, Control Data Publication No. 60484800C (Feb. 1984).

CDC SYMPL Version 1 Instant, NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60482600A (May 1978).

CDC SYMPL Version 1 Users Guide, Operating Systems: NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60499800B (Apr. 1978).

CDC Update Instant, Cyber 170 Series, Cyber 70 Series, 6000 Series, 7600 Computer Systems; Control Data Publication No. 60450000A (Nov. 1975).

CDC Update Reference Manual Operating Systems: Scope 3.4, Kronos 2.1; Control Data Publication No. 60342500, Revision H (1971–1976).

CDC Xedit Version 3 Reference Manual, Operating System: NOS 1; Control Data Publication No. 60455730B (Aug. 1979).

Chippewa Laboratories Fortran Compiler Run, Preliminary Edition, CDC 6000 Series Computer Systems, (Apr. 1966).

Cho et al., WAM 3.6: A 40K Cache Memory and Memory Management Unit, ISSCC '86, Feb. 19, 1986.

Cho et al., "The Memory Architecture and the Cache and Memory Management Unit for the Fairchild Clipper Processor," Report No. UCB/CSD 86/289, Computer Science Division (EECS), University of California (Apr. 1986).

CLIPPERTM 32–Bit Microprocessor, Introduction to the Clipper Architecture, published by Fairchild in 1986.

Cordell, II et al., "Advanced Interactive Executive Program Development Environment," IBM Systems Journal, 1987; 26(4):361–382.

Crawford, "The i486 Executing Instructions in One Clock Cycle," IEEE Micro, pp. 28–36 (Feb. 1990).

Cray–1 Computer System Hardware Reference Manual, Publication No. 2240004, Rev C, Nov. 4, 1977.

Disk Routines and Overlays, Chippewa Operating System, CDC Development Division—Applications, (Nov. 1965).

Ditzel et al., "The Hardware Architecture of the Crisp Microprocessor," AT &T Information Systems, ACM, pp. 309–319 and table of contents (1987).

DS5000 Soft Microcontroller User's Guide Preliminary V 1.0, Dallas Semiconductor.

Duell. C. H., "Everything that can be invented has been invented," 2 pages downloaded from http://www.tplgroup.net/patents/index.php.

Evans et al., "An Experimental 512–bit Nonvolatile Memory with Ferroelectric Storage Cell," IEEE Journal of Solid–Sate Circuits, 23(5):1171–1175.

Excerpt from A Seymour Cray Perspective http//research.microsoft.com/users/gbell/craytalk/sld029.htm (Slide 29).

Excerpts from A Seymour Cray Perspective http//research.Microsoft.com/users/gbell/craytalk/sld001.htm (Slide 1).

Fiasconaro, J., "Microarchitecture of the HP9000 Series 500 CPU," Microarchitecture of VLSI Computers, NATO ASI Series No. 96, Antognetti, eds., pp. 55–81.

Field Maintenance Print Set, KA780–01–01 Rev. A.

Fisher et al., "Very Long Instruction Word Architectures and the ELI–512," ACM pp. 140–150 (1983).

Fukui et al., "High Speed CMOS 4–bit Microcomputer SM550 Series," pp. 107–109 published 1982, 1983. (Document in Japanese).

Furber, VSLI RISC Architecture and Organization, Chapter 3: Commercial VLSI RISC, pp. 124–129, Marcel Dekker, Inc., 1989.

GE 600 Series, publication.

GE–625 / 635 Programming Reference Manual, revised Jan. 1996.

Gershon, Preface, IBM Systems Journal 26(4):324–325.

Green et al., "A Perspective on Advanced Peer–to–Peer Networking," IBM Systems Journal, 1987; 26(4):414–428.

Grimes et al., "64 bit Processor, The Intel i860 64–Bit Processor: A General–Purpose CPU with 3D Graphics Capabilities", published by Intel, p. 85 (Jul. 1989).

Grishman, R., "Assembly Language Programming for the Control Data 6000 and Cyber Series Algorithnics".

Grondalski et al., "Microprocessors–Special Purpose—THPM 16.3: A VLSI Chip Set for a Massively Parallel Architecture," 1987 IEEE International Solid–State Circuits Conference, Feb. 26, 1987, pp. 1998–198.

Gross et al., "Measurement and evaluation of MIPS architecture and processor," ACM Trans. Computer Systems, pp. 229–257 Aug. 1988.

Guttag, "The TMS34010: An Embedded Microprocessor", IEEE Micro, vol. 8, No. 3, May 1988, pp. 39–52.

Hansen, "A RISC Microprocessor with Integral MMU and Cache Interface," ICCD '86, pp. 145–148, 1986.

Hennessy et al., "Hardware/software tradeoff for increased performance," Proceedings of the Symposium on Architectural Support for Programming Languages and Operating Systems pp. 2–11. ACM, Apr. 1982.

Hennessy et al., "Hardware/software tradeoff for increased performance," Technical Report No. 22.8, Computer Systems Laboratory, Feb. 1983, 24 pages.

Hennessy et al., "MIPS: A Microprocessor Architecture," IEEE, pp. 17–22 (1982).

Hennessy et al., "MIPS: A VLSI Processor Architecture" VLSI Systems and Computer, Kung eds., Carnegi–Mellon University, pp. 337–346 (1981).

Hennessy et al., "The MIPS Machine", Compcon, IEEE, Spring 1982, pp. 2–7.

Hennessy, "Performance Issues in VLSI Processor Design," IEEE on VLSI in Computers, , pp. 153–156. (1983).

Hinton, 80960—Next Generation, Compcon Spring 89, IEEE, 13–16 (1989).

US 5,530,890 C1

Page 8

Hitachi America Ltd., "8–Bit Single–Chip Microprocessor Data Book", Jul. 1985, Table of Contents and pp. 251–279.

Hollingsworth et al., "The Fairchild Clipper: Instruction Set Architecture and Processor Implementation," Report No. UCB/CSD 87/329, Computer Science Division (EECS), University of California Berkeley, California, (Feb. 11, 1987).

Horowitz et al., "A 20—MIPS Peak, 32–bit Microprocessor with On–Chip Cache," IEEE Journal of Solid State Circuits, SC–22(5):790–799 (Oct. 1987).

HP 9000 Instrument Controllers, Technical Specifications Guide, Oct. 1989.

HP 9000 Series Computer Systems, HP–UX Reference 09000–090004, Preliminary Nov. 1982.

HP Sacajawea External Reference Specification Preliminary Version 1.1 (Jan. 14, 1987).

Hughes, "Off–Chip Module Clock Controller," Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Hunter, "Introduction to the Clipper Architecture," IEEE Micro, pp. 6–26 (Aug. 1987).

IBM RT PC, Byte 1986 Extra Edition, Inside The IBM PCs, pp. 60–78.

IBM Systems Reference Library, IBM System/360 Model 67 Functional Characteristics, File No. S360–01, Form A27–2719–0, published by IBM (1967).

IEEE Std 796–1983, Microcomputer System Bus, pp. 9–46. Index of/pdf/cdc/6x00, downloaded from http://www.bitsavers.org/pdf/cdc/6x00/.

INMOS Engineering Data, IMS T414M Transputer, Extended Temperature, (Aug. 1987).

INMOS IMS T212 Engineering Data Preliminary Data Sheet (Aug. 1987).

INMOS IMS T414 Data Sheet, (Jun. 1987).

INMOS IMS T414 Transputer, Engineering Data, pp. 107–163.

INMOS IMS T414 Transputer, Preliminary Data (Feb. 1987).

INMOS M212 Disk Processor Product Overview Oct. 1987, 12 pages total.

Intel 386TM DX Microprocessor 32–Bit CHMOS Microprocessor With Integrated Memory Management (1995).

Intel 4004 Data Sheet Single Chip 4–Bit 9–Channel Microprocessor, pp. 8–15 to 8–23.

Intel 8008 8–Bit Parallel Central Processor Unit, published by Intel (Nov. 1972), Users Manual.

Intel 80960CA User's Manual published by Intel (1989).

Intel Architecture Optimization Manual, Order No. 242816–003, published by Intel (1997).

Intel Architecture Software Developer's Manual, vol. 1: Basic Architecture, published by Intel (1997).

Intel i860 64–Bit Microprocessor, Intel Corporation Feb. 1989.

Intel MCS–4 Micro Computer Set, Integrated Circuit Engineering Collection (Nov. 1971).

Intel, iAPX 386 High Performance 32–Bit Microprocessor Product Review (Apr. 1984).

Intel 8080A/8080A–1/8080A–2, 8–Bit N–Channel Microprocessor, Order No. 231453–001, Its Respective Manufacturer (Nov. 1986).

Jguppi et al., "A 20 MIPS Sustained 32b CMOS with 64b Data Bus," IEEE Int'l Solid State Circuits Conf., pp. 84–86 (1989).

Johnson et al., "A Variable Delay Line PLL for CPU–Coprocessor Synchronization," IEEE Journal of Solid–State Circuits, 23(5): 1218–1223, Oct. 1988.

Katevenis et al., "Reduced Instruction Set Computer Architecture for VLSI," Doctoral Dessertation, Oct. 1983.

Katevenis et al., "The RISC II Micro–Architecture," Journal of VLSI and Computer Systems, 1(2): 138–152 (1984).

Kipp, "Micron Technology Inc. Reports Financial Results," Business Wire, New York, Sep. 26, 1988.

Kohn et al., "Introducing Intel i860 64–Bit Microprocessor," Intel Corporation, IEEE Micro (Aug. 1989).

Koopman, "RTX 4000," Proceedings of 1989 Rochester Forth Conference, pp. 84–86.

Koopman, "The WISC Concept: A proposal for a writable instruction set computer," Byte, pp. 187–193. (Apr. 1987).

Koopman, Jr. et al. "MVP Microcoded CPU/16 Architecture," Proceedings of 1986 Rochester Forth Conference, pp. 277–280.

Koopman, Jr. et al., "WISC Technologies, Inc., Writable Instruction Set, Stack Oriented Computers: The WISC Concept," 1987 Rochester Forth Conference, Journal of Forth Application and Research, 5(1):49–71.

"Stack Computers: the new wave, Chapter 5.2: Architecture of the FRISC 3 (SC32)", Philip Koopman, 1989, 9 pages.

Loucks et al., "Advanced Interactive Executive (AIX) Operating System Overview," IBM Systems Journal, 1987; 26(4):326–345.

LSI Logic Corporation MIPS Architecture RISC Technology Backgrounder, "Introduction to RISC Technology," LSI Logic Corporation (Apr. 1988).

Matick, "Self–Clocked Cache," Delphion, IBM Technical Disclosure Bulletin, Apr. 1985.

Matsushita Electric, 8 bit Dual1–chip Microcomputer MN1890 Series User's Manual, translation of original Japanese language document, by Matsushita Electric Industrial Co., Ltd. Semiconductor Sales Division.

Matsushita Electronics Corporation, MN1880 (MN18882) Instruction Manual, (document in Japanese), 1988.

Matsushita Electronics Corporation, MN188166 User's Manual, Japanese language document.

Matsushita Electronics Corporation, MN18882 LSI User's Manual, Japanese language document, 1987.

Matsushita Electronics Corporation, Specification Sheet, MN18882 (Book1) translation of the Japanese language original, Code No. MIG0175, Matsushita Electronics Industry Corporation, Microcomputer Products Division, Oct. 22, 1990.

Matthys R. J., Crystal Oscillator Circuits, John Wiley &Sons, pp. 25–64 (1983).

May, "The Transputer and Occam," International Conference on the Impact of Digital Microelectronics and Microprocessors on Particle Physics, held Mar. 28–30, 1988, published by World Scientific in 1988, Budnich, eds. pp. 205–211.

May, D., "The Influence of VLSI Technology on Computer Architecture," INMOS Ltd., pp. 247–256 (1988).

Mead et al., eds., Introduction to VLSI Systems, Addison Wesley Publishers, (1980), 144 pages.

Miller, Frequency Modulated Ring Oscillator for a Mode Regulated Substrate Bias Generator, Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Mills et al., "Box Structured Information Systems," IBM Systems Journal, 1987; 26(4):395–413.

US 5,530,890 C1

Page 9

Minyard, Using a TMS320C30 Serial Port as an Asynchronous RS–232 Port, Application Brief: SPRA240, Texas Instruments (May 1994).

MMP Portfolio, News Release: Roland Becomes 50th Licensee, Setting a Major Milestone in Moore Microprocessor Patent Licensing Program, 3 pages (May 1, 2009).

Moelands, A. P. M., "Serial I/O with the MAB8400 series microcomputers," Electronic Components and Applications, 3(1):38–46 (1980).

Moore, P., "INMOS Technical Note 15: IMS B005 Design of a Disk Controller board with drives," Dec. 3, 1986.

Mostek Corp., Adverisement, EDN, Nov. 20, 1976.

Motorola Inc., MC 68332 32–Bit Microcontroller System Integration User's Manual Preliminary Edition, Revision 0.8, (1989).

Motorola MC146805H2, Advance Information, pp. 1–12.

Motorola MC68HC11A8 HCMOS Single–Chip Microcomputer, table of contents and introduction (1985).

Motorola Semiconductors MC146805H2, Product Brochure.

Motorola, "How to Take Control" product brochure by Motorola (1988).

Motorola, MC68300 Family MC68332 User's Manual, (1995).

Moussouris et al., "A CMOS RISC Processor Integrated System Functions," Proceedings of 31st IEEE Computer Society International Conference, Cathedral Hill Hotel, San Francisco, CA Mar. 3–6, 1986, pp. 126–131, 1986.

National Semiconductor HPC16400/HPC36400/HPC46400 High–Performance MicroControllers with HDLC Controller product literature.

NEC Data Sheet MOS Integrated Circuit uPD75008, 4 bit Single–Chip Microcomputer (1989).

NEC Electronics Inc. High–End, 8–Bit, Single–Chip CMOS Microcomputers product literature.

NEC Electronics Inc. Microcomputer Products Microprocessors, Peripherals, & DSP Products Data Book vol. 2 of 2 cover page.

NEC Electronics Inc. Microcomputer Products Single–Chip Products Data Book vol. 1 of 2 cover page.

NEC Electronics Inc. MOS Integrated Circuit uPD70208H, 70216H Data Sheet, V40HL, V50HL 16/8, 16–Bit Microprocessor (1995).

NEC Electronics Inc. MOS Integrated Circuit uPD7225 Programmable LCD Controller/Driver (1986, 1999).

NEC Electronics Inc. uPD78C10/C11/C14 8–Bit, Single–Chip CMOS Microcomputers with A/D Converter product literature.

Olson, Semiconductor Die with Wiring Skirt (Packaging Structure), Delphion, IBM Technical Disclosure Bulletin, Jul. 1978.

O'Neil, "Pipeline Memory System for Drams", Delphion, IBM Technical Disclosure Bulletin, May 1989.

Paker, Y, Multi–Processor Systems, Academic Press, pp. 1–23 (1983).

Patterson et al., "Architecture of a VLSI Instruction Cache for a RISC," ACM, pp. 108–116 (1983).

Patterson et al., "RISC I: A Reduced Instruction Set VLSI Computer," Proceedings of the 8th annual symposium on Computer Architecture on Computer Architecture, Minneapolis, Minnesota, pp. 443–457 (May 1981).

Patterson, "RISC Watch", ACM, vol. 12 (1):11–19 (Mar. 1984).

Patterson, D. A., "Reduced Instruction Set Computers" Communication of the ACM, 28(1):.8–21, Jan. 1985.

Pountain, "The Archimedes A310," Byte, 1987.

Przybyiski et al., "Organizational and VLSI Implementation of MIPS," Technical Report: CSL–TR–84–259, Apr. 1984.

Przybyiski, "The Design Verification and Testing of MIPS", 1984 Conference on Advanced Research in VLSI, pp. 100–109.

Rau et al., "The Cydra 5 Departmental Supercomputer, Design Philosophies, Decisions, and Tradeoffs," IEEE, pp. 12–36 (1989).

Reekie, Realtime DSP: The TMS320C30 Course, Revision 3 (Feb. 20, 1994).

RISC Roots: CDC 6000 (1965) www.//bwrc.eecs.berkeley.edu/CIC/archive/cpu_history.html, downloaded Oct. 27, 2006.

Roche et al., "Method of Assuming a Two–Cycle Start, Zero Cycle Stop, Non–Chopping on Chip Clock Control Throughout a VLSI Clock System," Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Rowen et al., "A Pipelined 32b NMOS Microprocessors and Microcontrollers," IEEE International Solida–State Circuits Conference, pp. 180–181, 1984.

Rubinfeld et al., "The CVAX CPU, A CMOS VAX Microprocessor Chip", International Conference on Computer Design, Oct. 1987.

Ryan, D.P., "Intel's 80960: An Architecture Optimized for Embedded Control," IEEE Micro, published in Jun. 1988.

Sanamrad et al, "A Hardware Syntactic Analysis Processor," IEEE, Aug. 1987, pp. 73–80.

Sequin et al., "Design and Implementation of RISC I," pp. 276–298 from VLSI Architecture, B. Randell and P.C. Treleaven, editors, Prentice Hall, 1983.

Shepherd et al., "Current and Future Transputers," INMOS Presentation given at Jun. 15, 1988 Workshop on Computer Architecture.

Sherburne, R. W., "Processor Design Tradeoffs in VLSI," U.C. Berkeley, May 1984. PhD Dissertation.

Shih, "Microprogramming Heritage of RISC Design," Proceedings of the 23rd annual workshop and symposium on Microprogramming and microarchitecture, pp. 275–280. (1990).

Shyam, "Hardware External Reference Specification for Enhanced Champion/Paladin," Revision of Nov. 11, 1986.

Sibigtroth, J. M., "Motorola's MC68HC11: Definition and Design of a VLSI Microprocessor," IEEE Micro, 4(1):54–61 (1984).

Signetics Microprocessor Data manual cover page.

Signetics Microprocessor Products Data manual, 8X330 Floppy Disk Formatter/Controller product specification.

Signetics Microprocessor Products Data manual, SC96AH Series Single–Chip 16–Bit Microcontrollers preliminary specification.

Simpson et al., "The IBM RT PC ROMP Processor and Memory Management Unit Archiecture," IBM systems Journal, Dec. 1987; 26(4):346–360.

Simpson, R.O., "The IBM RT Personal Computer," Byte 11 (11):43–78 (Oct. 1986).

Skruhak et al., "Modular Design of a High Performance 32–bit Microcontroller," IEEE 1989 Custom Integrated Circuits Conference, pp. 23.8.1–23.8.4 (1989).

Stanley, R. C., "Microprocessors in brief," IBM J. Res. Develop., 29(2):110–118 (Mar. 1985).

**US 5,530,890 C1**

Page 10

Submicron Systems Architecture Project, Caltech Computer Science Technical Report, Nov. 1, 1991.

Sultan et al., "Implementing System–36 Advanced Peer–to–Peer Networking," IBM Systems Journal, 1987; 26(4):429–452.

Texas Instrument, "TMS 370 Microcontroller Family User's Guide," (1996), 873 pages.

Texas Instruments TMS320C30 Digital Signal Processor product literature, SPRS032A (Apr. 1996, Revised Jun. 1997).

Texas Instruments TMS34010 Graphics System Processor product literature.

The Ring Oscillator VCO Schematic, 1 page.

Thornton, J. E., "Considerations in Computer Design Leading Up To the Control Data 6600," Control Data Chippewa Laboratory (1970).

Thornton, J. E., "Design of a Computer, The Control Data 6600," published by Advanced Design Laboratory (1970).

Toshiba TLCS–42, 47, 470 User's Manual Published in Apr. 1986.

Ungar et al., "Architecture of SOAR: Smalltalk on a RISC," Proceedings of the 11th Annual International Symposium on Computer Architecture ISCA '84. ACM Press, New York, NY pp. 188–197 (1984).

VAX 11/780 Architecture Handbook vol. 1, 1977–1978, 2–7 and G–8.

VAX 8800 System Technical Description vol. 2, EK–KA881–TD–PRE, Section 6, Instruction Box (IBOX), Preliminary Edition (Jul. 1986).

VAX Maintenance Handbook: VAX–11/780, EK–VAXV2–HB–002, 1983 Edition.

Waters et al., "AIX Usability Enhancements and Human Factors," IBM Systems Journal, 1987; 26(4):383–394.

Whiteby–Streven, "Transputer Technical Notes from INMOS," Google Groups; comp.sys.transputer, dated Sep. 7, 1988.

Williams, "Chip Set Tackles Laptop Design Issues, Offers Flat–Panel VGA Control," Computer Design, Oct. 15, 1988; 27(19):21–22.

Agrawal, "Bipolar ECL Implementation," The SPARC Technical Papers, Catanzaro, eds., Springer–Verlag, NY, pp. 201–211. (1991).

Gill et al. Summary of MIPS Instruction. CSL Technical Note No. 237, Computer Systems Laboratory, Stanford University, Nov. 1983. 50 pages total.

Hennessy et al., "Design of a High Performance VSL Processor," Third Caltech Conference on Very Large Scale Integration, Bryant eds., California Institute of Technology, Computer Science Press, pp. 33–54. (1983).

Horowitz et al., "A 32b Microprocessor with On–Chip 2Kbyte Instruction Cache," IEEE International Solid State Circuits Conference, pp. 30, 31 and 328 (1987).

Knapp, "Frequency Stability Analysis of Transistorized Crystal Oscillator," IEEE Transactions on Instrumentation and Measurement, vol. 12, No. 1, pp. 2–5. (Jun. 1963).

Nicoud et al., "The Transputer Instruction Set," IEEE Micro, vol. 9, No. 3, pp. 60–75 (May 1989).

Parasuraman, "High Performance Microprocessor Architectures," Proceedings of the IEEE, vol. 64, No. 6, pp. 851–859. (Jun. 1976).

Walls et al., "A Frequency–Lock System for Improved Quartz Crystal Oscillator Performance," IEEE Transactions on Instrumentation and Measurement, vol. IM–27, No. 3, pp. 249–252 (Sep. 1978).

Acorn Computers Limited; "ARM Datasheet, Part No. 1 85250 0360 0"; Issue No. 1.0; Mar. 17, 1987.

Barron, I. et al.; "Transputer does 5 or more MIPS even when not used in parallel"; Electronics; McGraw–Hill; vol. 56, No. 23; Nov. 17, 1983; pp. 109–115.

Best et al.; "An Advanced–Architecture CMOS/SOS Microprocessor"; IEEE Micro; vol. 2, No. 3; Jul. 1982; pp. 10–26.

Burroughs Corp.; "Burroughs B5500 Information Processing Systems Reference Manual"; 1964.

Dowsing and Woodhams; "Computer Architecture, A First Course"; Van Nostrand Reinhold Co., Ltd. (UK); 1985; pp. 126–139.

Haley, A. et al.; "Forth as Machine Code"; Electronics & Wireless World; vol. 93; No. 1616; Jun. 1987; pp. 584–587.

IC Master; "F8/3870 F6800 Bit–Slice Faichild Microcomputers"; United Technical Publications; 1980; pp. 2016–2040.

INMOS Limited; "IMS T212 Transputer Data Sheet"; Aug. 1987.

INMOS Limited; "IMS T414 Transputer Data Sheet"; Feb. 1987.

INMOS Limited; "IMS T424 Transputer Reference Manual"; Nov. 1984; p. i–62.

INMOS Limited; "IMS T800 Transputer Data Sheet"; Apr. 1987.

Intel; "80386 Programmer's Reference Manual"; 1986.

Koopman, Jr., Philip; "Stack Computers, the new wave"; 1989.

Motorola; "Motorola MC68020 32–Bit Microprocessor User's Manual, Second Edition"; Prentice–Hall; 1985.

Proebsting et al.; "A TTL Compatible 4096–bit N–channel RAM"; Solid–State Circuits Conference; Digest of Technical Papers; 1973 IEEE International vol. XVI; Feb. 1973; pp. 28–29.

Schoeffler, J.; "Microprocessor Architecture"; Industrial Electronics and Control Instrumentation, IEEE Transactions on; vol. IECI–22, issue 3; Aug. 1975; pp. 256–272.

Whitby–Strevens, C.; "The Transputer"; The 12th Annual International Symposium on Computer Architecture, Conference Proceedings; Jun. 17–19, 1985; pp. 292–300.

VLSI Technologies, Inc.; "VL86C010 RISC Family Data Manual"; 1987.

PCT Appl. No. PCT/US90/04245, International Search Report dated Jan. 23, 1991.

EP Appln No. 97200767.8, European Search Report (illegible date).

JP Appln No. 1990–511130.

"A single chip digital signal processor, Part I—architecture and addressing", Richard Pickvance, Electronic Engineering, Feb. 1985, vol. 57, No. 698, pp. 53–56, 59 and 63.

"The Architecture of the SC32 Forth Engine", Hayes et al., The Journal of Forth Application and Research, 1989, vol. 5, No. 4, pp. 493–506.

"Machine Forth, Machine Forth for the ARM processor", Reuben Thomas, Aug. 23, 1999, 10 pages.

"Stack Computers; the new wave, Chapter 5.2: Architecture of the FRISC 3 (SC32)", Philip Koopman, 1989, 9 pages.

The Motorola MC68020, MacGregor, D. et al., IEEE Micro, vol. 4, issue 4, Aug. 1984, pp. 101–118.

MC68020 32–Bit Microprocessor User's Manual, Motorola, Prentice–Hall, 1984.

MOSTEK 1981 3870 / F8 Microcomputer Data Book Feb. 1981, pp. III–76—VI–11.

F8/3870 F6800 Bit–Slice Fairchild Microcomputers United Technical Publications, IC Master, 1980, pp. 2016–2040.

80386 Programmer's Reference Manual Intel, 1986.

Transputer Reference Manual INMOS, Prentice Hall, 1988.

* cited by examiner

US 5,530,890 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

Matter enclosed in heavy brackets **[ ]** appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **5-10** is confirmed.

Claims **1-4** are cancelled.

New claims **11-20** are added and determined to be patentable.

*11. A microprocessor, which comprises a main central
processing unit and a separate direct memory access central
processing unit in a single integrated circuit comprising said
microprocessor, said main central processing unit having an
arithmetic logic unit, a first push down stack with a top item
register and a next item register, connected to provide inputs
to said arithmetic logic unit, an output of said arithmetic
logic unit being connected to said top item register, said top
item register also being connected to provide inputs to an
internal data bus, said internal data bus being bidirectionally connected to a loop counter, said loop counter being
connected to a decrementer, said internal data bus being
bidirectionally connected to a stack pointer, return stack
pointer, mode register and instruction register, said stack
pointer pointing into said first push down stack, said internal
data bus being connected to a memory controller, to a Y
register of a return push down stack, an X register and a
program counter, said Y register, X register and program
counter providing outputs to an internal address bus, said
internal address bus providing inputs to said memory controller and to an incrementer, said incrementer being connected to said internal data bus, said direct memory access
central processing unit providing inputs to said memory controller, said memory controller having an address/data bus
and a plurality of control lines for connection to a random
access memory.*

*12. The microprocessor of claim 11 in which said memory
controller includes a multiplexing means between said central processing unit and said address/data bus, said multiplexing means being connected and configured to provide
row addresses, column addresses and data on said address/
data bus.*

*13. The microprocessor of claim 11 in which said memory
controller includes means for fetching instructions for said
central processing unit on said address/data bus, said means
for fetching instructions being configured to fetch multiple
sequential instructions in a single memory cycle.*

*14. The microprocessor of claim 13 additionally comprising means connected to said means for fetching instructions
for determining if multiple instructions fetched by said*

**2**

*means for fetching instructions require a memory access,
said means for fetching instructions fetching additional multiple instructions if the multiple instructions do not require a
memory access.*

*15. The microprocessor of claim 13 in which said microprocessor and a dynamic random access memory are contained in a single integrated circuit and said means for fetching instructions includes a column latch for receiving the
multiple instructions.*

*16. The microprocessor of claim 11 in which said microprocessor includes a sensing circuit and a driver circuit, and
an output enable line for connection between the random
access memory, said sensing circuit and said driver circuit,
said sensing circuit being configured to provide a ready signal when said output enable line reaches a predetermined
electrical level, said microprocessor being configured so
that said driver circuit provides an enabling signal on said
output enable line responsive to the ready signal.*

*17. The microprocessor of claim 11 additionally comprising a ring oscillator variable speed system clock connected
to said main central processing unit, said main central processing unit and said ring oscillator variable speed clock
being provided in a single integrated circuit.*

*18. The microprocessor of claim 17 in which said memory
controller includes an input/output interface connected to
exchange coupling control signals, addresses and data with
said main central processing unit, said microprocessor additionally including a second clock independent of said ring
oscillator variable speed system clock connected to said
input/output interface.*

*19. The microprocessor of claim 11 in which said first
push down stack has a first plurality of stack elements configured as latches, a second plurality of stack elements configured as a random access memory, said first and second
plurality of stack elements and said central processing unit
being provided in a single integrated circuit, and a third
plurality of stack elements configured as a random access
memory external to said single integrated circuit.*

*20. The microprocessor of claim 19 additionally comprising a first pointer connected to said first plurality of stack
elements, a second pointer connected to said second plurality of stack elements, and a third pointer connected to said
plurality of stack elements, said central processing unit
being connected to pop items from said first plurality of stack
elements, said first stack pointer connected to said second
stack pointer to pop a first plurality of items from said second plurality of stack elements when said first plurality of
stack elements are empty from successive pop operations by
said central processing unit, said second stack pointer being
connected to said third stack pointer to pop a second plurality of items from said third plurality of stack elements when
said second plurality of stack elements are empty from successive pop operations by said central processing unit.*

\* \* \* \* \*

Exhibit C

Exhibit C



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 14, 2012

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT:  *5,809,336*

ISSUE DATE:  *September 15, 1998*

By Authority of the

Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

R.  PONDEXTER

Certifying Officer

US005809336A

# United States Patent [19]

## Moore et al.

[11] **Patent Number:** **5,809,336**

[45] **Date of Patent:** **Sep. 15, 1998**

[54] **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

[75] Inventors: **Charles H. Moore**, Woodside; **Russell H. Fish, III**, Mt. View, both of Calif.

[73] Assignee: **Patriot Scientific Corporation**, San Diego, Calif.

[21] Appl. No.: **484,918**

[22] Filed: **Jun. 7, 1995**

**Related U.S. Application Data**

[62] Division of Ser. No. 389,334, Aug. 3, 1989, Pat. No. 5,440,749.

[51] **Int. Cl.⁶** ...................................... **G06F 1/04**
[52] **U.S. Cl.** ........................................... **395/845**
[58] **Field of Search** .................... 395/500, 551, 395/555, 845

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,967,104 | 6/1976 | Brantingham | 364/709.09 |
| 3,980,993 | 9/1976 | Bredart et al. | 395/550 |
| 4,003,028 | 1/1977 | Bennett et al. | 395/742 |
| 4,042,972 | 8/1977 | Gruner et al. | 395/389 |
| 4,050,096 | 9/1977 | Bennett | 395/494 |
| 4,112,490 | 9/1978 | Pohlman et al. | 395/287 |
| 4,315,308 | 2/1982 | Jackson | 395/853 |

| | | | |
|---|---|---|---|
| 4,338,675 | 7/1982 | Palmer | 364/748 |
| 4,398,265 | 8/1983 | Puhl et al. | 395/882 |
| 4,453,229 | 6/1984 | Schaire | 395/250 |
| 4,503,500 | 3/1985 | Magan | 395/800 |
| 4,539,655 | 9/1985 | Trussell et al. | 395/280 |
| 4,553,201 | 11/1985 | Pollack | 395/183.22 |
| 4,627,082 | 12/1986 | Pelgrom et al. | 377/63 |
| 4,670,837 | 6/1987 | Sheets | 395/550 |
| 4,680,698 | 7/1987 | Edwards et al. | 395/800 |
| 4,761,763 | 8/1988 | Hicks | 395/286 |
| 5,414,862 | 5/1995 | Suzuki et al. | 395/750 |

*Primary Examiner*—David Y. Eng
*Attorney, Agent, or Firm*—Cooley Godward LLP

[57] **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.

**10 Claims, 19 Drawing Sheets**





**FIG._1**



*FIG._2*

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page119 of 168



**FIG._3**



**FIG._4**



*FIG._5*

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page122 of 168



**FIG._6**



*FIG._7*

Case4:12-cv-03860-YGR   Document1-1   Filed07/24/12   Page124 of 168



**FIG._8**



*FIG._9*



*FIG._10*



FIG._11



FIG._12



FIG._13



*FIG._14*



*FIG._15*



**FIG._16**



**FIG._18**



**FIG._17**



**FIG._19**



**FIG._20**



*FIG._21*



*FIG._22*



*FIG._23*

5,809,336

1

# HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 07/389,334, filed Aug. 3, 1989, now U.S. Pat. No. 5,440,749.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to a simplified, reduced instruction set computer (RISC) microprocessor. More particularly, it relates to such a microprocessor which is capable of performance levels of, for example, 20 million instructions per second (MIPS) at a price of, for example, 20 dollars.

### 2. Description of the Prior Art

Since the invention of the microprocessor, improvements in its design have taken two different approaches. In the first approach, a brute force gain in performance has been achieved through the provision of greater numbers of faster transistors in the microprocessor integrated circuit and an instruction set of increased complexity. This approach is exemplified by the Motorola 68000 and Intel 80X86 microprocessor families. The trend in this approach is to larger die sizes and packages, with hundreds of pinouts.

More recently, it has been perceived that performance gains can be achieved through comparative simplicity, both in the microprocessor integrated circuit itself and in its instruction set. This second approach provides RISC microprocessors, and is exemplified by the Sun SPARC and the Intel 8960 microprocessors. However, even with this approach as conventionally practiced, the packages for the microprocessor are large, in order to accommodate the large number of pinouts that continue to be employed. A need therefore remains for further simplification of high performance microprocessors.

With conventional high performance microprocessors, fast static memories are required for direct connection to the microprocessors in order to allow memory accesses that are fast enough to keep up with the microprocessors. Slower dynamic random access memories (DRAMs) are used with such microprocessors only in a hierarchical memory arrangement, with the static memories acting as a buffer between the microprocessors and the DRAMs. The necessity to use static memories increases cost of the resulting systems.

Conventional microprocessors provide direct memory accesses (DMA) for system peripheral units through DMA controllers, which may be located on the microprocessor integrated circuit, or provided separately. Such DMA controllers can provide routine handling of DMA requests and responses, but some processing by the main central processing unit (CPU) of the microprocessor is required.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of this invention to provide a microprocessor with a reduced pin count and cost compared to conventional microprocessors.

It is another object of the invention to provide a high performance microprocessor that can be directly connected to DRAMs without sacrificing microprocessor speed.

2

It is a further object of the invention to provide a high performance microprocessor in which DMA does not require use of the main CPU during DMA requests and responses and which provides very rapid DMA response with predictable response times.

The attainment of these and related objects may be achieved through use of the novel high performance, low cost microprocessor herein disclosed. In accordance with one aspect of the invention, a microprocessor system in accordance with this invention has a central processing unit, a dynamic random access memory and a bus connecting the central processing unit to the dynamic random access memory. There is a multiplexing means on the bus between the central processing unit and the dynamic random access memory. The multiplexing means is connected and configured to provide row addresses, column addresses and data on the bus.

In accordance with another aspect of the invention, the microprocessor system has a means connected to the bus for fetching instructions for the central processing unit on the bus. The means for fetching instructions is configured to fetch multiple sequential instructions in a single memory cycle. In a variation of this aspect of the invention, a programmable read only memory containing instructions for the central processing unit is connected to the bus. The means for fetching instructions includes means for assembling a plurality of instructions from the programmable read only memory and storing the plurality of instructions in the dynamic random access memory.

In another aspect of the invention, the microprocessor system includes a central processing unit, a direct memory access processing unit and a memory connected by a bus. The direct memory access processing unit includes means for fetching instructions for the central processing unit and for fetching instructions for the direct memory access processing unit on the bus.

In a further aspect of the invention, the microprocessor system, including the memory, is contained in an integrated circuit. The memory is a dynamic random access memory, and the means for fetching multiple instructions includes a column latch for receiving the multiple instructions.

In still another aspect of the invention, the microprocessor system additionally includes an instruction register for the multiple instructions connected to the means for fetching instructions. A means is connected to the instruction register for supplying the multiple instructions in succession from the instruction register. A counter is connected to control the means for supplying the multiple instructions to supply the multiple instructions in succession. A means for decoding the multiple instructions is connected to receive the multiple instructions in succession from the means for supplying the multiple instructions. The counter is connected to said means for decoding to receive incrementing and reset control signals from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and to supply a control signal to the means for fetching instructions in response to a SKIP instruction in the multiple instructions. In a modification of this aspect of the invention, the microprocessor system additionally has a loop counter connected to receive a decrement control signal from the means for decoding. The means for decoding is configured to supply the reset control signal to the counter and the decrement control signal to the loop counter in response to a MICROLOOP instruction in the multiple instructions. In a further modification to this aspect of the invention, the means for decoding is configured to control

5,809,336

3

the counter in response to an instruction utilizing a variable width operand. A means is connected to the counter to select the variable width operand in response to the counter.

In a still further aspect of the invention, the microprocessor system includes an arithmetic logic unit. A first push down stack is connected to the arithmetic logic unit. The first push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The means for storing a top item is connected to provide an input to a register file. The register file desirably is a second push down stack, and the means for storing a top item and the register file are bidirectionally connected.

In another aspect of the invention, a data processing system has a microprocessor including a sensing circuit and a driver circuit, a memory, and an output enable line connected between the memory, the sensing circuit and the driver circuit. The sensing circuit is configured to provide a ready signal when the output enable line reaches a predetermined electrical level, such as a voltage. The microprocessor is configured so that the driver circuit provides an enabling signal on the output enable line responsive to the ready signal.

In a further aspect of the invention, the microprocessor system has a ring counter variable speed system clock connected to the central processing unit. The central processing unit and the ring counter variable speed system clock are provided in a single integrated circuit. An input/output interface is connected to exchange coupling control signals, addresses and data with the input/output interface. A second clock independent of the ring counter variable speed system clock is connected to the input/output interface.

In yet another aspect of the invention, a push down stack is connected to the arithmetic logic unit. The push down stack includes means for storing a top item connected to a first input of the arithmetic logic unit and means for storing a next item connected to a second input of the arithmetic logic unit. The arithmetic logic unit has an output connected to the means for storing a top item. The push down stack has a first plurality of stack elements configured as latches and a second plurality of stack elements configured as a random access memory. The first and second plurality of stack elements and the central processing unit are provided in a single integrated circuit. A third plurality of stack elements is configured as a random access memory external to the single integrated circuit. In this aspect of the invention, desirably a first pointer is connected to the first plurality of stack elements, a second pointer connected to the second plurality of stack elements, and a third pointer is connected to the third plurality of stack elements. The central processing unit is connected to pop items from the first plurality of stack elements. The first stack pointer is connected to the second stack pointer to pop a first plurality of items from the second plurality of stack elements when the first plurality of stack elements are empty from successive pop operations by the central processing unit. The second stack pointer is connected to the third stack pointer to pop a second plurality of items from the third plurality of stack elements when the second plurality of stack elements are empty from successive pop operations by the central processing unit.

In another aspect of the invention, a first register is connected to supply a first input to the arithmetic logic unit. A first shifter is connected between an output of the arithmetic logic unit and the first register. A second register is

4

connected to receive a starting polynomial value. An output of the second register is connected to a second shifter. A least significant bit of the second register is connected to The arithmetic logic unit. A third register is connected to supply feedback terms of a polynomial to the arithmetic logic unit. A down counter, for counting down a number corresponding to digits of a polynomial to be generated, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a polynomial instruction to carry out an exclusive OR of the contents of the first register with the contents of the third register if the least significant bit of the second register is a "ONE" and to pass the contents of the first register unaltered if the least significant bit of the second register is a "ZERO", until the down counter completes a count. The polynomial to be generated results in said first register.

In still another aspect of the invention, a result register is connected to supply a first input to the arithmetic logic unit. A first, left shifting shifter is connected between an output of the arithmetic logic unit and the result register. A multiplier register is connected to receive a multiplier in bit reversed form. An output of the multiplier register is connected to a second, right shifting shifter. A least significant bit of the multiplier register is connected to the arithmetic logic unit. A third register is connected to supply a multiplicand to said arithmetic logic unit. A down counter, for counting down a number corresponding to one less than the number of digits of the multiplier, is connected to the arithmetic logic unit. The arithmetic logic unit is responsive to a multiply instruction to add the contents of the result register with the contents of the third register, when the least significant bit of the multiplier register is a "ONE" and to pass the contents of the result register unaltered, until the down counter completes a count. The product results in the result register.

The attainment of the foregoing and related objects, advantages and features of the invention should be more readily apparent to those skilled in the art, after review of the following more detailed description of the invention, taken together with the drawings, in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an external, plan view of an integrated circuit package incorporating a microprocessor in accordance with the invention.

FIG. 2 is a block diagram of a microprocessor in accordance with the invention.

FIG. 3 is a block diagram of a portion of a data processing system incorporating the microprocessor of FIGS. 1 and 2.

FIG. 4 is a more detailed block diagram of a portion of the microprocessor shown in FIG. 2.

FIG. 5 is a more detailed block diagram of another portion of the microprocessor shown in FIG. 2.

FIG. 6 is a block diagram of another portion of the data processing system shown in part in FIG. 3 and incorporating the microprocessor of FIGS. 1–2 and 4–5.

FIGS. 7 and 8 are layout diagrams for the data processing system shown in part in FIGS. 3 and 6.

FIG. 9 is a layout diagram of a second embodiment of a microprocessor in accordance with the invention in a data processing system on a single integrated circuit.

FIG. 10 is a more detailed block diagram of a portion of the data processing system of FIGS. 7 and 8.

FIG. 11 is a timing diagram useful for understanding operation of the system portion shown in FIG. 12.

FIG. 12 is another more detailed block diagram of a further portion of the data processing system of FIGS. 7 and 8.

5,809,336

5

FIG. **13** is a more detailed block diagram of a portion of the microprocessor shown in FIG. **2**.

FIG. **14** is a more detailed block and schematic diagram of a portion of the system shown in FIGS. **3** and **7–8**.

FIG. **15** is a graph useful for understanding operation of the system portion shown in FIG. **14**.

FIG. **16** is a more detailed block diagram showing part of the system portion shown in FIG. **4**.

FIG. **17** is a more detailed block diagram of a portion of the microprocessor shown in FIG. **2**.

FIG. **18** is a more detailed block diagram of part of the microprocessor portion shown in FIG. **17**.

FIG. **19** is a set of waveform diagrams useful for understanding operation of the part of the microprocessor portion shown in FIG. **18**.

FIG. **20** is a more detailed block diagram showing another part of the system portion shown in FIG. **4**.

FIG. **21** is a more detailed block diagram showing another part of the system portion shown in FIG. **4**.

FIGS. **22** and **23** are more detailed block diagrams showing another part of the system portion shown in FIG. **4**.

## DETAILED DESCRIPTION OF THE INVENTION

Overveiw

The microprocessor of this invention is desirably implemented as a 32-bit microprocessor optimized for:

HIGH EXECUTION SPEED, and

LOW SYSTEM COST.

In this embodiment, the microprocessor can be thought of as 20 MIPS for 20 dollars. Important distinguishing features of the microprocessor are:

Uses low-cost commodity DYNAMIC RAMS to run 20 MIPS

4 instruction fetch per memory cycle

On-chip fast page-mode memory management

Runs fast without external cache

Requires few interfacing chips

Crams 32-bit CPU in 44 pin SOJ package

The instruction set is organized so that most operations can be specified with 8-bit instructions. Two positive products of this philosophy are:

Programs are smaller,

Programs can execute much faster.

The bottleneck in most computer systems is the memory bus. The bus is used to fetch instructions and fetch and store data. The ability to fetch four instructions in a single memory bus cycle significantly increases the bus availability to handle data.

Turning now to the drawings, more particularly to FIG. **1**, there is shown a packaged 32-bit microprocessor **50** in a 44-pin plastic leadless chip carrier, shown approximately 100 times its actual size of about 0.8 inch on a side. The fact that the microprocessor **50** is provided as a 44-pin package represents a substantial departure from typical microprocessor packages, which usually have about 200 input/output (I/O) pins. The microprocessor **50** is rated at 20 million instructions per second (MIPS). Address and data lines **52**, also labelled **D0–D31**, are shared for addresses and data without speed penalty as a result of the manner in which the microprocessor **50** operates, as will be explained below.

DYNAMIC RAM

In addition to the low cost 44-pin package, another unusual aspect of the high performance microprocessor **50** is

6

that it operates directly with dynamic random access memories (DRAMs), as shown by row address strobe (RAS) and column address strobe (CAS) I/O pins **54**. The other I/O pins for the microprocessor **50** include $V_{DD}$ pins **56**, $V_{SS}$ pins **58**, output enable pin **60**, write pin **62**, clock pin **64** and reset pin **66**.

All high speed computers require high speed and expensive memory to keep up. The highest speed static RAM memories cost as much as ten times as much as slower dynamic RAMs. This microprocessor has been optimized to use low-cost dynamic RAM in high-speed page-mode. Page-mode dynamic RAMs offer static RAM performance without the cost penalty. For example, low-cost 85 nsec. dynamic RAMs access at 25 nsec when operated in fast page-mode. Integrated fast page-mode control on the microprocessor chip simplifies system interfacing and results in a faster system.

Details of the microprocessor **50** are shown in FIG. **2**. The microprocessor **50** includes a main central processing unit (CPU) **70** and a separate direct memory access (DMA) CPU **72** in a single integrated circuit making up the microprocessor **50**. The main CPU **70** has a first **16** deep push down stack **74**, which has a top item register **76** and a next item register **78**, respectively connected to provide inputs to an arithmetic logic unit (ALU) **80** by lines **82** and **84**. An output of the ALU **80** is connected to the top item register **76** by line **86**. The output of the top item register at **82** is also connected by line **88** to an internal data bus **90**.

A loop counter **92** is connected to a decrementer **94** by lines **96** and **98**. The loop counter **92** is bidirectionally connected to the internal data bus **90** by line **100**. Stack pointer **102**, return stack pointer **104**, mode register **106** and instruction register **108** are also connected to the internal data bus **90** by lines **110**, **112**, **114** and **116**, respectively. The internal data bus **90** is connected to memory controller **118** and to gate **120**. The gate **120** provides inputs on lines **122**, **124**, and **126** to X register **128**, program counter **130** and Y register **132** of return push down stack **134**. The X register **128**, program counter **130** and Y register **132** provide outputs to internal address bus **136** on lines **138**, **140** and **142**. The internal address bus provides inputs to the memory controller **118** and to an incrementer **144**. The incrementer **144** provides inputs to the X register, program counter and Y register via lines **146**, **122**, **124** and **126**. The DMA CPU **72** provides inputs to the memory controller **118** on line **148**. The memory controller **118** is connected to a RAM (not shown) by address/data bus **150** and control lines **152**.

FIG. **2** shows that the microprocessor **50** has a simple architecture. Prior art RISC microprocessors are substantially more complex in design. For example, the SPARC RISC microprocessor has three times the gates of the microprocessor **50**, and the Intel 8960 RISC microprocessor has 20 times the gates of the microprocessor **50**. The speed of this microprocessor is in substantial part due to this simplicity. The architecture incorporates push down stacks and register write to achieve this simplicity.

The microprocessor **50** incorporates an I/O that has been tuned to make heavy use of resources provided on the integrated circuit chip. On chip latches allow use of the same I/O circuits to handle three different things: column addressing, row addressing and data, with a slight to non-existent speed penalty. This triple bus multiplexing results in fewer buffers to expand, fewer interconnection lines, fewer I/O pins and fewer internal buffers.

The provision of on-chip DRAM control gives a performance equal to that obtained with the use of static RAMs. As a result, memory is provided at ¼ the system cost of static RAM used in most RISC systems.

5,809,336

7                                                                          8

The microprocessor 50 fetches 4 instructions per memory cycle; the instructions are in an 8-bit format, and this is a 32-bit microprocessor. System speed is therefore 4 times the memory bus bandwidth. This ability enables the microprocessor to break the Von Neumann bottleneck of the speed of getting the next instruction. This mode of operation is possible because of the use of a push down stack and register array. The push down stack allows the use of implied addresses, rather than the prior art technique of explicit addresses for two sources and a destination.

Most instructions execute in 20 nanoseconds in the microprocessor 50. The microprocessor can therefore execute instructions at 50 peak MIPS without pipeline delays. This is a function of the small number of gates in the microprocessor 50 and the high degree of parallelism in the architecture of the microprocessor.

FIG. 3 shows how column and row addresses are multiplexed on lines D8–D14 of the microprocessor 50 for addressing DRAM 150 from I/O pins 52. The DRAM 150 is one of eight, but only one DRAM 150 has been shown for clarity. As shown, the lines D11–D18 are respectively connected to row address inputs A0–A8 of the DRAM 150. Additionally, lines D12–D15 are connected to the data inputs DQ1–DQ4 of the DRAM 150. The output enable, write and column address strobe pins 54 are respectively connected to the output enable, write and column address strobe inputs of the DRAM 150 by lines 152. The row address strobe pin 54 is connected through row address strobe decode logic 154 to the row address strobe input of the DRAM 150 by lines 156 and 158.

D0–D7 pins 52 (FIG. 1) are idle when the microprocessor 50 is outputting multiplexed row and column addresses on D11–D18 pins 52. The D0–D7 pins 52 can therefore simultaneously be used for I/O when right justified I/O is desired. Simultaneous addressing and I/O can therefore be carried out.

FIG. 4 shows how the microprocessor 50 is able to achieve performance equal to the use of static RAMS with DRAMs through multiple instruction fetch in a single clock cycle and instruction fetch-ahead. Instruction register 108 receives four 8-bit byte instruction words 1–4 on 32-bit internal data bus 90. The four instruction byte 1–4 locations of the instruction register 108 are connected to multiplexer 170 by busses 172, 174, 176 and 178, respectively. A microprogram counter 180 is connected to the multiplexer 170 by lines 182. The multiplexer 170 is connected to decoder 184 by bus 186. The decoder 184 provides internal signals to the rest of the microprocessor 50 on lines 188.

Most significant bits 190 of each instruction byte 1–4 location are connected to a 4-input decoder 192 by lines 194. The output of decoder 192 is connected to memory controller 118 by line 196. Program counter 130 is connected to memory controller 118 by internal address bus 136, and the instruction register 108 is connected to the memory controller 118 by the internal data bus 90. Address/data bus 198 and control bus 200 are connected to the DRAMS 150 (FIG. 3).

In operation, when the most significant bits 190 of remaining instructions 1–4 are "1" in a clock cycle of the microprocessor 50, there are no memory reference instructions in the queue. The output of decoder 192 on line 196 requests an instruction fetch ahead by memory controller 118 without interference with other accesses. While the current instructions in instruction register 108 are executing, the memory controller 118 obtains the address of the next set of four instructions from program counter 130 and obtains that set of instructions. By the time the current set of instructions has completed execution, the next set of instructions is ready for loading into the instruction register.

Details of the DMA CPU 72 are provided in FIG. 5. Internal data bus 90 is connected to memory controller 118 and to DMA instruction register 210. The DMA instruction register 210 is connected to DMA program counter 212 by bus 214, to transfer size counter 216 by bus 218 and to timed transfer interval counter 220 by bus 222. The DMA instruction register 210 is also connected to DMA I/O and RAM address register 224 by line 226. The DMA I/O and RAM address register 224 is connected to the memory controller 118 by memory cycle request line 228 and bus 230. The DMA program counter 212 is connected to the internal address bus 136 by bus 232. The transfer size counter 216 is connected to a DMA instruction done decrementer 234 by lines 236 and 238. The decrementer 234 receives a control input on memory cycle acknowledge line 240. When transfer size counter 216 has completed its count, it provides a control signal to DMA program counter 212 on line 242. Timed transfer interval counter 220 is connected to decrementer 244 by lines 246 and 248. The decrementer 244 receives a control input from a microprocessor system clock on line 250.

The DMA CPU 72 controls itself and has the ability to fetch and execute instructions. It operates as a co-processor to the main CPU 70 (FIG. 2) for time specific processing.

FIG. 6 shows how the microprocessor 50 is connected to an electrically programmable read only memory (EPROM) 260 by reconfiguring the data lines 52 so that some of the data lines 52 are input lines and some of them are output lines. Data lines 52 D0–D7 provide data to and from corresponding data terminals 262 of the EPROM 260. Data lines 52 D9–D18 provide addresses to address terminals 264 of the EPROM 260. Data lines 52 D19–D31 provide inputs from the microprocessor 50 to memory and I/O decode logic 266. RAS 0/1 control line 268 provides a control signal for determining whether the memory and I/O decode logic provides a DRAM RAS output on line 270 or a column enable output for the EPROM 260 on line 272. Column address strobe terminal 60 of the microprocessor 50 provides an output enable signal on line 274 to the corresponding terminal 276 of the EPROM 260.

FIGS. 7 and 8 show the front and back of a one card data processing system 280 incorporating the microprocessor 50, MSM514258-10 type DRAMs 150 totalling 2 megabytes, a Motorola 50 MegaHertz crystal oscillator clock 282, I/O circuits 284 and a 27256 type EPROM 260. The I/O circuits 284 include a 74HC04 type high speed hex inverter circuit 286, an IDT39C828 type 10-bit inverting buffer circuit 288, an IDT39C822 type 10-bit inverting register circuit 290, and two IDT39C823 type 9-bit non-inverting register circuits 292. The card 280 is completed with a MAX12V type DC-DC converter circuit 294, 34-pin dual AMP type headers 296, a coaxial female power connector 298, and a 3-pin AMP right angle header 300. The card 280 is a low cost, imbeddable product that can be incorporated in larger systems or used as an internal development tool.

The microprocessor 50 is a very high performance (50 MHz) RISC influenced 32-bit CPU designed to work closely with dynamic RAM. Clock for clock, the microprocessor 50 approaches the theoretical performance limits possible with a single CPU configuration. Eventually, the microprocessor 50 and any other processor is limited by the bus bandwidth and the number of bus paths. The critical conduit is between the CPU and memory.

One solution to the bus bandwidth/bus path problem is to integrate a CPU directly onto the memory chips, giving every memory a direct bus the CPU. FIG. 9 shows another microprocessor 310 that is provided integrally with 1 mega-

5,809,336

9

bit of DRAM 311 in a single integrated circuit 312. Until the present invention, this solution has not been practical, because most high performance CPUs require from 500,000 to 1,000,000 transistors and enormous die sizes just by themselves. The microprocessor 310 is equivalent to the microprocessor 50 in FIGS. 1–8. The microprocessors 50 and 310 are the most transistor efficient high performance CPUs in existence, requiring fewer than 50,000 transistors for dual processors 70 and 72 (FIG. 2) or 314 and 316 (less memory). The very high speed of the microprocessors 50 and 310 is to a certain extent a function of the small number of active devices. In essence, the less silicon gets in the way, the faster the electrons can get where they are going.

The microprocessor 310 is therefore the only CPU suitable for integration on the memory chip die 312. Some simple modifications to the basic microprocessor 50 to take advantage of the proximity to the DRAM array 311 can also increase the microprocessor 50 clock speed by 50 percent, and probably more.

The microprocessor 310 core on board the DRAM die 312 provides most of the speed and functionality required for a large group of applications from automotive to peripheral control. However, the integrated CPU 310/DRAM 311 concept has the potential to redefine significantly the way multiprocessor solutions can solve a spectrum of very compute intensive problems. The CPU 310/DRAM 311 combination eliminates the Von Neumann bottleneck by distributing it across numerous CPU/DRAM chips 312. The microprocessor 310 is a particularly good core for multiprocessing, since it was designed with the SDI targeting array in mind, and provisions were made for efficient interprocessor communications.

Traditional multiprocessor implementations have been very expensive in addition to being unable to exploit fully the available CPU horsepower. Multiprocessor systems have typically been built up from numerous board level or box level computers. The result is usually an immense amount of hardware with corresponding wiring, power consumption and communications problems. By the time the systems are interconnected, as much as 50 percent of the bus speed has been utilized just getting through the interfaces.

In addition, multiprocessor system software has been scarce. A multiprocessor system can easily be crippled by an inadequate load-sharing algorithm in the system software, which allows one CPU to do a great deal of work and the others to be idle. Great strides have been made recently in systems software, and even UNIX V.4 may be enhanced to support multiprocessing. Several commercial products from such manufacturers as DUAL Systems and UNISOFT do a credible job on 68030 type microprocessor systems now.

The microprocessor 310 architecture eliminates most of the interface friction, since up to 64 CPU 310/RAM 311 processors should be able to intercommunicate without buffers or latches. Each chip 312 has about 40 MIPS raw speed, because placing the DRAM 311 next to the CPU 310 allows the microprocessor 310 instruction cycle to be cut in half, compared to the microprocessor 50. A 64 chip array of these chips 312 is more powerful than any other existing computer. Such an array fits on a 3×5 card, cost less than a FAX machine, and draw about the same power as a small television.

Dramatic changes in price/performance always reshape existing applications and almost always create new ones. The introduction of microprocessors in the mid 1970s created video games, personal computers, automotive computers, electronically controlled appliances, and low cost computer peripherals.

10

The integrated circuit 312 will find applications in all of the above areas, plus create some new ones. A common generic parallel processing algorithm handles convolution/Fast Fourier Transform (FFT)/pattern recognition. Interesting product possibilities using the integrated circuit 312 include high speed reading machines, real-time speech recognition, spoken language translation, real-time robot vision, a product to identify people by their faces, and an automotive or aviation collision avoidance system.

A real time processor for enhancing high density television (HDTV) images, or compressing the HDTV information into a smaller bandwidth, would be very. feasible. The load sharing in HDTV could be very straightforward. Splitting up the task according to color and frame would require 6, 9 or 12 processors. Practical implementation might require 4 meg RAMs integrated with the microprocessor 310.

The microprocessor 310 has the following specifications:

CONTROL LINES
4—POWER/GROUND
1—CLOCK
32—DATA I/O
4—SYSTEM CONTROL
    EXTERNAL MEMORY FETCH
    EXTERNAL MEMORY FETCH AUTOINCREMENT X
    EXTERNAL MEMORY FETCH AUTOINCREMENT Y
    EXTERNAL MEMORY WRITE
    EXTERNAL MEMORY WRITE AUTOINCREMENT X
    EXTERNAL MEMORY WRITE AUTOINCREMENT Y
    EXTERNAL PROM FETCH
    LOAD ALL X REGISTERS
    LOAD ALL Y REGISTERS
    LOAD ALL PC REGISTERS
    EXCHANGE X AND Y
    INSTRUCTION FETCH
    ADD TO PC
    ADD TO X
    WRITE MAPPING REGISTER
    READ MAPPING REGISTER
REGISTER CONFIGURATION
MICROPROCESSOR 310 CPU 316 CORE
COLUMN LATCH1 (1024 BITS) 32×32 MUX
STACK POINTER (16 BITS)
COLUMN LATCH2 (1024 BITS) 32×32 MUX
RSTACK POINTER (16 BITS)
PROGRAM COUNTER 32 BITS
X0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
Y0 REGISTER 32 BITS (ACTIVATED ONLY FOR ON-CHIP ACCESSES)
LOOP COUNTER 32 BITS
DMA CPU 314 CORE
DMA PROGRAM COUNTER 24 BITS
INSTRUCTION REGISTER 32 BITS
I/O & RAM ADDRESS REGISTER 32 BITS
TRANSFER SIZE COUNTER 12 BITS
INTERVAL COUNTER 12 BITS

To offer memory expansion for the basic chip 312, an intelligent DRAM can be produced. This chip will be optimized for high speed operation with the integrated circuit 312 by having three on-chip address registers: program Counter, X Register and Y register. As a result, to access the intelligent DRAM, no address is required, and a total access cycle could be as short as 10 nsec. Each

5,809,336

11

expansion DRAM would maintain its own copy of the three registers and would be identified by a code specifying its memory address. Incrementing and adding to the three registers will actually take place on the memory chips. A maximum of 64 intelligent DRAM peripherals would allow a large system to be created without sacrificing speed by introducing multiplexers or buffers.

There are certain differences between the microprocessor **310** and the microprocessor **50** that arise from providing the microprocessor **310** on the same die **312** with the DRAM **311**. Integrating the DRAM **311** allows architectural changes in the microprocessor **310** logic to take advantage of existing on-chip DRAM **311** circuitry. Row and column design is inherent in memory architecture. The DRAMs **311** access random bits in a memory array by first selecting a row of 1024 bits, storing them into a column latch, and then selecting one of the bits as the data to be read or written.

The time required to access the data is split between the row access and the column access. Selecting data already stored in a column latch is faster than selecting a random bit by at least a factor of six. The microprocessor **310** takes advantage of this high speed by creating a number of column latches and using them as caches and shift registers. Selecting a new row of information may be thought of as performing a 1024-bit read or write with the resulting immense bus bandwidth.

1. The microprocessor **50** treats its 32-bit instruction register **108** (see FIGS. **2** and **4**) as a cache for four 8-bit instructions. Since the DRAM **311** maintains a 1024-bit latch for the column bits, the microprocessor **310** treats the column latch as a cache for 128 8-bit instructions. Therefore, the next instruction will almost always be already present in the cache. Long loops within the cache are also possible and more useful than the 4 instruction loops in the microprocessor **50**.

2. The microprocessor **50** uses two 16×32-bit deep register arrays **74** and **134** (FIG. **2**) for the parameter stack and the return stack. The microprocessor **310** creates two other 1024-bit column latches to provide the equivalent of two 32×32-bit arrays, which can be accessed twice as fast as a register array.

3. The microprocessor **50** has a DMA capability which can be used for I/O to a video shift register. The microprocessor **310** uses yet another 1024-bit column latch as a long video shift register to drive a CRT display directly. For color displays, three on-chip shift registers could also be used. These shift registers can transfer pixels at a maximum of 100 MHz.

4. The microprocessor **50** accesses memory via an external 32-bit bus. Most of the memory **311** for the microprocessor **310** is on the same die **312**. External access to more memory is made using an 8-bit bus. The result is a smaller die, smaller package and lower power consumption than the microprocessor **50**.

5. The microprocessor **50** consumes about a third of its operating power charging and discharging the I/O pins and associated capacitances. The DRAMs **150** (FIG. **8**) connected to the microprocessor **50** dissipate most of their power in the I/O drivers. A microprocessor **310** system will consume about one-tenth the power of a microprocessor **50** system, since having the DRAM **311** next to the processor **310** eliminates most of the external capacitances to be charged and discharged.

6. Multiprocessing means splitting a computing task between numerous processors in order to speed up the solution. The popularity of multiprocessing is limited by the expense of current individual processors as well as the

12

limited interprocessor communications ability. The microprocessor **310** is an excellent multiprocessor candidate, since the chip **312** is a monolithic computer complete with memory, rendering it low-cost and physically compact.

The shift registers implemented with the microprocessor **310** to perform video output can also be configured as interprocessor communication links. The INMOS transputer attempted a similar strategy, but at much lower speed and without the performance benefits inherent in the microprocessor **310** column latch architecture. Serial I/O is a prerequisite for many multiprocessor topologies because of the many neighbor processors which communicate. A cube has 6 neighbors. Each neighbor communicates using these lines:

DATA IN
CLOCK IN
READY FOR DATA
DATA OUT
DATA READY?
CLOCK OUT

A special start up sequence is used to initialize the on-chip DRAM **311** in each of the processors.

The microprocessor **310** column latch architecture allows neighbor processors to deliver information directly to internal registers or even instruction caches of other chips **312**. This technique is not used with existing processors, because it only improves performance in a tightly coupled DRAM system.

7. The microprocessor **50** architecture offers two types of looping structures: LOOP-IF-DONE and MICRO-LOOP. The former takes an 8-bit to 24-bit operand to describe the entry point to the loop address. The latter performs a loop entirely within the 4 instruction queue and the loop entry point is implied as the first instruction in the queue. Loops entirely within the queue run without external instruction fetches and execute up to three times as fast as the long loop construct. The microprocessor **310** retains both constructs with a few differences. The microprocessor **310** microloop functions in the same fashion as the microprocessor **50** operation, except the queue is 1024-bits or 128 8-bit instructions long. The microprocessor **310** microloop can therefore contain jumps, branches, calls and immediate operations not possible in the 4 8-bit instruction microprocessor **50** queue.

Microloops in the microprocessor **50** can only perform simple block move and compare functions. The larger microprocessor **310** queue allows entire digital signal processing or floating point algorithms to loop at high speed in the queue.

The microprocessor **50** offers four instructions to redirect execution:

CALL
BRANCH
BRANCH-IF-ZERO
LOOP-IF-NOT-DONE

These instructions take a variable length address operand 8, 16 or 24 bits long. The microprocessor **50** next address logic treats the three operands similarly by adding or subtracting them to the current program counter. For the microprocessor **310**, the 16 and 24-bit operands function in the same manner as the 16 and 24-bit operands in the microprocessor **50**. The 8-bit class operands are reserved to operate entirely within the instruction queue. Next address decisions can therefore be made quickly, because only 10 bits of addresses are affected, rather than 32. There is no carry or borrow generated past the 10 bits.

8. The microprocessor **310** CPU **316** resides on an already crowded DRAM die **312**. To keep chip size as small as

5,809,336

13

possible, the DMA processor **72** of the microprocessor **50** has been replaced with a more traditional DMA controller **314**. DMA is used with the microprocessor **310** to perform the following functions:

    Video output to a CRT

    Multiprocessor serial communications

    8-bit parallel I/O

The DMA controller **314** can maintain both serial and parallel transfers simultaneously. The following DMA sources and destinations are supported by the microprocessor **310**:

| DESCRIPTION | I/O | LINES |
|---|---|---|
| 1. Video shift register | OUTPUT | 1 to 3 |
| 2. Multiprocessor serial | BOTH | 6 lines/channel |
| 3. 8-bit parallel | BOTH | 8 data, 4 control |

The three sources use separate 1024-bit buffers and separate I/O pins. Therefore, all three may be active simultaneously without interference.

The microprocessor **310** can be implemented with either a single multiprocessor serial buffer or separate receive and sending buffers for each channel, allowing simultaneous bidirectional communications with six neighbors simultaneously.

FIGS. **10** and **11** provide details of the PROM DMA used in the microprocessor **50**. The microprocessor **50** executes faster than all but the fastest PROMs. PROMS are used in a microprocessor **50** system to store program segments and perhaps entire programs. The microprocessor **50** provides a feature on power-up to allow programs to be loaded from low-cost, slow speed PROMs into high speed DRAM for execution. The logic which performs this function is part of the DMA memory controller **118**. The operation is similar to DMA, but not identical, since four 8-bit bytes must be assembled on the microprocessor **50** chip, then written to the DRAM **150**.

The microprocessor **50** directly interfaces to DRAM **150** over a triple multiplexed data and address bus **350**, which carries RAS addresses, CAS addresses and data. The EPROM **260**, on the other hand, is read with non-multiplexed busses. The microprocessor **50** therefore has a special mode which unmultiplexes the data and address lines to read 8 bits of EPROM data. Four 8-bit bytes are read in this fashion. The multiplexed bus **350** is turned back on, and the data is written to the DRAM **150**.

When the microprocessor **50** detects a RESET condition, the processor stops the main CPU **70** and forces a mode **0** (PROM LOAD) instruction into the DMA CPU **72** instruction register. The DMA instruction directs the memory controller to read the EPROM **260** data at 8 times the normal access time for memory. Assuming a 50 MHz microprocessor **50**, this means an access time of 320 nsec. The instruction also indicates:

    The selection address of the EPROM **260** to be loaded,

    The number of 32-bit words to transfer,

    The DRAM **150** address to transfer into.

The sequence of activities to transfer one 32-bit word from EPROM **260** to DRAM **150** are:

1. RAS goes low at **352**, latching the EPROM **260** select information from the high order address bits. The EPROM **260** is selected.

2. Twelve address bits (consisting of what is normally DRAM CAS addresses plus two byte select bits are placed on the bus **350** going to the EPROM **260** address

14

pins. These signals will remain on the lines until the data from the EPROM **260** has been read into the microprocessor **50**. For the first byte, the byte select bits will be binary 00.

3. CAS goes low at **354**, enabling the EPROM **260** data onto the lower 8 bits of the external address/data bus **350**. NOTE: It is important to recognize that, during this part of the cycle, the lower 8 bits of the external data/address bus are functioning as inputs, but the rest of the bus is still acting as outputs.

4. The microprocessor **50** latches these eight least significant bits internally and shifts them 8 bits left to shift them to the next significant byte position.

5. Steps 2, 3 and 4 are repeated with byte address 01.

6. Steps 2, 3 and 4 are repeated with byte address 10.

7. Steps 2, 3 and 4 are repeated with byte address 11.

8. CAS goes high at **356**, taking the EPROM **260** off the data bus.

9. RAS goes high at **358**, indicating the end of the EPROM **260** access.

10. RAS goes low at **360**, latching the DRAM select information from the high order address bits. At the same time, the RAS address bits are latched into the DRAM **150**. The DRAM **150** is selected.

11. CAS goes low at **362**, latching the DRAM **150** CAS addresses.

12. The microprocessor **50** places the previously latched EPROM **260** 32-bit data onto the external address/data bus **350**. W goes low at **364**, writing the 32 bits into the DRAM **150**.

13. W goes high at **366**. CAS goes high at **368**. The process continues with the next word.

FIG. **12** shows details of the microprocessor **50** memory controller **118**. In operation, bus requests stay present until they are serviced. CPU **70** requests are prioritized at **370** in the order of: 1, Parameter Stack; 2, Return Stack; 3, Data Fetch; 4, Instruction Fetch. The resulting CPU request signal and a DMA request signal are supplied as bus requests to bus control **372**, which provides a bus grant signal at **374**. Internal address bus **136** and a DMA counter **376** provide inputs to a multiplexer **378**. Either a row address or a column address are provided as an output to multiplexed address bus **380** as an output from the multiplexer **378**. The multiplexed address bus **380** and the internal data bus **90** provide address and data inputs, respectively, to multiplexer **382**. Shift register **384** supplies row address strobe (RAS) **1** and **2** control signals to multiplexer **386** and column address strobe (CAS) **1** and **2** control signals to multiplexer **388** on lines **390** and **392**. The shift register **384** also supplies output enable (OE) and write (W) signals on lines **394** and **396** and a control signal on line **398** to multiplexer **382**. The shift register **384** receives a RUN signal on line **400** to generate a memory cycle and supplies a MEMORY READY signal on line **402** when an access is complete.

STACK/REGISTER ARCHITECTURE

Most microprocessors use on-chip registers for temporary storage of variables. The on-chip registers access data faster than off-chip RAM. A few microprocessors use an on-chip push down stack for temporary storage.

A stack has the advantage of faster operation compared to on-chip registers by avoiding the necessity to select source and destination registers. (A math or logic operation always uses the top two stack items as source and the top of stack as destination.) The stack's disadvantage is that it makes some operations clumsy. Some compiler activities in particular require on-chip registers for efficiency.

5,809,336

15

16

As shown in FIG. 13, the microprocessor 50 provides both on-chip registers 134 and a stack 74 and reaps the benefits of both.

BENEFITS:

1. Stack math and logic is twice as fast as those available on an equivalent register only machine. Most programmers and optimizing compilers can take advantage of this feature.

2. Sixteen registers are available for on-chip storage of local variables which can transfer to the stack for computation. The accessing of variables is three to four times as fast as available on a strictly stack machine.

The combined stack 74/register 134 architecture has not been used previously due to inadequate understanding by computer designers of optimizing compilers and the mix of transfer versus math/logic instructions.

ADAPTIVE MEMORY CONTROLLER

A microprocessor must be designed to work with small or large memory configurations. As more memory loads are added to the data, address, and control lines, the switching speed of the signals slows down. The microprocessor 50 multiplexes the address/data bus three ways, so timing between the phases is critical. A traditional approach to the problem allocates a wide margin of time between bus phases so that systems will work with small or large numbers of memory chips connected. A speed compromise of as much as 50% is required.

As shown in FIG. 14, the microprocessor 50 uses a feedback technique to allow the processor to adjust memory bus timing to be fast with small loads and slower with large ones. The OUTPUT ENABLE (OE) line 152 from the microprocessor 50 is connected to all memories 150 on the circuit board. The loading on the output enable line 152 to the microprocessor 50 is directly related to the number of memories 150 connected. By monitoring how rapidly OE 152 goes high after a read, the microprocessor 50 is able to determine when the data hold time has been satisfied and place the next address on the bus.

The level of the OE line 152 is monitored by CMOS input buffer 410 which generates an internal READY signal on line 412 to the microprocessor's memory controller. Curves 414 and 416 of the FIG. 15 graph show the difference in rise time likely to be encountered from a lightly to heavily loaded memory system. When the OE line 152 has reached a predetermined level to generate the READY signal, driver 418 generates an OUTPUT ENABLE signal on OE line 152.

SKIP WITHIN THE INSTRUCTION CACHE

The microprocessor 50 fetches four 8-bit instructions each memory cycle and stores them in a 32-bit instruction register 108, as shown in FIG. 16. A class of "test and skip" instructions can very rapidly execute a very fast jump operation within the four instruction cache.

SKIP CONDITIONS:

Always

ACC non-zero

ACC negative

Carry flag equal logic one

Never

ACC equal zero

ACC positive

Carry flag equal logic zero

The SKIP instruction can be located in any of the four byte positions 420 in the 32-bit instruction register 108. If the test is successful, SKIP will jump over the remaining one, two, or three 8-bit instructions in the instruction register

108 and cause the next four-instruction group to be loaded into the register 108. As shown, the SKIP operation is implemented by resetting the 2-bit microinstruction counter 180 to zero on line 422 and simultaneously latching the next instruction group into the register 108. Any instructions following the SKIP in the instruction register are overwritten by the new instructions and not executed.

The advantage of SKIP is that optimizing compilers and smart programmers can often use it in place of the longer conditional JUMP instruction. SKIP also makes possible microloops which exit when the loop counts down or when the SKIP jumps to the next instruction group. The result in very fast code.

Other machines (such as the PDP-8 and Data General NOVA) provide the ability to skip a single instruction. The microprocessor 50 provides the ability to skip up to three instructions.

MICROLOOP IN THE INSTRUCTION CACHE

The microprocessor 50 provides the MICROLOOP instruction to execute repetitively from one to three instructions residing in the instruction register 108. The microloop instruction works in conjunction with the LOOP COUNTER 92 (FIG. 2) connected to the internal data bus 90. To execute a microloop, the program stores a count in LOOP COUNTER 92. MICROLOOP may be placed in the first, second, third, or last byte 420 of the instruction register 108. If placed in the first position, execution will just create a delay equal to the number stored in LOOP COUNTER 92 times the machine cycle. If placed in the second, third, or last byte 420, when the microloop instruction is executed, it will test the LOOP COUNT for zero. If zero, execution will continue with the next instruction. If not zero, the LOOP COUNTER 92 is decremented and the 2-bit microinstruction counter is cleared, causing the preceding instructions in the instruction register to be executed again.

Microloop is useful for block move and search operations. By executing a block move completely out of the instruction register 108, the speed of the move is doubled, since all memory cycles are used by the move rather than being shared with instruction fetching. Such a hardware implementation of microloops is much faster than conventional software implementation of a comparable function.

OPTIMAL CPU CLOCK SCHEME

The designer of a high speed microprocessor must produce a product which operate over wide temperature ranges, wide voltage swings, and wide variations in semiconductor processing. Temperature, voltage, and process all affect transistor propagation delays. Traditional CPU designs are done so that with the worse case of the three parameters, the circuit will function at the rated clock speed. The result are designs that must be clocked a factor of two slower than their maximum theoretical performance, so they will operate properly in worse case conditions.

The microprocessor 50 uses the technique shown in FIGS. 17–19 to generate the system clock and its required phases. Clock circuit 430 is the familiar "ring oscillator" used to test process performance. The clock is fabricated on the same silicon chip as the rest of the microprocessor 50.

The ring oscillator frequency is determined by the parameters of temperature, voltage, and process. At room temperature, the frequency will be in the neighborhood of 100 MHZ. At 70 degrees Centigrade, the speed will be 50 MHZ. The ring oscillator 430 is useful as a system clock, with its stages 431 producing phase 0-phase 3 outputs 433 shown in FIG. 19, because its performance tracks the parameters which similarly affect all other transistors on the same silicon die. By deriving system timing from the ring

5,809,336

17                                                                18

oscillator **430**, CPU **70** will always execute at the maximum frequency possible, but never too fast. For example, if the processing of a particular die is not good resulting in slow transistors, the latches and gates on the microprocessor **50** will operate slower than normal. Since the microprocessor **50** ring oscillator clock **430** is made from the same transistors on the same die as the latches and gates, it too will operate slower (oscillating at a lower frequency), providing compensation which allows the rest of the chip's logic to operate properly.

ASYNCHRONOUS/SYNCHRONOUS CPU

Most microprocessors derive all system timing from a single clock. The disadvantage is that different parts of the system can slow all operations. The microprocessor **50** provides a dual-clock scheme as shown in FIG. **17**, with the CPU **70** operating a synchronously to I/O interface **432** forming part of memory controller **118** (FIG. **2**) and the I/O interface **432** operating synchronously with the external world of memory and I/O devices. The CPU **70** executes at the fastest speed possible using the adaptive ring counter clock **430**. Speed may vary by a factor of four depending upon temperature, voltage, and process. The external world must be synchronized to the microprocessor **50** for operations such as video display updating and disc drive reading and writing. This synchronization is performed by the I/O interface **432**, speed of which is controlled by a conventional crystal clock **434**. The interface **432** processes requests for memory accesses from the microprocessor **50** and acknowledges the presence of I/O data. The microprocessor **50** fetches up to four instructions in a single memory cycle and can perform much useful work before requiring another memory access. By decoupling the variable speed of the CPU **70** from the fixed speed of the I/O interface **432**, optimum performance can be achieved by each. Recoupling between the CPU **70** and the interface **432** is accomplished with handshake signals on lines **436**, with data/addresses passing on bus **90, 136**.

ASYNCHRONOUS/SYNCHRONOUS CPU IMBEDDED ON A DRAM CHIP

System performance is enhanced even more when the DRAM **311** and CPU **314** (FIG. **9**) are located on the same die. The proximity of the transistors means that DRAM **311** and CPU **314** parameters will closely follow each other. At room temperature, not only would the CPU **314** execute at 100 MHZ, but the DRAM **311** would access fast enough to keep up. The synchronization performed by the I/O interface **432** would be for DMA and reading and writing I/O ports. In some systems (such as calculators) no I/O synchronization at all would be required, and the I/O clock would be tied to the ring counter clock.

VARIABLE WIDTH OPERANDS

Many microprocessors provide variable width operands. The microprocessor **50** handles operands of 8, 16, or 24 bits using the same op-code. FIG. **20** shows the 32-bit instruction register **108** and the 2-bit microinstruction register **180** which selects the 8-bit instruction. Two classes of microprocessor **50** instructions can be greater than 8-bits, JUMP class and IMMEDIATE. A JUMP or IMMEDIATE op-code is 8-bits, but the operand can be 8, 16, or 24 bits long. This magic is possible because operands must be right justified in the instruction register. This means that the least significant bit of the operand is always located in the least significant bit of the instruction register. The microinstruction counter **180** selects which 8-bit instruction to execute. If a JUMP or IMMEDIATE instruction is decoded, the state of the 2-bit microinstruction counter selects the required 8, 16, or 24 bit operand onto the address or data bus. The unselected 8-bit

bytes are loaded with zeros by operation of decoder **440** and gates **442**. The advantage of this technique is the saving of a number of op-codes required to specify the different operand sizes in other microprocessors.

TRIPLE STACK CACHE

Computer performance is directly related to the system memory bandwidth. The faster the memories, the faster the computer. Fast memories are expensive, so techniques have been developed to move a small amount of high-speed memory around to the memory addresses where it is needed. A large amount of slow memory is constantly updated by the fast memory, giving the appearance of a large fast memory array. A common implementation of the technique is known as a high-speed memory cache. The cache may be thought of as fast acting shock absorber smoothing out the bumps in memory access. When more memory is required than the shock can absorb, it bottoms out and slow speed memory is accessed. Most memory operations can be handled by the shock absorber itself.

The microprocessor **50** architecture has the ALU **80** (FIG. **2**) directly coupled to the top two stack locations **76** and **78**. The access time of the stack **74** therefore directly affects the execution speed of the processor. The microprocessor **50** stack architecture is particularly suitable to a triple cache technique, shown in FIG. **21** which offers the appearance of a large stack memory operating at the speed of on-chip latches **450**. Latches **450** are the fastest form of memory device built on the chip, delivering data in as little as 3 nsec. However latches **450** require large numbers of transistors to construct. On-chip RAM **452** requires fewer transistors than latches, but is slower by a factor of five (15 nsec access). Off-chip RAM **150** is the slowest storage of all. The microprocessor **50** organizes the stack memory hierarchy as three interconnected stacks **450**, **452** and **454**. The latch stack **450** is the fastest and most frequently used. The on-chip RAM stack **452** is next. The off-chip RAM stack **454** is slowest. The stack modulation determines the effective access time of the stack. If a group of stack operations never push or pull more than four consecutive items on the stack, operations will be entirely performed in the 3 nsec latch stack. When the four latches **456** are filled, the data in the bottom of the latch stack **450** is written to the top of the on-chip RAM stack **452**. When the sixteen locations **458** in the on-chip RAM stack **452** are filled, the data in the bottom of the on-chip RAM stack **452** is written to the top of the off-chip RAM stack **454**. When popping data off a full stack **450**, four pops will be performed before stack empty line **460** from the latch stack pointer **462** transfers data from the on-chip RAM stack **452**. By waiting for the latch stack **450** to empty before performing the slower on-chip RAM access, the high effective speed of the latches **456** are made available to the processor. The same approach is employed with the on-chip RAM stack **452** and the off-chip RAM stack **454**.

POLYNOMIAL GENERATION INSTRUCTION

Polynomials are useful for error correction, encryption, data compression, and fractal generation. A polynomial is generated by a sequence of shift and exclusive OR operations. Special chips are provided for this purpose in the prior art.

The microprocessor **50** is able to generate polynomials at high speed without external hardware by slightly modifying how the ALU **80** works. As shown in FIG. **21**, a polynomial is generated by loading the "order" (also known as the feedback terms) into C Register **470**. The value thirty one (resulting in 32 iterations) is loaded into DOWN COUNTER **472**. A register **474** is loaded with zero. B register **476** is loaded with the starting polynomial value. When the POLY

5,809,336

19

instruction executes, C register **470** is exclusively ORed with A register **474** if the least significant bit of B register **476** is a one. Otherwise, the contents of the A register **474** passes through the ALU **80** unaltered. The combination of A and B is then shifted right (divided by 2) with shifters **478** and **480**. The operation automatically repeats the specified number of iterations, and the resulting polynomial is left in A register **474**.

FAST MULTIPLY

Most microprocessors offer a 16×16 or 32×32 bit multiply instruction. Multiply when performed sequentially takes one shift/add per bit, or 32 cycles for 32 bit data. The microprocessor **50** provides a high speed multiply which allows multiplication by small numbers using only a small number of cycles. FIG. **23** shows the logic used to implement the high speed algorithm. To perform a multiply, the size of the multiplier less one is placed in the DOWN COUNTER **472**. For a four bit multiplier, the number three would be stored in the DOWN COUNTER **472**. Zero is loaded into the A register **474**. The multiplier is written bit reversed into the B Register **476**. For example, a bit reversed five (binary 0101) would be written into B as 1010. The multiplicand is written into the C register **470**. Executing the FAST MULT instruction will leave the result in the A Register **474**, when the count has been completed. The fast multiply instruction is important because many applications scale one number by a much smaller number. The difference in speed between multiplying a 32×32 bit and a 32×4 bit is a factor of 8. If the least significant bit of the multiplier is a "ONE", the contents of the A register **474** and the C register **470** are added. If the least significant bit of the multiplier is a "ZERO", the contents of the A register are passed through the ALU **80** unaltered. The output of the ALU **80** is shifted left by shifter **482** in each iteration. The contents of the B register **476** are shifted right by the shifter **480** in each iteration.

INSTRUCTION EXECUTION PHILOSOPHY

The microprocessor **50** uses high speed D latches in most of the speed critical areas. Slower on-chip RAM is used as secondary storage.

The microprocessor **50** philosophy of instruction execution is to create a hierarchy of speed as follows:

| | | |
|---|---|---|
| Logic and D latch transfers | 1 cycle | 20 nsec |
| Math | 2 cycles | 40 nsec |
| Fetch/store on-chip RAM | 2 cycles | 40 nsec |
| Fetch/store in current RAS page | 4 cycles | 80 nsec |
| Fetch/store with RAS cycle | 11 cycles | 220 nsec |

With a 50 MHZ clock, many operations can be performed in 20 nsec. and almost everything else in 40 nsec.

To maximize speed, certain techniques in processor design have been used. They include:

Eliminating arithmetic operations on addresses,

Fetching up to four instructions per memory cycle,

Pipelineless instruction decoding

Generating results before they are needed,

Use of three level stack caching.

PIPELINE PHILOSOPHY

Computer instructions are usually broken down into sequential pieces, for example: fetch, decode, register read, execute, and store. Each piece will require a single machine cycle. In most Reduced Instruction Set Computer (RISC) chips, instruction require from three to six cycles.

RISC instructions are very parallel. For example, each of 70 different instructions in the SPARC (SUN Computer's RISC chip) has five cycles. Using a technique called

20

"pipelining", the different phases of consecutive instructions can be overlapped.

To understand pipelining, think of building five residential homes. Each home will require in sequence, a foundation, framing, plumbing and wiring, roofing, and interior finish. Assume that each activity takes one week. To build one house will take five weeks.

But what if you want to build an entire subdivision? You have only one of each work crew, but when the foundation men finish on the first house, you immediately start them on the second one, and so on. At the end of five weeks, the first home is complete, but you also have five foundations. If you have kept the framing, plumbing, roofing, and interior guys all busy, from five weeks on, a new house will be completed each week.

This is the way a RISC chip like SPARC appears to execute an instruction in a single machine cycle. In reality, a RISC chip is executing one fifth of five instructions each machine cycle. And if five instructions stay in sequence, an instruction will be completed each machine cycle.

The problems with a pipeline are keeping the pipe full with instructions. Each time an out of sequence instruction such as a BRANCH or CALL occurs, the pipe must be refilled with the next sequence. The resulting dead time to refill the pipeline can become substantial when many IF/THEN/ELSE statements or subroutines are encountered.

THE PIPELINE APPROACH

The microprocessor **50** has no pipeline as such. The approach of this microprocessor to speed is to overlap instruction fetching with execution of the previously fetched instruction(s). Beyond that, over half the instructions (the most common ones) execute entirely in a single machine cycle of 20 nsec. This is possible because:

1. Instruction decoding resolves in 2.5 nsec.
2. Incremented/decremented and some math values are calculated before they are needed, requiring only a latching signal to execute.
3. Slower memory is hidden from high speed operations by high-speed D latches which access in 4 nsec.

The disadvantage for this microprocessor is a more complex chip design process. The advantage for the chip user is faster ultimate throughput since pipeline stalls cannot exist. Pipeline synchronization with availability flag bits and other such pipeline handling is not required by this microprocessor.

For example, in some RISC machines an instruction which tests a status flag may have to wait for up to four cycles for the flag set by the previous instruction to be available to be tested. Hardware and software debugging is also somewhat easier because the user doesn't have to visualize five instructions simultaneously in the pipe.

OVERLAPPING INSTRUCTION FETCH/EXECUTE

The slowest procedure the microprocessor **50** performs is to access memory. Memory is accessed when data is read or written. Memory is also read when instructions are fetched. The microprocessor **50** is able to hide fetch of the next instruction behind the execution of the previously fetched instruction(s). The microprocessor **50** fetches instructions in 4-byte instruction groups. An instruction group may contain from one to four instructions. The amount of time required to execute the instruction group ranges from 4 cycles for simple instructions to 64 cycles for a multiply.

When a new instruction group is fetched, the microprocessor instruction decoder looks at the most significant bit of all four of the bytes. The most significant bit of an instruction determines if a memory access is required. For example, CALL, FETCH, and STORE all require a memory access to

5,809,336

21

22

execute. If all four bytes have nonzero most significant bits, the microprocessor initiates the memory fetch of the next sequential 4-byte instruction group. When the last instruction in the group finishes executing, the next 4-byte instruction group is ready and waiting on the data bus needing only to be latched into the instruction register. If the 4-byte instruction group required four or more cycles to execute and the next sequential access was a column address strobe (CAS) cycle, the instruction fetch was completely overlapped with execution.

INTERNAL ARCHITECTURE

The microprocessor **50** architecture consists of the following:

| PARAMETER STACK | <---> ALU* <---> | Y REGISTER RETURN STACK |
|---|---|---|
| <---32 BITS---> 16 DEEP Used for math and logic. | | <---32 BITS---> 16 DEEP Used for subroutine and interrupt return addresses as well as local variables. |
| Push down stack. Can overflow into off-chip RAM. | | Push down stack. Can overflow into off-chip RAM. Can also be accessed relative to top of stack. |
| LOOP COUNTER | | (32-bits, can decrement by 1) Used by class of test and loop instructions. |
| X REGISTER | | (32-bits, can increment or decrement by 4). Used to point to RAM locations. |
| PROGRAM COUNTER | | (32-bits, increments by 4). Points to 4-byte instruction groups in RAM. |
| INSTRUCTION REG | | (32-Bits). Holds 4-byte instruction groups while they are being decoded and executed. |

MODE - A register with mode and status bits.
MODE-BITS:
   - Slow down memory accesses by 8 if "1". Run full speed if "0". (Provided for access to slow EPROM.)
   - Divide the system clock by 1023 if "1" to reduce power consumption. Run full speed if "0". (On-chip counters slow down if this bit is set.)
   - Enable external interrupt 1.
   - Enable external interrupt 2.
   - Enable external interrupt 3.
   - Enable external interrupt 4.
   - Enable external interrupt 5.
   - Enable external interrupt 6.
   - Enable external interrupt 7.
ON-CHIP MEMORY LOCATIONS:
    MODE-BITS
    DMA-POINTER
    DMA-COUNTER
    STACK-POINTER   - Pointer into Parameter Stack.
    STACK-DEPTH   - Depth of on-chip Parameter Stack
    RSTACK-POINTER   - Pointer into Return Stack
    RSTACK-DEPTH   - Depth of on-chip Return Stack

*Math and logic operations use the TOP item and NEXT to top Parameter Stack items as the operands. The result is pushed onto the Parameter Stack.
*Return addresses from subroutines are placed on the Return Stack. The Y REGISTER is used as a pointer to RAM locations. Since the Y REGISTER is the top item of the Return Stack, nesting of indices is straightforward.

ADDRESSING MODE HIGH POINTS

The data bus is 32-bits wide. All memory fetches and stores are 32-bits. Memory bus addresses are 30 bits. The least significant 2 bits are used to select one-of-four bytes in some addressing modes. The Program Counter, X Register, and Y Register are implemented as D latches with their outputs going to the memory address bus and the bus incrementer/decrementer. Incrementing one of these registers can happen quickly, because the incremented value has already rippled through the inc/dec logic and need only be

clocked into the latch. Branches and Calls are made to 32-bit word boundaries.

INSTRUCTION SET
32-BIT INSTRUCTION FORMAT

The thirty two bit instructions are CALL, BRANCH, BRANCH-IF-ZERO, and LOOP-IF-NOT-DONE. These instructions require the calculation of an effective address. In many computers, the effective address is calculated by adding or subtracting an operand with the current Program Counter. This math operation requires from four to seven machine cycles to perform and can definitely bog down machine execution. The microprocessor's strategy is to perform the required math operation at assembly or linking time and do a much simpler "Increment to next page" or "Decrement to previous page" operation at run time. As a result, the microprocessor branches execute in a single cycle.

24-BIT OPERAND FORM:

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| WWWWWW XX - | YYYYYYYY - | YYYYYYYY - | YYYYYYYY |

With a 24-bit operand, the current page is considered to be defined by the most significant 6 bits of the Program Counter.
16-BIT OPERAND FORM: QQQQQQQQ-WWWWWW XX-YYYYYYYY-YYYYYYYY With a 16-bit operand, the current page is considered to be defined by the most significant 14 bits of the Program Counter.
8-BIT OPERAND FORM: QQQQQQQQ-QQQQQQQQ-WWWWWW XX-YYYYYYYY With an 8-bit operand, the current page is considered to be defined by the most significant 22 bits of the Program Counter.
QQQQQQQQ—Any 8-bit instruction.
WWWWWW—Instruction op-code.
XX—Select how the address bits will be used:
   00—Make all high-order bits zero. (Page zero addressing)
   01—Increment the high-order bits. (Use next page)
   10—Decrement the high-order bits. (Use previous page)
   11—Leave the high-order bits unchanged. (Use current page)
YYYYYYYY—The address operand field. This field is always shifted left two bits (to generate a word rather than byte address) and loaded into the Program Counter. The microprocessor instruction decoder figures out the width of the operand field by the location of the instruction op-code in the four bytes.

The compiler or assembler will normally use the shortest operand required to reach the desired address so that the leading bytes can be used to hold other instructions. The effective address is calculated by combining:
   The current Program Counter,
   The 8, 16, or 24 bit address operand in the instruction,
   Using one of the four allowed addressing modes.

EXAMPLES OF EFFECTIVE ADDRESS CALCULATION

Example 1

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|---|---|---|---|
| QQQQQQQQ | QQQQQQQQ | 00000011 | 10011000 |

The "QQQQQQQQs" in Byte 1 and 2 indicate space in the 4-byte memory fetch which could be hold two other

5,809,336

23

instructions to be executed prior to the CALL instruction. Byte 3 indicates a CALL instruction (six zeros) in the current page (indicated by the 11 bits). Byte 4 indicates that the hexadecimal number **98** will be forced into the Program Counter bits **2** through **10**. (Remember, a CALL or BRANCH always goes to a word boundary so the two least significant bits are always set to zero). The effect of this instruction would be to CALL a subroutine at WORD location HEX 98 in the current page. The most significant 22 bits of the Program Counter define the current page and will be unchanged.

Example 2

| Byte 1 | Byte 2 | Byte 3 | Byte 4 |
|--------|--------|--------|--------|
| 000001 01 | 00000001 | 00000000 | 00000000 |

If we assume that the Program Counter was HEX 0000 0156 which is binary:

00000000 00000000 00000001 01010110=OLD PRO-GRAM COUNTER.

Byte 1 indicates a BRANCH instruction op code (000001) and "01" indicates select the next page. Byte 2,3, and 4 are the address operand. These 24-bits will be shifted to the left two places to define a WORD address. HEX 0156 shifted left two places is HEX 0558. Since this is a 24-bit operand instruction, the most significant 6 bits of the Program Counter define the current page. These six bits will be incremented to select the next page. Executing this instruction will cause the Program Counter to be loaded with HEX 0400 0558 which is binary:

00000100 00000000 00000101 01011000=NEW PRO-GRAM COUNTER.

INSTRUCTIONS

CALL-LONG

0000 00XX-YYYYYYYY-YYYYYYYY-YYYYYYYY

Load the Program Counter with the effective WORD address specified. Push the current PC contents onto the RETURN STACK.

OTHER EFFECTS: CARRY or modes, no effect. May cause Return Stack to force an external memory cycle if on-chip Return Stack is full.

BRANCH

0000 01XX-YYYYYYYY-YYYYYYYY-YYYYYYYY

Load the Program Counter with the effective WORD address specified.

OTHER EFFECTS: NONE

BRANCH-IF-ZERO

0000 10XX-YYYYYYYY-YYYYYYYY-YYYYYYYY

Test the TOP value on the Parameter Stack. If the value is equal to zero, load the Program Counter with the effective WORD address specified. If the TOP value is not equal to zero, increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

LOOP-IF-NOT-DONE

0000 11YY-(XXXX XXXX)-(XXXX XXXX)-(XXXX XXXX)

If the LOOP COUNTER is not zero, load the Program Counter with the effective WORD address specified. If the LOOP COUNTER is zero, decrement the LOOP COUNTER, increment the Program Counter and fetch and execute the next instruction.

OTHER EFFECTS: NONE

8-BIT INSTRUCTIONS PHILOSOPHY

Most of the work in the microprocessor **50** is done by the 8-bit instructions. Eight bit instructions are possible with the

24

microprocessor because of the extensive use of implied stack addressing. Many 32-bit architectures use 8-bits to specify the operation to perform but use an additional 24-bits to specify two sources and a destination.

For math and logic operations, the microprocessor **50** exploits the inherent advantage of a stack by designating the source operand(s) as the top stack item and the next stack item. The math or logic operation is performed, the operands are popped from the stack, and the result is pushed back on the stack. The result is a very efficient utilization of instruction bits as well as registers. A comparable situation exists between Hewlett Packard calculators (which use a stack) and Texas Instrument calculators which don't. The identical operation on an HP will require one half to one third the keystrokes of the TI.

The availability of 8-bit instructions also allows another architectural innovation, the fetching of four instructions in a single 32-bit memory cycle. The advantages of fetching multiple instructions are:

Increased execution speed even with slow memories,

Similar performance to the Harvard (separate data and instruction busses) without the expense,

Opportunities to optimize groups of instructions,

The capability to perform loops within this mini-cache. The microloops inside the four instruction group are effective for searches and block moves.

SKIP INSTRUCTIONS

The microprocessor **50** fetches instructions in 32-bit chunks called 4-byte instruction groups. These four bytes may contain four 8-bit instructions or some mix of 8-bit and 16 or 24-bit instructions. SKIP instructions in the microprocessor skip any remaining instructions in a 4-byte instruction group and cause a memory fetch to get the next 4-byte instruction group. Conditional SKIPs when combined with 3-byte BRANCHES will create conditional BRANCHES. SKIPs may also be used in situations when no use can be made of the remaining bytes in a 4-instruction group. A SKIP executes in a single cycle, whereas a group of three NOPs would take three cycles.

SKIP-ALWAYS—Skip any remaining instructions in this 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group.

SKIP-IF-ZERO—If the TOP item of the Parameter Stack is zero, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not zero, execute the next sequential instruction.

SKIP-IF-POSITIVE—If the TOP item of the Parameter Stack has a the most significant bit (the sign bit) equal to "0", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is not "0", execute the next sequential instruction.

SKIP-IF-NO-CARRY—If the CARRY flag from a SHIFT or arithmetic operation is not equal to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY is equal to "1", execute the next sequential instruction.

SKIP-NEVER (NOP) execute the next sequential instruction. (Delay one machine cycle).

SKIP-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not equal to "0", skip any remaining instructions

5,809,336

25 26

in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item is equal "0", execute the next sequential instruction.

SKIP-IF-NEGATIVE—If the TOP item on the Parameter Stack has its most significant bit (sign bit) set to "1", skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the TOP item has its most significant bit set to "0", execute the next sequential instruction.

SKIP-IF-CARRY—If the CARRY flag is set to "1" as a result of SHIFT or arithmetic operation, skip any remaining instructions in the 4-byte instruction group. Increment the most significant 30-bits of the Program Counter and proceed to fetch the next 4-byte instruction group. If the CARRY flag is "0", execute the next sequential instruction.

MICROLOOPS

Microloops are a unique feature of the microprocessor architecture which allows controlled looping within a 4-byte instruction group. A microloop instruction tests the LOOP COUNTER for "0" and may perform an additional test. If the LOOP COUNTER is not "0" and the test is met, instruction execution continues with the first instruction in the 4-byte instruction group, and the LOOP COUNTER is decremented. A microloop instruction will usually be the last byte in a 4-byte instruction group, but it can be any byte. If the LOOP COUNTER is "0" or the test is not met, instruction execution continues with the next instruction. If the microloop is the last byte in the 4-byte instruction group, the most significant 30-bits of the Program Counter are incremented and the next 4-byte instruction group is fetched from memory. On a termination of the loop on LOOP COUNTER equal to "0", the LOOP COUNTER will remain at "0". Microloops allow short iterative work such as moves and searches to be performed without slowing down to fetch instructions from memory.

EXAMPLE

| Byte 1 | Byte 2 |
|---|---|
| FETCH-VIA-X-AUTO-INCREMENT | STORE-VIA-Y-AUTOINCREMENT |
| Byte 3 | Byte 4 |
| ULOOP-UNTIL-DONE | QQQQQQQQ |

This example will perform a block move. To initiate the transfer, X will be loaded with the starting address of the source. Y will be loaded with the starting address of the destination. The LOOP COUNTER will be loaded with the number of 32-bit words to move. The microloop will FETCH and STORE and count down the LOOP COUNTER until it reaches zero. QQQQQQQQ indicates any instruction can follow.

MICROLOOP INSTRUCTIONS

ULOOP-UNTIL-DONE—If the LOOP COUNTER is not "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0", continue execution with the next instruction.

ULOOP-IF-ZERO—If the LOOP COUNTER is not "0" and the TOP item on the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-POSITIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NOT-CARRY-CLEAR—If the LOOP COUNTER is not "0" and the floating point exponents found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction. This instruction is specifically designed for combination with special SHIFT instructions to align two floating point numbers.

ULOOP-NEVER—(DECREMENT-LOOP-COUNTER) Decrement the LOOP COUNTER. Continue execution with the next instruction.

ULOOP-IF-NOT-ZERO—If the LOOP COUNTER is not "0" and the TOP item of the Parameter Stack is "0", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the TOP item is "1", continue execution with the next instruction.

ULOOP-IF-NEGATIVE—If the LOOP COUNTER is not "0" and the most significant bit (sign bit) of the TOP item of the Parameter Stack is "1", continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the most significant bit of the Parameter Stack is "0", continue execution with the next instruction.

ULOOP-IF-CARRY-SET—If the LOOP COUNTER is not "0" and the exponents of the floating point numbers found in TOP and NEXT are not aligned, continue execution with the first instruction in the 4-byte instruction group. Decrement the LOOP COUNTER. If the LOOP COUNTER is "0" or the exponents are aligned, continue execution with the next instruction.

RETURN FROM SUBROUTINE OR INTERRUPT

Subroutine calls and interrupt acknowledgements cause a redirection of normal program execution. In both cases, the current Program Counter is pushed onto the Return Stack, so the microprocessor can return to its place in the program after executing the subroutine or interrupt service routine.

NOTE: When a CALL to subroutine or interrupt is acknowledged the Program Counter has already been incremented and is pointing to the 4-byte instruction group following the 4-byte group currently being executed. The instruction decoding logic allows the microprocessor to perform a test and execute a return conditional on the outcome of the test in a single cycle. A RETURN pops an address from the Return Stack and stores it to the Program Counter.

RETURN INSTRUCTIONS

RETURN-ALWAYS—Pop the top item from the Return Stack and transfer it to the Program Counter.

RETURN-IF-ZERO—If the TOP item on the Parameter Stack is "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-POSITIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-CLEAR—If the exponents of the floating point numbers found in TOP and NEXT are not aligned, pop the top item from the Return Stack and

5,809,336

27

transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-NEVER (NOP)—Execute the next instruction.

RETURN-IF-NOT-ZERO—If the TOP item on the Parameter Stack is not "0", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-NEGATIVE—If the most significant bit (sign bit) of the TOP item on the Parameter Stack is a "1", pop the top item from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

RETURN-IF-CARRY-SET—If the exponents of the floating point numbers found in TOP and NEXT are aligned, pop the top items from the Return Stack and transfer it to the Program Counter. Otherwise execute the next instruction.

HANDLING MEMORY FROM DYNAMIC RAM

The microprocessor **50**, like any RISC type architecture, is optimized to handle as many operations as possible on-chip for maximum speed. External memory operations take from 80 nsec. to 220 nsec. compared with on-chip memory speeds of from 4 nsec. to 30 nsec. There are times when external memory must be accessed.

External memory is accessed using three registers:

X-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

Y-REGISTER—A 30-bit memory pointer which can be used for memory access and simultaneously incremented or decremented.

PROGRAM-COUNTER—A 30-bit memory pointer normally used to point to 4-byte instruction groups. External memory can be accessed at addresses relative to the PC. The operands are sometimes called "Immediate" or "Literal" in other computers. When used as memory pointer, the PC is also incremented after each operation.

MEMORY LOAD & STORE INSTRUCTIONS

FETCH-VIA-X—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. X is unchanged.

FETCH-VIA-Y—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. Y is unchanged.

FETCH-VIA-X-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of X to point to the next 32-bit word address.

FETCH-VIA-Y-AUTOINCREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of Y to point to the next 32-bit word address.

FETCH-VIA-X-AUTODECREMENT—Fetch the 32-bit memory content pointed to by X and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

FETCH-VIA-Y-AUTODECREMENT—Fetch the 32-bit memory content pointed to by Y and push it onto the Parameter Stack. After fetching, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

STORE-VIA-X—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. X is unchanged.

STORE-VIA-Y—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. Y is unchanged.

28

STORE-VIA-X-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, increment the most significant 30 bits of X to point to the next 32-bit word address.

STORE-VIA-Y-AUTOINCREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, increment the most significant 30 bits of Y to point to the next 32-bit word address.

STORE-VIA-X-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by X. After storing, decrement the most significant 30 bits of X to point to the previous 32-bit word address.

STORE-VIA-Y-AUTODECREMENT—Pop the top item of the Parameter Stack and store it in the memory location pointed to by Y. After storing, decrement the most significant 30 bits of Y to point to the previous 32-bit word address.

FETCH-VIA-PC—Fetch the 32-bit memory content pointed to by the Program Counter and push it onto the Parameter Stack. After fetching, increment the most significant 30 bits of the Program Counter to point to the next 32-bit word address.

*NOTE When this instruction executes, the PC is pointing to the memory location following the instruction. The effect is of loading a 32-bit immediate operand. This is an 8-bit instruction and therefore will be combined with other 8-bit instructions in a 4-byte instruction fetch. It is possible to have from one to four FETCH-VIA-PC instructions in a 4-byte instruction fetch. The PC increments after each execution of FETCH-VIA-PC, so it is possible to push four immediate operands on the stack. The four operands would be the found in the four memory locations following the instruction.

BYTE-FETCH-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Using the two least significant bits of X, select one of four bytes from the 32-bit memory fetch, right justify the byte in a 32-bit field and push the selected byte preceded by leading zeros onto the Parameter Stack.

BYTE-STORE-VIA-X—Fetch the 32-bit memory content pointed to by the most significant 30 bits of X. Pop the TOP item from the Parameter Stack. Using the two least significant bits of X place the least significant byte into the 32-bit memory data and write the 32-bit entity back to the location pointed to by the most significant 30 bits of X.

OTHER EFFECTS OF MEMORY ACCESS INSTRUCTIONS:

Any FETCH instruction will push a value on the Parameter Stack **74**. If the on-chip stack is full, the stack will overflow into off-chip memory stack resulting in an additional memory cycle. Any STORE instruction will pop a value from the Parameter Stack **74**. If the on-chip stack is empty, a memory cycle will be generated to fetch a value from off-chip memory stack.

HANDLING ON-CHIP VARIABLES

High-level languages often allow the creation of LOCAL VARIABLES. These variables are used by a particular procedure and discarded. In cases of nested procedures, layers of these variables must be maintained. On-chip storage is up to five times faster than off-chip RAM, so a means of keeping local variables on-chip can make operations run faster. The microprocessor **50** provides the capability for both on-chip storage of local variables and nesting of multiple levels of variables through the Return Stack.

5,809,336

29                                          30

The Return Stack **134** is implemented as 16 on-chip RAM locations. The most common use for the Return Stack **134** is storage of return addresses from subroutines and interrupt calls. The microprocessor allows these 16 locations to also be used as addressable registers. The 16 locations may be read and written by two instructions which indicate a Return Stack relative address from 0–15. When high-level procedures are nested, the current procedure variables push the previous procedure variables further down the Return Stack **134**. Eventually, the Return Stack will automatically overflow into off-chip RAM.

ON-CHIP VARIABLE INSTRUCTIONS

READ-LOCAL-VARIABLE XXXX—Read the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111). Push the item read onto the Parameter Stack.
   OTHER EFFECTS: If the Parameter Stack is full, the push operation will cause a memory cycle to be generated as one item of the stack is automatically stored to external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to READ the fifth item, unknown data will be read.

WRITE-LOCAL-VARIABLE XXXX—Pop the TOP item of the Parameter Stack and write it into the XXXXth location relative to the top of the Return Stack. (XXXX is a binary number from 0000–1111.)
   OTHER EFFECTS: If the Parameter Stack is empty, the pop operation will cause a memory cycle to be generated to fetch the Parameter Stack item from external RAM. The logic which selects the location performs a modulo 16 subtraction. If four local variables have been pushed onto the Return Stack, and an instruction attempts to WRITE to the fifth item, it is possible to clobber return addresses or wreak other havoc.

REGISTER AND FLIP-FLOP TRANSFER AND PUSH INSTRUCTIONS

DROP—Pop the TOP item from the Parameter Stack and discard it.

SWAP—Exchange the data in the TOP Parameter Stack location with the data in the NEXT Parameter Stack location.

DUP—Duplicate the TOP item on the Parameter Stack and push it onto the Parameter Stack.

PUSH-LOOP-COUNTER—Push the value in LOOP COUNTER onto the Parameter Stack.

POP-RSTACK-PUSH-TO-STACK—Pop the top item from the Return Stack and push it onto the Parameter Stack.

PUSH-X-REG—Push the value in the X Register onto the Parameter Stack.

PUSH-STACK-POINTER—Push the value of the Parameter Stack pointer onto the Parameter Stack.

PUSH-RSTACK-POINTER—Push the value of the Return Stack pointer onto the Return Stack.

PUSH-MODE-BITS—Push the value of the MODE REGISTER onto the Parameter Stack.

PUSH-INPUT—Read the 10 dedicated input bits and push the value (right justified and padded with leading zeros) onto the Parameter Stack.

SET-LOOP-COUNTER—Pop the TOP value from the Parameter Stack and store it into LOOP COUNTER.

POP-STACK-PUSH-TO-RSTACK—Pop the TOP item from the Parameter Stack and push it onto the Return Stack.

SET-X-REG—Pop the TOP item from the Parameter Stack and store it into the X Register.

SET-STACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Stack Pointer.

SET-RSTACK-POINTER—Pop the TOP item from the Parameter Stack and store it into the Return Stack Pointer.

SET-MODE-BITS—Pop the TOP value from the Parameter Stack and store it into the MODE BITS.

SET-OUTPUT—Pop the TOP item from the Parameter Stack and output it to the 10 dedicated output bits.
   OTHER EFFECTS: Instructions which push or pop the Parameter Stack or Return Stack may cause a memory cycle as the stacks overflow back and forth between on-chip and off-chip memory.

LOADING A SHORT LITERAL

A special case of register transfer instruction is used to push an 8-bit literal onto the Parameter Stack. This instruction requires that the 8-bits to be pushed reside in the last byte of a 4-byte instruction group. The instruction op-code loading the literal may reside in ANY of the other three bytes in the instruction group.

EXAMPLE

| BYTE 1 | BYTE 2 | BYTE 3 |
|---|---|---|
| LOAD-SHORT-LITERAL | QQQQQQQQ | QQQQQQQQ |
| BYTE 4 | | |
| 00001111 | | |

In this example, QQQQQQQQ indicates any other 8-bit instruction. When Byte 1 is executed, binary 00001111(HEX 0f) from Byte 4 will be pushed (right justified and padded by leading zeros) onto the Parameter Stack. Then the instructions in Byte 2 and Byte 3 will execute. The microprocessor instruction decoder knows not to execute Byte 4. It is possible to push three identical 8-bit values as follows:

| BYTE 1 | BYTE 2 |
|---|---|
| LOAD-SHORT-LITERAL | LOAD-SHORT-LITERAL |
| BYTE 3 | BYTE 4 |
| LOAD-SHORT-LITERAL | 00001111 |
| SHORT-LITERAL-INSTRUCTION | |

LOAD-SHORT-LITERAL—Push the 8-bit value found in Byte 4 of the current 4-byte instruction group onto the Parameter Stack.

LOGIC INSTRUCTIONS

Logical and math operations used the stack for the source of one or two operands and as the destination for results. The stack organization is a particularly convenient arrangement for evaluating expressions. TOP indicates the top value on the Parameter Stack **74**. NEXT indicates the next to top value on the Parameter Stack **74**.

AND—Pop TOP and NEXT from the Parameter Stack, perform the logical AND operation on these two operands, and push the result onto the Parameter Stack.

OR—Pop TOP and NEXT from the Parameter Stack, perform the logical OR operation on these two operands, and push the result onto the Parameter Stack.

XOR—Pop TOP and NEXT from the Parameter Stack, perform the logical exclusive OR on these two operands, and push the result onto the Parameter Stack.

BIT-CLEAR—Pop TOP and NEXT from the Parameter Stack, toggle all bits in NEXT, perform the logical AND operation on TOP, and push the result onto the Parameter Stack. (Another way of understanding this instruction is thinking of it as clearing all bits in TOP that are set in NEXT.)

5,809,336

<table>
<tr><td>31</td><td>32</td></tr>
</table>

## MATH INSTRUCTIONS

Math instruction pop the TOP item and NEXT to top item of the Parameter Stack **74** to use as the operands. The results are pushed back on the Parameter Stack. The CARRY flag is used to latch the "33rd bit" of the ALU result.

ADD—Pop the TOP item and NEXT to top item from the Parameter Stack, add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

ADD-WITH-CARRY—Pop the TOP item and the NEXT to top item from the Parameter Stack, add the values together. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

ADD-X—Pop the TOP item from the Parameter Stack and read the third item from the top of the Parameter Stack. Add the values together and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB—Pop the TOP item and NEXT to top item from the Parameter Stack, Subtract NEXT from TOP and push the result back on the Parameter Stack. The CARRY flag may be changed.

SUB-WITH-CARRY—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the CARRY flag is "1" increment the result. Push the ultimate result back on the Parameter Stack. The CARRY flag may be changed.

SUB-X—

SIGNED-MULT-STEP—

UNSIGNED-MULT-STEP—

SIGNED-FAST-MULT—

FAST-MULT-STEP—

UNSIGNED-DIV-STEP—

GENERATE-POLYNOMIAL—

ROUND—

COMPARE—Pop the TOP item and NEXT to top item from the Parameter Stack. Subtract NEXT from TOP. If the result has the most significant bit equal to "0" (the result is positive), push the result onto the Parameter Stack. If the result has the most significant bit equal to "1" (the result is negative), push the old value of TOP onto the Parameter Stack. The CARRY flag may be affected.

## SHIFT/ROTATE

SHIFT-LEFT—Shift the TOP Parameter Stack item left one bit. The CARRY flag is shifted into the least significant bit of TOP.

SHIFT-RIGHT—Shift the TOP Parameter Stack item right one bit. The least significant bit of TOP is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

DOUBLE-SHIFT-LEFT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity left one bit. The CARRY flag is shifted into the least significant bit of NEXT.

DOUBLE-SHIFT-RIGHT—Treating the TOP item of the Parameter Stack as the most significant word of a 64-bit number and the NEXT stack item as the least significant word, shift the combined 64-bit entity right one bit. The least significant bit of NEXT is shifted into the CARRY flag. Zero is shifted into the most significant bit of TOP.

## OTHER INSTRUCTIONS

FLUSH-STACK—Empty all on-chip Parameter Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip stack and can require from none to 16 external memory cycles.

FLUSH-RSTACK—Empty all on-chip Return Stack locations into off-chip RAM. (This instruction is useful for multitasking applications). This instruction accesses a counter which holds the depth of the on-chip Return Stack and can require from none to 16 external memory cycles.

It should further be apparent to those skilled in the art that various changes in form and details of the invention as shown and described may be made. It is intended that such changes be included within the spirit and scope of the claims appended hereto.

What is claimed is:

1. A microprocessor system, comprising a single integrated circuit including a central processing unit and an entire ring oscillator variable speed system clock in said single integrated circuit and connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit and a speed of said ring oscillator variable speed system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said single integrated circuit; an on-chip input/output interface connected to exchange coupling control signals, addresses and data with said central processing unit; and a second clock independent of said ring oscillator variable speed system clock connected to said input/output interface.

2. The microprocessor system of claim 1 in which said second clock is a fixed frequency clock.

3. In a microprocessor integrated circuit, a method for clocking the microprocessor within the integrated circuit, comprising the steps of:

providing an entire ring oscillator system clock constructed of electronic devices within the integrated circuit, said electronic devices having operating characteristics which will, because said entire ring oscillator system clock and said microprocessor are located within the same integrated circuit, vary together with operating characteristics of electronic devices included within the microprocessor;

using the ring oscillator system clock for clocking the microprocessor, said microprocessor operating at a variable processing frequency dependent upon a variable speed of said ring oscillator system clock;

providing an on chip input/output interface for the microprocessor integrated circuit; and

clocking the input/output interface with a second clock independent of the ring oscillator system clock.

4. The method of claim 3 in which the second clock is a fixed frequency clock.

5. The method of claim 3 further including the step of:

transferring information to and from said microprocessor in synchrony with said ring oscillator system clock.

6. A microprocessor system comprising:

a central processing unit disposed upon an integrated circuit substrate, said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;

an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and being constructed of a second plurality of electronic devices, thus varying the processing frequency of said first plurality of electronic devices and

5,809,336

33 34

the clock rate of said second plurality of electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation;

an on-chip input/output interface, connected between said said central processing unit and an external memory bus, for facilitating exchanging coupling control signals, addresses and data with said central processing unit; and

an external clock, independent of said oscillator, connected to said input/output interface wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.

7. The microprocessor system of claim 6 wherein said one or more operational parameters include operating temperature of said substrate or operating voltage of said substrate.

8. The microprocessor system of claim 6 wherein said external clock comprises a fixed-frequency clock which operates synchronously relative to said oscillator.

9. The microprocessor system of claim 6 wherein said oscillator comprises a ring oscillator.

10. In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:

providing said central processing unit upon an integrated circuit substrate, said central processing unit being

constructed of a first plurality of transistors and being operative at a processing frequency;

providing an entire variable speed clock disposed upon said integrated circuit substrate, said variable speed clock being constructed of a second plurality of transistors;

clocking said central processing unit at a clock rate using said variable speed clock with said central processing unit being clocked by said variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, said processing frequency and said clock rate varying in the same way relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate;

connecting an on chip input/output interface between said central processing unit and an external memory bus, and exchanging coupling control signals, addresses and data between said input/output interface and said central processing unit; and

clocking said input/output interface using an external clock wherein said external clock is operative at a frequency independent of a clock frequency of said oscillator.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 5,809,336                                    Page 1 of  1
APPLICATION NO. : 08/484918
DATED               : September 15, 1998
INVENTOR(S)      : Moore et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Column 34,</u>
Line 25, delete "oscillator" and insert --variable speed clock--.

Signed and Sealed this

Twenty-second Day of May, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

US005809336C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (7235th)

# United States Patent
## Moore et al.

(10) **Number:**     **US 5,809,336 C1**

(45) **Certificate Issued:**     **Dec. 15, 2009**

(54) **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

(75) Inventors: **Charles H. Moore**, Woodside, CA (US); **Russell H. Fish, III**, Mt. View, CA (US)

(73) Assignee: **Patriot Scientific Corporation**, San Diego, CA (US)

**Reexamination Request:**
No. 90/008,306, Oct. 19, 2006
No. 90/008,237, Nov. 17, 2006
No. 90/008,474, Jan. 30, 2007

**Reexamination Certificate for:**
| | |
|---|---|
| Patent No.: | **5,809,336** |
| Issued: | **Sep. 15, 1998** |
| Appl. No.: | **08/484,918** |
| Filed: | **Jun. 7, 1995** |

Certificate of Correction issued May 22, 2007.

**Related U.S. Application Data**

(62) Division of application No. 07/389,334, filed on Aug. 3, 1989, now Pat. No. 5,440,749.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 7/76* | (2006.01) |
| G06F 7/48 | (2006.01) |
| G06F 12/08 | (2006.01) |
| G06F 7/78 | (2006.01) |
| G06F 9/30 | (2006.01) |
| G06F 9/32 | (2006.01) |
| G06F 15/76 | (2006.01) |
| G06F 15/78 | (2006.01) |
| G06F 7/52 | (2006.01) |
| G06F 9/38 | (2006.01) |
| G06F 7/58 | (2006.01) |

(52) **U.S. Cl.** ............... 710/25; 711/E12.02; 712/E9.016; 712/E9.028; 712/E9.046; 712/E9.055; 712/E9.057; 712/E9.058; 712/E9.062; 712/E9.078; 712/E9.08; 712/E9.081

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,603,934 A | 9/1971 | Heath, Jr. et al. |
| 3,696,414 A | 10/1972 | Allen et al. |
| 3,849,765 A | 11/1974 | Hamano |
| 3,878,513 A | 4/1975 | Werner |
| 3,919,695 A | 11/1975 | Gooding |
| 3,924,245 A | 12/1975 | Eaton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 200 797 A1 | 11/1986 |
| EP | 0 208 287 | 1/1987 |
| EP | 113 516 B1 | 6/1988 |

(Continued)

OTHER PUBLICATIONS

Memorandum Opinion and Order filed Jun. 15, 2007 in 2:05–CV–494 (TJW).
Plaintiffs Technology Property Limited's and Patriot Scientific Corporation's Claim Construction Brief filed Mar. 19, 2007 in 2:05–CV–494 (TJW).

(Continued)

*Primary Examiner*—Sam Rimell

(57) **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.



**US 5,809,336 C1**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,967,104 A | 6/1976 | Brantingham et al. |
| 3,968,501 A | 7/1976 | Gilbert |
| 3,976,977 A | 8/1976 | Porter et al. |
| 3,980,993 A | 9/1976 | Bredart et al. |
| 4,003,028 A | 1/1977 | Bennett et al. |
| 4,003,033 A | 1/1977 | O'Keefe et al. |
| 4,037,090 A | 7/1977 | Raymond, Jr. |
| 4,042,972 A | 8/1977 | Gruner et al. |
| 4,050,058 A | 9/1977 | Garlic |
| 4,050,096 A | 9/1977 | Bennett et al. |
| 4,067,058 A | 1/1978 | Brandstaetter et al. |
| 4,067,059 A | 1/1978 | Derchak |
| 4,075,691 A | 2/1978 | Davis et al. |
| 4,079,455 A | 3/1978 | Ozga |
| 4,107,773 A | 8/1978 | Gilbreath et al. |
| 4,110,822 A | 8/1978 | Porter et al. |
| 4,112,490 A | 9/1978 | Pohlman et al. |
| 4,125,871 A | 11/1978 | Martin |
| 4,128,873 A | 12/1978 | Lamiaux |
| 4,144,562 A | 3/1979 | Cooper |
| 4,217,637 A | 8/1980 | Faulkner et al. |
| 4,223,380 A | 9/1980 | Antonaccio et al. |
| 4,223,880 A | 9/1980 | Brems |
| 4,224,676 A | 9/1980 | Appelt |
| 4,236,152 A | 11/1980 | Masuzawa et al. |
| 4,242,735 A | 12/1980 | Sexton |
| 4,253,785 A | 3/1981 | Bronstein |
| 4,255,785 A | 3/1981 | Chamberlin |
| 4,292,668 A | 9/1981 | Miller et al. |
| 4,295,193 A | 10/1981 | Pomerene |
| 4,305,045 A | 12/1981 | Metz et al. |
| 4,315,305 A | 2/1982 | Siemon |
| 4,315,308 A | 2/1982 | Jackson |
| 4,317,227 A | 2/1982 | Skerlos |
| 4,320,467 A | 3/1982 | Glass |
| 4,321,706 A | 3/1982 | Craft |
| 4,328,557 A | 5/1982 | Gastinel |
| 4,334,268 A | 6/1982 | Boney et al. |
| 4,335,447 A | 6/1982 | Jerrim |
| 4,338,675 A | 7/1982 | Palmer et al. |
| 4,348,720 A | 9/1982 | Blahut et al. |
| 4,348,743 A | 9/1982 | Dozier |
| 4,354,228 A | 10/1982 | Moore et al. |
| 4,358,728 A | 11/1982 | Hashimoto |
| 4,361,869 A | 11/1982 | Johnson et al. |
| 4,364,112 A | 12/1982 | Onodera et al. |
| 4,376,977 A | 3/1983 | Bruinshorst |
| 4,382,279 A | 5/1983 | Ugon |
| 4,390,946 A | 6/1983 | Lane |
| 4,396,979 A | 8/1983 | Mor et al. |
| 4,398,263 A | 8/1983 | Ito |
| 4,398,265 A | 8/1983 | Puhl et al. |
| 4,402,042 A | 8/1983 | Guttag |
| 4,403,303 A | 9/1983 | Howes et al. |
| 4,412,283 A | 10/1983 | Mor et al. |
| 4,425,628 A | 1/1984 | Bedard et al. |
| 4,449,201 A | 5/1984 | Clark |
| 4,450,519 A | 5/1984 | Guttag et al. |
| 4,462,073 A | 7/1984 | Grondalski |
| 4,463,421 A | 7/1984 | Laws |
| 4,467,810 A | 8/1984 | Vollmann |
| 4,471,426 A | 9/1984 | McDonough |
| 4,472,789 A | 9/1984 | Sibley |
| 4,488,217 A | 12/1984 | Binder et al. |
| 4,494,021 A | 1/1985 | Bell et al. |
| 4,509,115 A | 4/1985 | Manton et al. |
| 4,538,239 A | 8/1985 | Magar |
| 4,539,655 A | 9/1985 | Trussell et al. |
| 4,541,045 A | 9/1985 | Kromer, III |
| 4,541,111 A | 9/1985 | Takashima et al. |
| 4,553,201 A | 11/1985 | Pollack et al. |
| 4,556,063 A | 12/1985 | Thompson et al. |
| 4,562,537 A | 12/1985 | Barnett et al. |
| 4,566,063 A | 1/1986 | Zolnowsky |
| 4,577,282 A | 3/1986 | Caudel et al. |
| 4,607,332 A | 8/1986 | Goldberg |
| 4,616,338 A | 10/1986 | Helen et al. |
| 4,626,798 A | 12/1986 | Fried |
| 4,626,985 A | 12/1986 | Briggs |
| 4,626,988 A | 12/1986 | George |
| 4,627,082 A | 12/1986 | Pelgrom et al. |
| 4,630,195 A | 12/1986 | Hester et al. |
| 4,630,934 A | 12/1986 | Arber |
| 4,641,246 A | 2/1987 | Halbert et al. |
| 4,649,471 A | 3/1987 | Briggs et al. |
| 4,660,155 A | 4/1987 | Thaden et al. |
| 4,660,180 A | 4/1987 | Tanimura et al. |
| 4,665,495 A | 5/1987 | Thaden |
| 4,670,837 A | 6/1987 | Sheets |
| 4,679,166 A | 7/1987 | Berger et al. |
| 4,680,698 A | 7/1987 | Edwards et al. |
| 4,689,581 A | 8/1987 | Talbot |
| 4,691,124 A | 9/1987 | Ledzius et al. |
| 4,698,750 A | 10/1987 | Wilkie et al. |
| 4,701,884 A | 10/1987 | Aoki et al. |
| 4,704,678 A | 11/1987 | May |
| 4,708,490 A | 11/1987 | Arber |
| 4,709,329 A | 11/1987 | Hecker |
| 4,710,648 A | 12/1987 | Hanamura et al. |
| 4,713,749 A | 12/1987 | Magar et al. |
| 4,714,994 A | 12/1987 | Oklobdzija |
| 4,720,812 A | 1/1988 | Kao et al. |
| 4,724,517 A | 2/1988 | May |
| 4,739,475 A | 4/1988 | Mensch, Jr. |
| 4,750,111 A | 6/1988 | Crosby, Jr. et al. |
| 4,758,948 A | 7/1988 | May et al. |
| 4,760,521 A | 7/1988 | Rehwald et al. |
| 4,761,763 A | 8/1988 | Hicks |
| 4,763,297 A | 8/1988 | Uhlenhoff |
| 4,766,567 A | 8/1988 | Kato |
| 4,772,888 A | 9/1988 | Kimura |
| 4,777,591 A | 10/1988 | Chang et al. |
| 4,780,814 A | 10/1988 | Hayek |
| 4,783,734 A | 11/1988 | May et al. |
| 4,787,032 A | 11/1988 | Culley |
| 4,794,526 A | 12/1988 | May et al. |
| 4,797,850 A | 1/1989 | Amitai |
| 4,803,621 A | 2/1989 | Kelly |
| 4,805,091 A | 2/1989 | Thiel et al. |
| 4,809,169 A | 2/1989 | Sfarti et al. |
| 4,809,269 A | 2/1989 | Gulick |
| 4,811,208 A | 3/1989 | Myers et al. |
| 4,816,989 A | 3/1989 | Finn et al. |
| 4,816,996 A | 3/1989 | Hill et al. |
| 4,819,151 A | 4/1989 | May |
| 4,833,599 A | 5/1989 | Colwell et al. |
| 4,835,738 A | 5/1989 | Niehaus et al. |
| 4,837,563 A | 6/1989 | Mansfield et al. |
| 4,837,682 A | 6/1989 | Culler |
| 4,853,841 A | 8/1989 | Richter |
| 4,860,198 A | 8/1989 | Takenaka |
| 4,868,735 A | 9/1989 | Moller et al. |
| 4,870,562 A | 9/1989 | Kimoto et al. |
| 4,872,003 A | 10/1989 | Yoshida |
| 4,882,710 A | 11/1989 | Hashimoto et al. |
| 4,890,225 A | 12/1989 | Ellis, Jr. et al. |
| 4,899,275 A | 2/1990 | Sachs et al. |
| 4,907,225 A | 3/1990 | Gulick et al. |
| 4,910,703 A | 3/1990 | Ikeda et al. |
| 4,912,632 A | 3/1990 | Gach et al. |
| 4,914,578 A | 4/1990 | MacGregor et al. |

**US 5,809,336 C1**

| | | |
|---|---|---|
| 4,926,323 A | 5/1990 | Baror et al. |
| 4,931,748 A | 6/1990 | McDermott et al. |
| 4,931,986 A | 6/1990 | Daniel et al. |
| 4,933,835 A | 6/1990 | Sachs |
| 4,942,553 A | 7/1990 | Dalrymple et al. |
| 4,956,811 A | 9/1990 | Kajigaya et al. |
| 4,959,782 A | 9/1990 | Tulpule et al. |
| 4,967,326 A | 10/1990 | May |
| 4,967,352 A | 10/1990 | Keida et al. |
| 4,967,398 A | 10/1990 | Jamoua et al. |
| 4,974,157 A | 11/1990 | Winfield et al. |
| 4,979,102 A | 12/1990 | Tokuume |
| 4,980,821 A | 12/1990 | Koopman et al. |
| 4,988,892 A | 1/1991 | Needle |
| 4,989,113 A | 1/1991 | Asal |
| 4,989,133 A | 1/1991 | May et al. |
| 4,989,135 A | 1/1991 | Miki |
| 4,990,847 A | 2/1991 | Ishimaru et al. |
| 5,008,816 A | 4/1991 | Fogg, Jr. et al. |
| 5,013,985 A | 5/1991 | Itoh et al. |
| 5,021,991 A | 6/1991 | MacGregor et al. |
| 5,022,395 A | 6/1991 | Russie |
| 5,023,689 A | 6/1991 | Sugawara |
| 5,031,092 A | 7/1991 | Edwards et al. |
| 5,036,300 A | 7/1991 | Nicolai |
| 5,036,460 A | 7/1991 | Takahira et al. |
| 5,047,921 A | 9/1991 | Kinter et al. |
| 5,053,952 A | 10/1991 | Koopman, Jr. et al. |
| 5,068,781 A | 11/1991 | Gillett, Jr. et al. |
| 5,070,451 A | 12/1991 | Moore et al. |
| 5,081,574 A | 1/1992 | Larsen et al. |
| 5,091,846 A | 2/1992 | Sachs et al. |
| 5,097,437 A | 3/1992 | Larson et al. |
| 5,103,499 A | 4/1992 | Miner et al. |
| 5,109,495 A | 4/1992 | Fite et al. |
| 5,121,502 A | 6/1992 | Rau et al. |
| 5,127,091 A | 6/1992 | Boufarah et al. |
| 5,127,092 A | 6/1992 | Gupta et al. |
| 5,134,701 A | 7/1992 | Mueller et al. |
| 5,146,592 A | 9/1992 | Pfeiffer et al. |
| 5,148,385 A | 9/1992 | Frazier |
| 5,157,772 A | 10/1992 | Watanabe |
| 5,179,689 A | 1/1993 | Leach et al. |
| 5,179,734 A | 1/1993 | Candy et al. |
| 5,226,147 A | 7/1993 | Fujishima et al. |
| 5,237,699 A | 8/1993 | Little et al. |
| 5,239,631 A | 8/1993 | Boury et al. |
| 5,241,636 A | 8/1993 | Kohn |
| 5,261,057 A | 11/1993 | Coyle et al. |
| 5,261,082 A | 11/1993 | Ito et al. |
| 5,261,109 A | 11/1993 | Cadambi et al. |
| 5,325,513 A | 6/1994 | Tanaka et al. |
| 5,339,448 A | 8/1994 | Tanaka et al. |
| 5,353,417 A | 10/1994 | Fuoco et al. |
| 5,353,427 A | 10/1994 | Fujishima et al. |
| 5,379,438 A | 1/1995 | Bell et al. |
| 5,410,654 A | 4/1995 | Foster et al. |
| 5,410,682 A | 4/1995 | Sites et al. |
| 5,414,862 A | 5/1995 | Suzuki et al. |
| 5,421,000 A | 5/1995 | Fortino et al. |
| 5,440,749 A | 8/1995 | Moore et al. |
| 5,459,846 A | 10/1995 | Hyatt |
| 5,511,209 A | 4/1996 | Mensch, Jr. |
| 5,530,890 A | 6/1996 | Moore et al. |
| 5,537,565 A | 7/1996 | Hyatt |
| 5,604,915 A | 2/1997 | Moore et al. |
| 5,659,703 A | 8/1997 | Moore et al. |
| 5,784,584 A | 7/1998 | Moore et al. |
| 6,598,148 B1 | 7/2003 | Moore et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0288649 | 11/1988 |
| JP | 58-25710 A | 2/1983 |
| JP | 61-127228 A | 6/1984 |
| JP | 61-138356 A | 6/1986 |
| JP | 62-145413 | 6/1987 |
| JP | 05-189383 | 7/1998 |

OTHER PUBLICATIONS

Defendants' Brief Regarding Construction of Disputed Claim Terms of the 336 and 148 Patents filed Apr. 2, 2007 in 2:05–CV–494 (TJW).

Defendants' Brief Regarding Construction of Disputed Claim Terms of the 584 Patent filed Apr. 2, 2007 in 2:05–CV–494 (TJW).

Plaintiffs' Claim Construction Reply Brief filed Apr. 9, 2007 in 2:05–CV–494 (TJW).

Defendants' Unopposed Motion for Leave to File a Sur–Reply Brief Regarding Claim Construction filed Apr. 19, 2007 in 2:05–CV–494 (TJW).

Defendants' Sur–Reply Brief Regarding Construction of Disputed Claim Terms of the 336 Patent filed Apr. 29, 2007 in 2:05–CV–494 (TJW).

Declaration of Roger L. Cook in Support of Plaintiffs Technology Property Limited's and Patriot Scientific Corporations's Claim Construction Brief filed Mar. 19, 2007 in 2:05–CV–00494 (TJW).

Supplemental Declaration of Roger L. Cook in Support of Plaintiffs Technology Property Limited's and Patriot Scientific Corporations's Claim Construction Brief filed Apr. 9, 2007 in 2:05–CV–00494 (TJW).

Declaration of David J. Lender filed Apr. 2, 2007 in 2:05–CV–00494 (TJW).

Supplemental Declaration of Alvin M. Despain in Support of Plaintiffs' Reply Claim Construction Brief filed Apr. 9, 2007 in 2:05–CV–0049 (TJW).

Declaration of Alvin M. Despain in Support of Plaintiffs' Claim Construction Brief filed Mar. 19, 2007 in 2:05–CV–00494 (TJW).

Nakamura et al., "Microprocessors—Special Purpose," 1987 IEEE International Solid–State Circuits Conference, Feb. 26, 1987.

Transputer Reference Manual, INMOS Limited 1988.

Horwitz et al., "A 20–MIPS Peak, 32–bit Microprocessor with On–Chip Cache," *IEEE Journal of Solid State Circuits*, SC–22(5):790–799 (Oct. 1987).

Submicron Systems Architecture Project, Caltech Computer Science Technical Report, Nov. 1, 1991.

Stevens, C. W., "The Transputer," *IEEE*, pp. 292–300 (1985).

Bosshart et al., "A 533K–Transistor LISP Processor Chip", *IEEE Journal of Solid State Circuits*, SC–22(5): 808–819 (Oct. 1987).

Jguppi et al., "A 20 Mips Sustained 32b CMOS with 64b Data Bus," *IEEE Int'l Solid State Circuits Conf.*, pp. 84–86 (1989).

May, D., "The Influence of VLSl Technology on Computer Architecture," pp. 247–256.

"Motorola MC68HC11A8 HCMOS Single–Chip Microcomputer," table of contents and introduction (1985).

"Motorola MC146805H2, advance information," pp. 1–12.

"MC68332 32–Bit Microcontroller System Integration User's Manual Preliminary Edition, Revision 0.8," (1989).

The Ring Oscillator VCO Schematic.

**US 5,809,336 C1**

Page 4

"INMOS T800 Transputer Data Sheet," (Apr. 1987).

"INMOS T414 Transputer Preliminary Data Sheet," (Feb. 1987).

"INMOS T212 Transputer Preliminary Data Sheet," (Aug. 1987).

"INMOS M212 Disk Processor Product Overview," (Oct. 1987).

Budinich et al., eds. *International Conference on the Impact of Digital Microelectronics & Microprocessors on Particle Physics*, pp. 204–213 (1988).

INMOS Presentation given at Jun. 15, 1988 Workshop on Computer Architecture.

Moore, P., "INMOS Technical Note 15: IMS B005 Design of a Disk Controller board with drives," Dec. 3, 1986.

Matthys R. J., *Crystal Oscillator Circuits*, pp. 25–64 (1983).

Elliot et al., eds. *Scientific Applications of Multiprocessors* Prentice Hall (1988).

*Transputer Reference Manual*, Cover page, Introduction and pp. 73and 96, INMOS Limited (1988).

"INMOS IMS T414 Transputer," (Jun. 1987).

"INMOS IMS T414 Engineering Data," pp. 107–163.

"INMOS Engineering Data, IMS T414M Transputer, Extended Temperature," (Aug. 1987).

"SM550 High Speed CMOS 4–bit Microcomputer SM–550 Series," (1982) document in Japanese.

"MC88100 RISC Microprocessor User's Manual," Motorola (1989).

Mead et al., eds., *Introduction of VLSI Systems*, Addison Wesley Publishers, (1980).

Moelands, A. P. M., "Serial I/O with the MA B8400 series microcomputers," *Electronic Components and Applications*, 3(1):38–46 (1980).

Stanley, R. C., "Microprocessors in brief," *IBM J. Res. Develop.*, 29(2):110–118 (Mar. 1985).

"MC68332 User's Manual," Motorola (1995).

"TMS370 Microcontroller Family User's Guide," Texas Instruments (1996).

"INMOS Preliminary Data IMS T800 transputer," (Apr. 1987).

"INMOS Engineering Data IMS T212 transputer Preliminary," (Aug. 1987).

"INMOS Product Overview IMS M212 disc processor," (Oct. 1987).

"MN18882 LSI User's Manual," (document in Japanese).

"MN1880 (MN18882) Instruction Manual," (document in Japanese).

"MN188166 User's Manual," (document in Japanese).

Paker, Y., *Multi–Processor Systems*, pp. 1–23 (1983).

"HP Sacajawea External Reference Specification Preliminary Version 1.1," (Jan. 14, 1987).

"Data sheet MOS Integrated Circuit uPD75008," NEC (1989).

Product Brochure by Motorola for MC146805H2.

Shyam, M., "Hardware External Reference Specification for Enhanced Champion/Paladin," Revision of Nov. 11, 1986.

Fish deposition transcript, vols. 1 and 2, held Jun. 25, 2007 and Jun. 26, 2007 in case No. 2–05CV–494 (TJW).

Exhibit 4 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); memo of Sep. 12, 1992 Fish to Higgins re: ShBoom Patents.

Exhibit 5 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Sep. 11, 1992 Higgins to Falk re: patent application for High Performance Low Cost Microprocessor.

Exhibit 6 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Sep. 30, 1992 Higgins to Falk re: patent application for High Performance Low Cost Microprocessor.

Exhibit 8 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Mostek 1981 3870/F8 Microcomputer Data Book (1981).

Exhibit 9 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); "IC Master 1980", pp. 2016–2040, published by Fairchild (1980).

Exhibit 10 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of May 12, 1992, Fish to Higgens.

Exhibit 12 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Agreement executed Jan. 3, 1989 between PTA Inc. and Chuck Moore, dba Computer Cowboys.

Exhibit 13 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Oki japan MSH–Boom 96000 Schematic (Jul. 13, 1989).

Exhibit 14 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Assignment of U.S. Appl. No. 07/389, 334 from Fish to Fish Family Trust.

Exhibit 15 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Stock Purchase and Technology Transfer Agreement between Fish Family Trust, Helmut Falk, and Nanotronics Corporation (Aug. 16, 1991).

Exhibit 16 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); fax of Jul. 16, 2004Mmarshall to Suanders and Heptig w/ attached Jul. 15, 2004 memo from Beatie re: Fish and Moore.

Exhibit 17 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Fax of Jul. 29, 2004, Heptig to Marshall with attached executed agreement.

Exhibit 18 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Plaintiffs' Second Amended Complaint filed Sep. 22, 2006 in 3:06–CV–00815.

Exhibit 19 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Settlement Agreement between Patriot Scientific Corporation, Fish, and the trustee of Fish Family Trust.

Exhibit 21 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Comparisons of RISC Chips (Dec. 11, 1988).

Exhibit 22 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); VL86C010 An Affordable 32–bit RISC Microprocessor System, VLSI Technology, Inc.

Exhibit 23 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); VY86Cxxx ARM 32–Bit CMOS product literature, EDN (Nov. 21, 1991).

Exhibit 24 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Apr. 26, 1989 Ireland to Fish w/ copy of Apr. 17, 1989 article in Electronic News titled "35ns 256K Device, VLSI Debuts SRAM Designed With Hitachi,".

Exhibit 28 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Introduction to RISC Technology, LSI Logic Corporation (Apr. 1988).

Exhibit 29 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); "SH–Boom Patent Documentation," (Jun. 21, 1989).

Exhibit 30 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); "Sh–Boom Licensing Strategy," (Jan. 19, 1990).

## US 5,809,336 C1

Exhibit 31 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); "Transputer Includes Multiprocessing protocol," Jan. 2, 1991.

Exhibit 32 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); article titled "INMOS details next Transputer," (Apr. 18, 1991).

Exhibit 33 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Articles from Electronic World News.

Exhibit 35 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); INMOS Preliminary Data IMS T414 transputer.

Exhibit 36 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Comparison of Intel 80960 and Sh–Boom Microprocessors (1989).

Exhibit 37 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Memo of Jul. 13, 1989, Fish to Chu w/ attached comparison of MIPS 2000 to Sh–Boom.

Exhibit 38 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); fax of Jun. 10, 1992 Fish to Higgins w/ attached document titled State of the Prior Art ShBoom Microprocessor.

Exhibit 39 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Apr. 12, 1989 Time and Responsibility Schedule.

Exhibit 40 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); handwritten note.

Exhibit 41 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); memo of Jun. 1989 to PT Acquisitions, Inc. re: fees due for searches conducted.

Exhibit 42 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); memo of Jun. 28, 1992 Fish to Higgins re: Dialog Patents re: ShBoom.

Exhibit 43 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Aug. 6, 1998 Haerr to Turner transmitting documents.

Exhibit 44 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); Declaration of Moore re: U.S. Appl. No. 08/484,918.

Exhibit 45 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); fax of Nov. 3, 1989, Leckrone to Fish with attached draft license agreement between PT Acquisitions and Oki Electric Industries.

Exhibit 46 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Nov. 29, 1989 Fish to Slater re: Japanese "borrowing" Sh–Boom 50 MHz RISC Chip.

Exhibit 47 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Dec. 29, 1989 Leckrone to Fish re: ShBoom project.

Exhibit 48 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Jul. 16, 1990 Fish to Leckron re: attorney client relationship and conflict of interest.

Exhibit 49 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Jul. 24, 1990 Leckrone to Fish re: letter of Jul. 16, 1990 (EX 48).

Exhibit 50 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Aug. 27, 1990 Moore to Fish re: ShBoom confidentiality.

Exhibit51 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); PT Acquisitions / Alliance Semiconductor Corp. Manufacturing Agreement (Jul. 20 1990).

Exhibit 52 to Fish deposition of Jun. 25–26, 2007 in case No. 2–05CV–494 (TJW); letter of Feb. 6, 1990 to PT Acquisitions from Dun & Bradstreet Receivable Recovery Systems re: final notice for payment of account.

National Semiconductor HPC16400/HPC36400/HPC46400 High–Performance microControllers with HDLC Controller product literature.

NEC Data Sheet Mos Integrated Circuit uPD7225 Programmable LCD Controller/Driver. Part Nos. uPD7225G00, uPD7225G01, uPD7225GB–3B7.

NEC Electronics Inc. High–End, 8–Bit, Single–Chip CMOS Microcomputers product literature.

NEC Electronics Inc. uPD78C10/C11/C14 8–Bit, Single–Chip CMOS Microcomputers with A/D Converter product literature.

NEC Electronics Inc. Microcomputer Products Single–Chip Products Data Book vol. 1 of 2 cover page.

NEC Electronics Inc. Microcomputer Products Microprocessors, Peripherals, & DSP Products Data Book vol. 2 of 2 cover page.

NEC Electronics Inc. MOS Integrated Circuit uPD70208H, 70216H Data Sheet, V40HL, V50HL, 16/8; 16–Bit Microprocessor.

NEC Electronics Inc. MOS Integrated Circuit uPD7225 Programmable LCD Controller/Driver.

Signetics Microprocessor Data manual cover page.

Signetics Microprocessor Products Data manual, 8×330 Floppy Disk Formatter/Controller product specification.

Signetics Microprocessor Products Data manual, SC96AH Series Single–Chip 16–Bit Microcontrollers preliminary specification.

Realtime DSP; The TMS320C30 Course, Revision 3 (educational document re programming Digital Signal Processor microprocessor).

Texas Instruments TMS320C30 Digital Signal Processor product literature.

Texas Instruments TMS320C30 Digital Signal Processor product literature.

Texas Instruments TMS34010 Graphics System Processor product literature.

Texas Instruments TMS320 DSP Designer's Notebok, Using a TMS320C30 Serial Port as an Asynchronous RS–232 Port Application Brief: SPRA240.

UK application 8233733 as filed Nov. 26, 1982.

Office Action of Jan. 31, 2000 in U.S. Appl. No. 09/124,623.

TPL Infringement Contention for the TLCS–900/L Series.

TPL Infringement Contention for Toshiba Microcontroller.

TPL Infringement Contention for Toshiba TC35273.

Duell, C. H., "Everything that can be invented has been invented," 2 pages downloaded from http://www.tplgroup.net/patents/index.php.

Alliacense Product Report, NEC Microcontroller, UPD789473, B Bit Microcontroller, pp. 1–38.

Mostek Corp., Advertisement, EDN, Nov. 20, 1976.

Guttag, K.M., "The TMS34010: An Embedded Microprocessor," *IEEE Micro*, 8(3):39–52 (May 1988).

"8–Bit Single–Chip Microprocessor Data Book," Hitachi America Ltd., Table of Contents and pp. 251–279) Jul. 1985).

Request for Reexamination of U.S. Patent 6,598,148 as filed Sep. 21, 2006.

Office action of Nov. 22, 2006 in application No. 90/008, 227.

Toshiba TLCS–42, 47, 470 User's Manual Published in Apr. 1986.

Fukui et al., "High Speed CMOS 4–bit Microcomputer SM550 Series," published 1982, 1983.

US 5,809,336 C1

Page 6

Intel 80386 Programmer's Reference Manual, published by Intel (1986).

Fairchild Microcomputers, F8/3870, F6800, Bit Slice, IC Master 1980, pp. 1, 2016–2040 (1980).

Mostek Corp., "Mostek 1981 3870/F8 Microcomputer Data Book", Feb. 1981, pp. lll–76 through lll–77, lll–100 through lll–129, and V1–1 through V1–31.

lBM Systems Reference Library, lBM System/360 Model 67 Functional Characteristics, File No. S360–01, Form A27–2719–0, published by IBM (1967).

Anderson, D.W., The lBM System/360 Model 91: Machine Philosophy and Instruction Handling, IBM Journal, (1967).

GE–625/ 635 Programming Reference Manual, revised Jan. 1966.

Clipper™ 32–Bit Microprocessor, Introductions to the Cliper Architecture, published by Fairchild in 1986.

Simpson et al., "The IBM RT PC Romp processor and memory management unit architecture," IBM systems Journal, 26(4):346–360.

M68300 Family MC68332 User's Manual, published by Motorola, lnc. in 1995.

Ditzel et al., "The Hardware Architecture of the Crisp Microprocessor," AT & T Information Systems, ACM, pp. 309–319 and table of contents (1987).

i860 64–Bit Microprocessor, published by lntel Corporation Feb. 1989.

Rau et al., "The Cydra 5 Departmental Supercomputer, Design Philosophies, Decisions, and Trade–offs," IEEE pp. 12–36 (1989).

Datasheet for lntel 4004 Single Chip 4–Bit 9–Channel Microprocessor, pp. 8–15 to 8–23.

Intel MCS–4 Micro Computer Set (Nov. 1971).

Intel 8008 8–Bit Parallel Central Processor Unit published by lntel (Nov. 1972).

iAPX 386 High Performance 32–Bit Microprocessor Product Review, published by lntel (Apr. 1984).

Intel 80386 Programmer's Reference Manual, published in lntel (1986).

Motorola MC68020 32–Bit Microprocessor User's Manual (1984).

Thornton, J. E., "Design of a Computer, The Control Data 6600," published by Advanced Design Laboratory (1970).

6400/6500/6600 Computer Reference Manual, published by Control Data® (1965, 1966, 1967).

Grishman, R., "Assembly Language Programming for the Control Data 6600 and Cyber Series Algorithmics".

Hennessy et al., "MIPS: A Microprocessor Architecture," IEEE, pp. 17–22 (1982).

Hennessy et al., "Hardware/software tradeoff for increased performance," Proceedings of the Symposium on Architectural Support for Programming Languages and Operating Systems, pp. 2–11, ACM, Apr. 1982.

Hennessy et al., "MIPS: A VLSI Processor Architecture, Technical Report 223," Computer Systems Laboratory, Department of Electrical Engineering and Computer Science, Standford University Nov. 1981.

Gross et al., "Measurement and evaluation of MIPS architecture and processor," ACM Trans. Computer Systems, pp. 229–257 Aug. 1988.

Bit Sparc Integer Unit B5000 Datasheet attached to a presentation by Anant Agrawal in 1988.

Sequin et al., "Design and Implementation of R1SC1," pp. 276–298 from VLSI Architecture, B. Randell and P.C. Treleaven, editors, Prentice Hall, 1983.

Ungar et al., "Architecture of SOAR: Smalltalk on a R1SC," Proceedings of the 11th Annual International Symposium on Computer Architecture ISCA '84. ACM Press, New York, NY, pp. 188–197 (1984).

Cray–1 Computer System Hardware Reference Manual, Publication No. 2240004, Rev C, Nov. 4, 1997.

Acorn Computers, Ltd., Acorn R1SC Machine CPU Software Manual, Issue 1.00 Oct. 1985.

Patterson et al., "Architecture of a VLSI Instruction Cache for A R1SC," ACM, pp. 108–116 (1983).

Patterson, D. A., "Reduced Instruction Set Computers" Communication of the ACM, 28(1):8–21, Jan. 1985.

Patterson, D. A., "RISC watch", pp. 11–19 (Mar. 1984).

Sherburne, R. W., "Processor Design Tradeoffs in VLSI," U.C. Berkeley, May 1984. PhD Dissertation.

Excerpt from A Seymour Cray Perspective http://research.Microsoft.com/users/gbell/craytalk/std001.htm (Slide 1).

Excerpt from A Seymour Cray Perspective htpp://research.microsoft.com/users/gbell/craytalk/std029.htm (Slide 29).

RISC Roots: CDC 6600 (1965).

http://www.bitsavers.org/pdf/cdc/6x00/.

Simpson, R.O., "The IBM RT Personal computer," BYTE, 11(11):43–78 (Oct. 1986).

Ryan, D.P., "lntel's 80960: An Architecture Optimized for Embedded Control," IEEE, Micro, published in Jun. 1988.

Waters, F., "IBM RT Personal Computer Technology," IBM Corp. 1986.

Alliacense Product Report, USP 5784584, TLCS–900/H1 Series TMP92C820, Toshiba Microcontroller TMP92C820 / TLCS–900/H1 Series 16–bit Microcontroller, pp. 1–9, filed Aug. 14, 2006 in 2:05–CV–00494–TJW.

Alliacense Product Report, NEC Microcomputer, USP 5784584, V850E2 32 Bit Microcontroller, pp. 1–8 (2006).

"8 bit Dual 1–chip Microcomputer MN1890 Series User's Manual," translation of original Japanese language document, by Matsushita Electric Industrial Co., Ltd. Semiconductor Sales Division.

Sibigtroth, J. M., "Motorola's MC68HC11: Definition and Design of a VLSI Microprocessor," IEEE Micro 4(1):54–65 (1984).

"Specification Sheet, MN18882 (Book)," translation of the Japanese language original, Code No. MlG0175, Matsushita Electronics Industry Corporation, Microcomputer Products Division, Oct. 2, 1990.

"DS5000 Soft Microcontroller User's Guide Preliminary V 1.0," Dallas Semiconductor.

MN188166 User's Manual, Japanese language document with English translation.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Car Navigation Main Processor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GSP Navigation System GPS Chipset.

Alliacense Product Report—Preliminary Review, USP 5,440,749; GPS Navigation System Main Microprocessor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; Kyocera Digital Camera Finecam S3R Image Processor.

Alliacense Product Report—Preliminary Review, USP 5,440,749; PDA/Mobile Navigation, GPS Processor.

Motorola MC68020 32–bit Microprocessor User's Manual, 2nd Edition, Rev. 1, Prentice–Hall, 1985.

Barron et al., "The Transputer," Electronics, pp. 109–115 (1983).

US 5,809,336 C1

Page 7

Burroughs Corporation, "Burroughs B7700 Systems Reference Manual," 1973.

Fiasconaro, J., "Microarchitecture of the HP9000 Series 500 CPU," *Microarchitecture of VLSI Computers, NATO ASI Series No. 96*, Antognetti, eds., pp. 55–81.

MacGregor et al., "The Motorola MC68020," *IEEE Micro*, 4(4):103–118 (1984).

Best et al., "An Advanced–Architecture CMOS/SOS Microprocessor", IEEE Micro, vol. 2, No. 3, vol. 2, No. 3 (Jul. 1982), pp. 10–26.

Technology Properties Limited (TPL), Moore Microprocessor Patent (MMP) Portfolio, downloaded from <<www.tplgroup.net/patents/index.php>> downloaded on Aug. 3, 2006, 3 pages total.

Acorn's RISC Leapfrog, Acorn User special issue, Jun. 1987; 59: 149–153.

Agrawal, et al., "Design Considerations for a Bipolar Implementation of SPARC," Compcon Spring apos;88. Thirty–Third IEEE Computer Society International Conference, Digest of Papers, Feb. 29–Mar. 3, 1988, pp. 6–9.

Agrawal, "An 80 MHz Bipolar ECL Implementation of SPARC," Sun Microsystems, Inc., Jun. 25, 1989, 40 pages total.

ARM Datasheet, Part No. 1 85250 0360 0, Issue No. 1 (Mar. 17, 1987).

Atmel SPARC Instruction Set, "Assembly Language Syntax," Rev. 4168C–AERO–08/01, 2002.

Bagula, "A 5V Self–Adaptive Microcomputer with 16Kb of #2 Program Storage and Security," IEEE International Solid–State Circuit Conference, 1983, pp. 34–35.

Bayko, Great Microprocessors of the Past and Present (V 11.7.0), downloaded from: <<http://web.archive.org/web/20010107210400/http://bwrc.eecs.berkeley.edu/CIC/Archive/cup_history.html>>, Feb. 2007, 60 pages total.

Books Review: Operating Systems A Systematic View, William S. Davis, Addison–Wesley Publishing Company, Inc., 1987; 26(4):453–454.

Bourke, "Character Synchronization During Overrun Conditions," Delphion, IBM Technical Disclosure Bulletin, Dec. 1977.

Burroughs Corporation, "Burroughs B5500 Information Processing System Reference Manual," 1973.

CAL Run Fortran Guide, University of California, Computer Center, Berkeley, 292 pages total, (Sep. 1974).

CDC 6000 Computer Systems—Cobol Instant 6000, Version 3; Control Data Publication No. 60327600A (Apr. 1971).

CDC 6000 Computer Systems, 7600 Computer Systems: Fortran Extended Instant 6000 Version 3, 7600 Version 1; Control Publication No. 60305900A (May 1971).

CDC 6000 Computer Systems/7600 Computer Systems: Fortran Extended Reference Manual, 6000 Version 3, 7600 Version 1; Control Data Publication No. 60329100, Revision D (1972).

CDC 6000 Series Computer System, 6642 Distributive Data Path Operation and Programming Reference Manual; Control Data Publication No. 60376300C (Mar. 1979).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. l, Preliminary Edition (updated May 1966).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. ll, Preliminary Edition, Peripheral Packages and Overlays (Oct. 1965).

CDC 6000 Series Computer Systems—Chippewa Operating System Documentation, vol. lll, Preliminary Edition, DSD—The Systems Display, (Nov. 1965).

CDC 6000 Series Computer Systems Ascent General Information Manual; Control Data Publication No. 60135400 (Feb. 66).

CDC 6000 Series Computer Systems Chippewa Operating System Reference Manual; Control Data Publication No. 60134400 (Dec. 1965).

CDC 6000 Series Computer Systems Hardware Reference Manual; Control Data Publication No. 60100000 (Aug. 1978).

CDC 6000 Series Computer Systems/ 7600 Computer System: 6000 Compass Version 2, 7600 Versions 1 & 2 Reference Manual; Control Data Publication No. 60279900, Revision D, (1970, 1971, 1972).

CDC 6000 Series Computer Systems: Chippewa Operating System Fortran Reference Manual; Control Data Publication No. 60132700A (May 1966).

CDC 6000 Series Computer Systems: Peripheral Equipment Reference Manual; Control Data Publication No. 60156100, Revision J (Mar. 1970).

CDC 6000 Series Computer Systems: Site Preparation and Installation Manual; Control Data Publication No. 60142400, Revision B (Sep. 1965).

CDC 6000 Series Computer Systems: Fortran Extended General Information, Control Data Publication No. 60176400 (Oct. 1966).

CDC 6000 Series Fortran Extended 4.0, Internal Maintenance Specifications , (1971).

CDC 6000 Series Introduction and Peripheral Processors Training Manual, Second Edition, Control Data Publication No. 60250400 (Nov. 1968).

CDC 6400 Central Processor, Control Data Publication No. 60257200 (Feb. 1967).

CDC 6400/6500/6600 Ascent–to–Compass Translator; Control Data Publication No. 60191000 (Mar. 1967).

CDC 6400/6500/6600 Computer System Input/Output Specification; Control Data Publication No. 60045100 (Sep. 1967).

CDC 6400/6500/6600 Computer System Instant SMM; Control Data Publication No. 60299500 (Nov. 1969).

CDC 6400/6500/6600/ Computer Systems Compass Reference Manual; Data 60190900, Revision B (Mar. 1969).

CDC 6400/6500/6600 Computer Systems Reference Manual; Control Data Publication No. 60100000, Revision K (Aug. 1970).

CDC 6400/6500/6600 Extended Core Storage Systems Reference Manual; Control Data Publication No. 60225100, (Feb. 1968).

CDC 6400/6500/6600 Jovial General Information Manual; Control Data Publication No. 60252100A (Mar. 1969).

CDC 6400/6500/6600 Computer Systems: Ascent/Asper Reference Manual; Control Data Publication No. 60172700 (Jul. 1966).

CDC 6400/6600 Fortan Conversion Guide; Data Publication No. 60175500 (Aug. 1966).

CDC 6400/6600 Systems Bulletin (Oct. 10, 1968), 84 pages.

CDC 6400/6600, Export/Import 8231 Reference Manual; Data Publication No. 60189100 (Apr. 1967).

CDC 6600 Central Processor vol. 1; Control & Memory; Data Control Publication No1. 021067 (Mar. 1967).

CDC 6600 Central Processor, vol. 2, Functional Units; Control Data Publication No. 60239700 (Mar. 1967).

# US 5,809,336 C1

Page 8

CDC 6600 Chassis Tabs; Control Data Publication No. 63016700A (Apr. 1965).

CDC 6600 Chassis Tabs; Control Data Publication No. 63019800 (Mar. 1965).

CDC 6600 Chippewa Operating System; Control Data Publication No. 60124500, Revision C (Apr. 1965).

CDC 6600 Computer System 6601 A–J, 6613A/B/C, 6604A/B/C, 6614–A/B/C/ Central Processor (including Functional Units) vol. 1, Diagrams & Circuit Description; Control Data Publication No. 60119300BT (Jan. 1968).

CDC 6600 Computer System 6601 A–J, 6613A/B/C, 6604A/B/C/, 6614–A/B/C Peripheral and Control Processor/Central Memory/Clock/Extended Core Storage Coupler (Std Opt 10102 and/or Spec Opt 60080)/Power Wiring, vol. 2, Diagrams & Circuit Descriptions; Control Data Publication No. 60119300BT (Jan. 1968).

CDC 6600 Computer System Operating System/Reference Manual, SIPROS66, 1st ed.; Control Data Publication No. 60101800A (1965).

CDC 6600 Computer System Programming System/Reference Manual, vol. 1. Ascent; Control Data Publication No. 601016008 (1965).

CDC 6600 Computer System Programming System/Reference Manual, vol. 2, Asper; Control Data Publication No. 60107008 (1965).

CDC 6600 Computer System Programming vol. 3, Fortran 66; Control Data Publication No. 60101500B (1965).

CDC 6600 Computer Training Manual vol. 2, Preliminary Edition, Section 7.2 Shift Functional Units, 164 pages.

CDC 6600 Data Channel Equipment 6602–B/6612–A, 6603–B, 6622–A, 6681–B, 6682–A6683–A, S.O. 60022, 60028, 60029, Diagrams & Circuit Description' Control Data Publication No. 60125000, Revision G (Jun. 1966).

CDC 6600 Training Manual; Control Data Publication No. 60147400, Revision A (Jun. 1965).

CDC 6603—A/B/C Disk File Controller Reference Manual; Control Data Publication No. 60334000 (1970).

CDC 6638 Disk File Subsystem Training Supplement; Control Data Publication 602500800A (Oct. 1968).

CDC 6638 Disk File System Standard Option 10037–A, 6639–A/B File Controller—Diagrams and Circuit Description/Maintenance/Maintenance Aids/Parts List/Wire Lists/Chassis Tabs; Control Data No. 60227300, Revision H (Mar. 1974).

CDC 6639—A/B Disk File Controller Reference Manual; Control Data Publication No. 60334100E (Aug. 1973).

CDC 6639 Disk Controller Training Manual Test Edition (Sep. 1967), 28 pages.

CDC APL Version 2 Reference Manual, CDC Operating Systems :NOS; Control Data Publication No. 60454000F (Nov. 1980).

CDC Basic Version 3 Reference Manual: NOS 1 & NOS/BE 1; Control Data Publication No. 19983900G (Oct. 1980).

CDC Chippewa Operating System, Document Class ERS, System No. E012, Version 1.1; External Reference Specifications—Chippewa Operating System, (Jun. 1966).

CDC Chippewa Operating System, Document Class SIR, System No. E012, Version 1.0, (Mar. 3, 1966).

CDC Chippewa Operating System, Document Class SIR, System No. E012, Version 1.1, (Mar. 3, 1966).

CDC Cobol Version 4 Instant Manual, Cyber 170 Series, Cyber 70 Models 72, 73, 74, 6000 Series; Control Data Publication No. 60497000A (Feb. 1976).

CDC Cobol Version 5 Instant Manual, Operating Systems: NOS 1/BE 1; Control Data Publication No. 60497300B (Feb. 198).

CDC Codes/Control Data 6400/6500/6600 Computer Systems; Control Data Publication No. 60141900, Revision C (1966, 1967).

CDC Codes/Control Data 6400/6500/6600/6700 Computer Systems; Control Data Publication No. 60141900, Revision D (1966, 1967).

CDC Codes/Control Data 6600; Control Data Publication No. 60141900, Revision A (May 1965).

CDC Compass Version3 Instant, Operating Systems: NOS 1, NOS 2, NOS/BE 1, Scope 2; Control Data Publication No. 60492800D (Jun. 1982).

CDC Course No. FH4010–1C, NOS Analysis, Student Handbook, Revision C (Apr. 1980).

CDC Course No. FH4010–4C NOS Analysis, Study Dump (Apr. 1980).

CDC Cyber 170 Models 720, 730, 740, 750 and 760 Model 176 (Level B/C) Computer Systems, Codes; Control Data Publication No. 60456920C, (Jun. 1981).

CDC Cyber 70 Series Models 72, 73, 74, 6000 Computer Systems: Fortran Reference Manual Models 72, 73, 74 Version 2.3, 6000 Version 2.3; Control Data Publication No. 19980400, Revision F (Jul. 1972).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 76, 7600 Computer System, 6000 Computer Systems—ALGOL Reference Manual, Cyber 70 Series Version 4, 6000 Series Version 4, 7600 Series Version 4; Control Data Publication No. 60384700A (Aug. 1973).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 76, 7600 Computer System, 6000 Computer Systems: Cobol Instant Models 72, 73, 74 Version 4, Model 76 Version 1, 6000 Version 4; Control Data Publication No. 60328400A (Dec. 1971).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 76, 7600 Computer System, 6000 Computer Systems: Fortran Extended Instant Models 72, 73, 74 Version 4, Model 76 Version 2, 7600 Version 2, 6000 Version 4; Control Data Publication No. 60357900A (Nov. 1971).

CDC Cyber 70 Computer Systems Models 72, 73, 74, 76, 7600 Computer System, 6000 Computer Systems: Fortran Extended Reference Manual Models 72, 73, 74 Version 4, Model 76 Version 2, 6000 Version 4; Control Data Publication No. 60306600A (Oct. 1971).

CDC Cyber 70 Series 6000 Series Computer Systems: APL *Cyber Reference Manual; Control Data Publication No. 19980400B (Jul. 1973).

CDC Cyber 70 Series Computer Systems 72, 73, 74, 6000 Series Computer Systems—Kornos 2.1 Workshop Reference Manual; Control Data Publication No. 97404700D (1976).

CDC Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems, Krono 2.1 Operator Guide; Control Data Guide; Control Data Publication 60407700A (Jun. 1973).

CDC Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems, Kronos 2.1 Installation Handbook; Control Data Publication No. 60407500A (Jun. 1973).

CDC Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems, Kronos 2.1 Time–Sharing User's Reference Manual; Control Data Publication No. 60407600B (May 1974).

CDC Cyber 70/ Model 76 Computer System, 7600 Computer System: Fortran Run, Version 2 Reference Manual; Control Data 60360700C (May 1974).

CDC Cyber Interactive Debug Version 1 Guide for Users of Fortran Extended Version 4, CDC Operating Systems: NOS 1, NOS/ BE1, Control Data Publication No. 60482700A (Feb. 1979).

CDC Cyber Interactive Debug Version 1 Guide for Users of Fortran Version 5, Operating Systems: NOS 1, NOS/ BE 1; Control Data Publication No. 6048100C (Sep. 1984).

CDC Cyber Interactive Debug Version 1 Reference Manual, NOS 1, NOS 2, NOS/ BE 1; Data Control Publication No. 60481400D (Jun. 1984).

CDC Cyber Loader Version 1 Instant, CDC Operating System NOS1, NOS/ BE 1; Control Data Publication No. 60449800C (Aug. 1979).

CDC Disk Storage Subsystem—Operation and Programming Manual; Control Data Publication No. 60383900, Version T (1972–1980).

CDC Fortran Extended 2.0, Document Class ERS, System No. C012, (Dec. 1966).

CDC Fortran Extended 2.0, Document Class IMS, Internal Maintenance Specifications—64/65/6600 V Fortran Extended Version 2 (Mar. 1969).

CDC Fortran Extended Version 4 Instant Manual, Operating Systems: NOS 1, NOS/BE, 1 Scope 2; Control Data Publication No. 60497900B (Jun. 1981).

CDC Fortran Extended, Sales Technical Memorandum (May 1967).

CDC Fortran Version 5 Instant, CDC Operating System: NOS 1, NOS/ BE 1, Scope 2; Control Data Publication No. 60483900A (Jan. 1981).

CDC GED Fortran Extended 1.0, Product No. C012, Dept. No. 254, Project No. 4P63FTN (Aug. 1967).

CDC Instant 6400/3500/6500 Simula; Control Data Publication No. 60235100, Revision A (Feb. 1969).

CDC Instant 6400/6500/6600 Compass; Control Data Publication No. 60191900, Revision A (1968).

CDC Instant Fortran 2.3 (6000 Series); Data Publication No. 60189500D (May 1969).

CDC Internal Maintenance Specification; Fortran V5.; Control Data Publication No. 77987506A.

CDC Internal Maintenance Specification; Fortran V5.; Control Data Publication No. 77987506A.

CDC Kronos 2.1 Reference Manual vol. 1 of 2; Control Data Cyber 70 Series Models 72/73/74, 6000 Series Computer Systems; Control Data Publication No. 60407000D (Jun. 1975).

CDC Kronos 2.1 Time–Sharing User's Reference Manual, Cyber 70 Series Models 72, 73, 74, 6000 Series Computer Systems; Control Data Publication No. 60407600D (Jun. 1975).

CDC Model dd 60A Computer Control Console/Customer Engineering Manual; Control Data Publication No. 82100010 (Mar. 1965).

CDC Model dd60b Computer Control Console/Customer Engineering Manual/ Control Data Publication No. 82103500 (Feb. 1967).

CDC Network Products: Network Access Method Version 1, Network Definition Language Reference Manual; Control Data Publication No. 60480000J (Jun. 1982).

CDC Network Products: Network Terminal User's Instant—Operating System NOS 1; Control Data Publication No. 60456270C, (Oct. 1980).

CDC NOS 2 Operations Handbook; Control Data Publication No. 60459310, (Aug. 1994).

CDC NOS Version 1 Applications Programmer's Instant, CDC Computer Systems; Cyber 170 Series, Cyber 70 Models, 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60436000H (Jan. 1980).

CDC NOS Version 1 Internal Maintenance Specification vol. 1 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Internal Maintenance Specification vol. 2 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Internal Maintenance Specification vol. 3 of 3; Control Data Publication No. 60454300B (Aug. 1979).

CDC NOS Version 1 Operator's Guide, CDC Computer Systems: Cyber 170 Series, Cyber 70 Model 71, 72, 73, 74, 6000 Series (Dec. 1980).

CDC NOS Version 1 Reference Manual vol. 1 of 2, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71,72, 73, 74, 6000 Series; Control Data Publication No. 60435400J (1979).

CDC NOS Version 1 Reference Manual vol. 2 of 2, CDC Computer Systems: Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60445300E (1977).

CDC NOS Version 1 System Maintenance Reference Manual; Control Data Publication No. 60455380H (Apr. 1981).

CDC NOS Version 2 Analysis Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459300D (Oct. 84).

CDC NOS Version 2 Analysis Handbook; Control Data Publication No. 60459300U (Jul. 1994).

CDC NOS Version 2 Installation Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60459320E__(Mar. 1985).

CDC NOS Version 2 Operation/Analysis Handbook, Cyber 170, Cyber 70 Models 71, 72, 73, 74 6000, Control Data Publication No. 60459310C (Oct. 1983).

CDC NOS Version 2 System Maintenance Reference Manual, Cyber 170, Cyber 70 Models 71, 72, 73 74, 6000; Control Data Publication No. 60459300C (Oct. 1983).

CDC NOS/BE Version 1 Diagnostic Handbook, Cyber 180; Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publicaton No. 60494400–V (1984).

CDC NOS/BE Version 1 Installation Handbook, Cyber 180, Cyber 170, Cyber 70 Models 71, 72, 73, 74, 6000; Control Data Publication No. 60494300AB (Dec. 1988).

CDC NOS/BE Version 1 Reference Manual, Cyber 170 Series, Cyber 70 Models 71, 72, 73, 74, 6000 Series; Control Data Publication No. 60493800M 1981.

CDC Outline of Reports on Feasibility Study of 64/6600 Fortran Ver 3.0 and Conversational Fortran, Fortran Study Project, Product No. X010, Dept. No. 254, Project No. 4P63, (Jun. 1966).

CDC Pascal Version 1 Reference Manual, Operating Systems: NOS 2; Control Data Publication No. 60497700 (Sep. 1983).

CDC Pascal Version 1 Reference Manual, Operating Systems: NOS 2; Control Data Publication No. 60497700A (Dec. 1982).

US 5,809,336 C1

Page 10

CDC PL/1 Version 1 Instant, CDC Operating Systems: NOS 1, NOS/ BE1, Control Data Publication No. 60483700A (Nov. 1979).

CDC Simscript 11.5 Instant, Control Data Publication No. 84000450B (Sep. 1978).

CDC Sort/Merge Version 4 and 1 Instant, Operating Systems: NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60497600C (Jan. 1981).

CDC Sort/Merge Vision 5 Reference Manual, Operating Systems: NOS 2, NOS/ BE 1; Control Data Publication No. 60484800C (Feb. 1984).

CDC SYMPL Version 1 Instant, NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60482600A (May 1978).

CDC SYMPL Version 1 Users Guide, Operating Systems: NOS 1, NOS/BE 1, Scope 2; Control Data Publication No. 60499800B (Apr. 1978).

CDC Update Instant, Cyber 170 Series, Cyber 70 Series, 6000 Series, 7600 Computer Systems; Control Data Publication No. 60450000A (Nov. 75).

CDC Update Reference Manual Operating Systems: Scope 3.4, Kronos 2.1; Control Data Publication No. 60342500, Revision H (1971–1976).

CDC Xedit Version 3 Reference Manual, Operating System: NOS 1; Control Data Publication No. 60455730B (Aug. 1979).

Chippewa Laboratories Fortran Compiler Run, Preliminary Edition, CDC 6000 Series Computer Systems, (Apr. 1966).

Cho et al., WAM 3.6: A 40K Cache Memory and Memory Management Unit, ISSCC '86, Feb. 19, 1986.

Cordell, II et al., "Advanced Interactive Executive Program Development Enviornment," IBM Systems Journal, 1987; 26(4):381–382.

Crawford, "The i486 Executing Instructions in One Clock Cycle," IEEE Micro, pp. 28–36 (Feb. 1990).

Disk Routines and Overlays, Chippewa Operating System, CDC Development Division—Applications, (Nov. 1965).

Dowsing et al., "Computer Architecture: A First Course, Chapter 6: Architecture and the Designer," Van Nostrand Reinhold (UK) Co. Ltd., pp. 126–139.

Evans et al., "An Experimental 512–bit Nonvolatile Memory with Ferroelectric Storage Cell," IEEE Journal of Solid–State Circuits, 23(5):1171–1175.

Field Maintenance Print Set, KA780–01–01 Rev. A.

Fisher et al., "Very Long Instruction Word Architectures and the ELI–512," ACM pp. 140–150 (1983).

Furber, VSLI RISC Architecture and Organization, Chapter 3: Commercial VLSI RISC, pp. 124–129, Marcel Dekker, Inc., 1989.

GB Patent Application 8233733, INMOS, Ltd. Microcomputer, filed Nov. 26, 1962.

GE 600 Series, publication.

Gershon, Preface, IBM Systems Journal 26(4):324–325.

Green et al., "A Perspective on Advanced Peer–to–Peer Networking," IBM Systems Journal, 1987; 26(4):414–428.

Grimes et al., "64–bit Processor, The Intel i860 64–Bit Processor: A General–Purpose CPU with 3D Graphics Capabilities", published by Intel, p. 85 (Jul. 1989).

Hansen, "A RISC Microprocessor with Integral MMU and Cache Interface," ICCD '86, pp. 145–148, 1986.

Hennessy et al., "Hardware/software Tradeoff for Increased Performance," Technical Report No. 22.8, Computer Systems Laboratory, Feb. 1983, 24 pages.

Hennessy et al., "The MIPS Machine", COMPCON, IEEE, Spring 1982, pp. 2–7.

Hennessy, "Performance Issues in VLSI Processor Design," IEEE on VLSI in Computers, pp. 153–156 (1983).

Hinton, 80960—Next Generation, Compcon Spring 89, IEEE, 13–18 (1989).

Hollingsworth et al., "The Fairchild Clipper: Instruction Set Architecture and Processor Implementation," Report No. UCB/CSD 87/329, Computer Science Division (EECS), University of California Berkeley, California, (Feb. 11, 1987).

HP 9000 Instrument Controllers, Technical Specifications Guide, Oct. 1989.pdf.

HP 9000 Series Computer Systems, HP–UX Reference 09000–090004, Preliminary Nov. 1982.

Hughes, "Off–Chip Module Clock Controller", Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Hunter, "Introduction to the Clipper Architecture," IEEE Micro, pp. 6–26 (Aug. 1987).

IBM RT PC, BYTE 1986 Extra Edition, Inside The IBM PCs, pp. 60–78.

INMOS Limited, IMS T424 Transputer Reference Manual, 1984.

Intel 388Tm DX Microprocessor 32–Bit CHMOS Microprocessor With Integrated Memory Management (1995).

Intel 80960CA User's Manual published by Intel (1989).

Intel Architecture Optimization Manual, Order No. 242816–003, published by Intel (1997).

Intel Architecture Software Developer's Manual, vol. 1; Basic Architecture, published by Intel (1997).

Intel 8080A/8080A–1/8080A–2, 8–Bit N–Channel Microprocessor, Order No. 231453–001, Its Respective Manufacturer (Nov. 1986).

Johnson et al., "A Variable Delay Line PLL for CPU–Coprocessor Synchronization," IEEE Journal of Solid–State Circuits, 23(5): 1218–1223, Oct. 1988.

Katevenis et al., "Reduced Instruction Set Computer Architecture for VLSI," Doctoral Dissertation, Oct. 1983.

Katevenis et al., "The RISC II Micro–Architecture," Journal of VLSI and Computer Systems, 1(2):138–152 (1984).

Kipp, "Micron Technology Inc. Reports Financial Results," Business Wire, New York, Sep. 26, 1988.

Kohn et al., "Introducing Intel i860 64–Bit Microprocessor," Intel Corporation, IEEE Micro (Aug. 1989).

Koopman, "RTX 4000," Proceedings of 1989 Rochester Forth Conference, pp. 84–86.

Koopman, "The WISC Concept: A proposal for a writable instruction set computer," BYTE, pp. 187–193. (Apr. 1987).

Koopman, Jr. et al. "MVP Microcoded CPU/16 Architecture," Proceedings of 1986 Rochester Forth Conference, pp. 277–280.

Koopman, Jr. et al., "WISC Technologies, Inc., Writable Instruction Set, Stack Oriented Computers: The WISC Concept," 1987 Rochester Forth Conference, Journal of Forth Application and Research, 5(1):49–71.

Koopman, Jr., Slack Computers: the new wave, 1989.

Loucks et al., "Advanced interactive Executive (AIX) Operating System Overview," IBM Systems Journal, 1987; 26(4):326–345.

Matick, "Self–Clocked Cache," Delphion, IBM Technical Disclosure Bulletin, Apr. 1985.

Miller, Frequency Modulated Ring Oscillator for a Mode Regulated Substrate Bias Generator, Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Mills et al, "Box Structured Information Systems," IBM Systems Journal, 1987; 26(4):395–413.

**US 5,809,336 C1**

Page 11

MMP Portfolio, News Release: Roland Becomes 50th Licensee, Setting a Major Milestone in Moore Microprocessor Patent Licensing Program, 3 pages (May 1, 2009).

Moussouris et al., "A CMOS RISC Processor Integrated System Functions," Proceedings of 31st IEEE Computer Society International Conference, Cathedral Hill Hotel, San Francisco, CA Mar. 3–6, 1986, pp .126–131, 1986.

Olson, Semiconductor Die with Wiring Skirt (Packaging Structure), Delphion, IBM Technical Disclosure Bulletin, Jul. 1978.

O'Neil, "Pipeline Memory System for Drams", Delphion, IBM Technical Disclosure Bulletin, May 1989.

Patterson et al., "RISC I: A Reduced Instruction Set VLSI Computer," Proceedings of the 8th annual symposium on Computer Architecture on Computer Architecture, Miinneapolis, Minnesota, pp. 443–457 (May 1981).

Pountain, "The Archimedea A310," BYTE, 1987.

Przybyiski et al., "Organization and VLSI Implementation of MIPS," Technical Report CSL–TR–84–259, Apr. 1984.

Przybyiski, "The Design Verification and Testing of MIPS", 1984 Conference on Advanced Research in VLSI, pp. 100–109.

Roche et al., "Method of Assuring a Two–Cycle Start, Zero Cycle Stop, Non–Chopping on Chip Clock Control Throughout a VLSI Clock System," Delphion, IBM Technical Disclosure Bulletin, Sep. 1989.

Rowen et al., "A Pipelined 32b NMOS Microprocessors and Microcontrollers," IEEE International Solids–State Circuits Conference, pp. 180–181, 1984.

Rubinfeld et al., "The CVAX CPU, A CMOS VAX Microprocessor Chip", International Conference on Computer Design, Oct. 1987.

Sanamrad et al., "A Hardware System Analysis Processor," IEEE, Aug. 1987, pp. 73–80.

Shih, "Microprogramming Heritage of RISC Design," Proceedings of the 23rd annual workshop and symposium on Microprogramming and microarchitecture, pp. 275–280 (1990).

Sultan et al., "Implementing System–36 Advanced Peer–to–Peer Networking," IBM Systems Journal, 1987; 26(4):429–452.

Thornton, J. E., "Considerations in Computer Design Leading Up To the Control Data 6600," Control Data Chippewa Laboratory (1970).

VAX 11/780 Architecture Handbook vol. 1, 1977–1978, 2–7 and G–8.

VAX 8800 System Technical Description vol. 2, EK–KA881–TD–PRE, Section 6, Instruction Box (IBOX), Preliminary Edition (Jul. 1986).

VAX Maintenance Handbook; VAX–11/780, EK–VAXV2–HB–002, 1983 Edition.

VL86C010 RISC Family Data Manual, Application Specific Logic Product Division, 1987.

Waters et al., "AIX Usability Enhancements and Human Factors," IBM Systems Journal, 1987; 26(4):383–394.

Williams, "Chip Set Tackles Laptop Design Issues, Offers Flat–Panel VGA Control," Computer Design, Oct. 15, 1988; 27(19):21–22.

IEEE Std 796–1983, Microcomputer System Bus, pp. 9–46 (Dec. 1983).

Mead & Conway, Introduction to VLSI Systems, pp. 1–429 (1980).

US 5,809,336 C1

1

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

ONLY THOSE PARAGRAPHS OF THE
SPECIFICATION AFFECTED BY AMENDMENT
ARE PRINTED HEREIN.

Column 17, lines 12–37:

Most microprocessors derive all system timing from a
single clock. The disadvantage is that different parts of the
system can slow all operations. The microprocessor **50** pro-
vides a dual-clock scheme as shown in FIG. **17**, with the
CPU **70** operating [a synchronously] *asynchronously* to I/O
interface **432** forming part of memory controller **118** (FIG.
**2**) and the I/O interface **432** operating synchronously with
the external world of memory and I/O devices. The CPU **70**
executes at the fastest speed possible using the adaptive ring
counter clock **430**. Speed may vary by a factor of four
depending upon temperature, voltage, and process. The
external world must be synchronized to the microprocessor
**50** for operations such as video display updating and disc
drive reading and writing. This synchronization is performed
by the I/O interface **432**, speed of which is controlled by a
conventional crystal clock **434**. The interface **432** processes
requests for memory accesses from the microprocessor **50**
and acknowledges the presence of I/O data. The micropro-
cessor **50** fetches up to four instructions in a single memory
cycle and can perform much useful work before requiring
another memory access. By decoupling the variable speed of
the CPU **70** from the fixed speed of the I/O interface **432**,
optimum performance can be achieved by each. Recoupling
between the CPU **70** and the interface **432** is accomplished
with handshake signals on lines **436**, with data/addresses
passing on bus **90**, **136**.

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

Claims **3–5** and **8** are cancelled.

Claims **1**, **6** and **10** are determined to be patentable as
amended.

Claims **2**, **7** and **9**, dependent on an amended claim, are
determined to be patentable.

New claims **11–16** are added and determined to be patent-
able.

**1**. A microprocessor system, comprising a single inte-
grated circuit including a central processing unit and an
entire ring oscillator variable speed system clock in said
single integrated circuit and connected to said central pro-
cessing unit for clocking said central processing unit, said
central processing unit and said ring oscillator variable
speed system clock each including a plurality of electronic
devices correspondingly constructed of the same process
technology with corresponding manufacturing variations, a

2

processing frequency capability of said central processing
unit and a speed of said ring oscillator variable speed system
clock varying together due to said manufacturing variations
and due to at least operating voltage and temperature of said
single integrated circuit; an on-chip input/output interface
connected to exchange coupling control signals, addresses
and data with said central processing unit; and a second
clock independent of said ring oscillator variable speed sys-
tem clock connected to said input/output interface, *wherein
a clock signal of said second clock originates from a source
other than said ring oscillator variable speed system clock*.

**6**. A microprocessor system comprising:

a central processing unit disposed upon an integrated cir-
cuit substrate, said central processing unit operating at
a processing frequency and being constructed of a first
plurality of electronic devices;

an entire oscillator disposed upon said integrated circuit
substrate and connected to said central processing unit,
said oscillator clocking said central processing unit at a
clock rate and being constructed of a second plurality
of electronic devices, thus varying the processing fre-
quency of said first plurality of electronic devices and
the clock rate of said second plurality of electronic
devices in the same way as a function of parameter
variation in one or more fabrication or operational
parameters associated with said integrated circuit
substrate, thereby enabling said processing frequency
to track said clock rate in response to said parameter
variation; an on-chip input/output interface, connected
between said central processing unit and an *off-chip*
external memory bus, for facilitating exchanging cou-
pling control signals, addresses and data with said cen-
tral processing unit; and

an *off-chip* external clock, independent of said oscillator,
connected to said input/output interface wherein said
*off-chip* external clock is operative at a frequency inde-
pendent of a clock frequency of said oscillator *and
wherein a clock signal from said off-chip external clock
originates from a source other than said oscillator*.

**10**. In a microprocessor system including a central pro-
cessing unit, a method for clocking said central processing
unit comprising the steps of:

providing said central processing unit upon an integrated
circuit substrate, said central processing unit being con-
structed of a first plurality of transistors and being
operative at a processing frequency;

providing an entire variable speed clock disposed upon
said integrated circuit substrate, said variable speed
clock being constructed of a second plurality of transis-
tors;

clocking said central processing unit at a clock rate using
said variable speed clock with said central processing
unit being clocked by said variable speed clock at a
variable frequency dependent upon variation in one or
more fabrication or operational parameters associated
with said integrated circuit substrate, said processing
frequency and said clock rate varying in the same way
relative to said variation in said one or more fabrication
or operational parameters associated with said inte-
grated circuit substrate;

connecting an [on chip] *on-chip* input/output interface
between said central processing unit and an *off-chip*
external memory bus, and exchanging coupling control
signals, addresses and data between said input/output
interface and said central processing unit; and

US 5,809,336 C1

3

clocking said input/output interface using an *off-chip* external clock wherein said *off-chip* external clock is operative at a frequency independent of a clock frequency of said variable speed clock *and wherein a clock signal from said off-chip external clock originates from a source other than said variable speed clock.*

*11. A microprocessor system, comprising a single integrated circuit including a central processing unit and an entire ring oscillator variable speed system clock in said single integrated circuit and connected to said central processing unit for clocking said central processing unit, said central processing unit and said ring oscillator variable speed system clock each including a plurality of electronic devices correspondingly constructed of the same process technology with corresponding manufacturing variations, a processing frequency capability of said central processing unit and a speed of said ring oscillator variable speed system clock varying together due to said manufacturing variations and due to at least operating voltage and temperature of said single integrated circuit; an on-chip input/output interface connected to exchange coupling control signals, addresses and data with said central processing unit; and a second clock independent of said ring oscillator variable speed system clock connected to said input/output interface, wherein said central processing unit operates asynchronously to said input/output interface.*

*12. The microprocessor system of claim 11, in which said second clock is a fixed frequency clock.*

*13. A microprocessor system comprising: a central processing unit disposed upon an integrated circuit substrate, said central processing unit operating at a processing frequency and being constructed of a first plurality of electronic devices;*

*an entire oscillator disposed upon said integrated circuit substrate and connected to said central processing unit, said oscillator clocking said central processing unit at a clock rate and being constructed of a second plurality of electronic devices, thus varying the processing frequency of said first plurality of electronic devices and the clock rate of said second plurality of electronic devices in the same way as a function of parameter variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, thereby enabling said processing frequency to track said clock rate in response to said parameter variation;*

*an on-chip input/output interface, connected between said central processing unit and an off-chip external*

4

*memory bus, for facilitating exchanging coupling control signals, addresses and data with said central processing unit; and*

*an off-chip external clock, independent of said oscillator, connected to said input/output interface wherein said off-chip external clock is operative at a frequency independent of a clock frequency of said oscillator and further wherein said central processing unit operates asynchronously to said input/output interface.*

*14. The microprocessor system of claim 13 wherein said one or more operational parameters include operating temperature of said substrate or operating voltage of said substrate.*

*15. The microprocessor system of claim 13 wherein said oscillator comprises a ring oscillator.*

*16. In a microprocessor system including a central processing unit, a method for clocking said central processing unit comprising the steps of:*

*providing said central processing unit upon an integrated circuit substrate, said central processing unit being constructed of a first plurality of transistors and being operative at a processing frequency;*

*providing an entire variable speed clock disposed upon said integrated circuit substrate, said variable speed clock being constructed of a second plurality of transistors;*

*clocking said central processing unit at a clock rate using said variable speed clock with said central processing unit being clocked by said variable speed clock at a variable frequency dependent upon variation in one or more fabrication or operational parameters associated with said integrated circuit substrate, said processing frequency and said clock rate varying in the same way relative to said variation in said one or more fabrication or operational parameters associated with said integrated circuit substrate;*

*connecting an on-chip input/output interface between said central processing unit and an off-chip external memory bus, and exchanging coupling control signals, addresses and data between said input/output interface and said central processing unit; and*

*clocking said input/output interface using an off-chip external clock wherein said off-chip external clock is operative at a frequency independent of a clock frequency of said variable speed clock, wherein said central processing unit operates asynchronously to said input/output interface.*

* * * * *

US005809336C2

(12) **EX PARTE REEXAMINATION CERTIFICATE** (7887th)

# United States Patent
Moore et al.

(10) **Number:** US 5,809,336 C2

(45) **Certificate Issued:** Nov. 23, 2010

(54) **HIGH PERFORMANCE MICROPROCESSOR HAVING VARIABLE SPEED SYSTEM CLOCK**

(75) Inventors: **Charles H. Moore**, 410 Star Hill Rd., Woodside, CA (US) 94062; **Russell H. Fish, III**, Mt. View, CA (US)

(73) Assignee: **Charles H. Moore**, Incline Village, NV (US)

**Reexamination Request:**
No. 90/009,457, Aug. 24, 2009

**Reexamination Certificate for:**
Patent No.: **5,809,336**
Issued: **Sep. 15, 1998**
Appl. No.: **08/484,918**
Filed: **Jun. 7, 1995**

Reexamination Certificate C1 5,809,336 issued Dec. 15, 2009

Certificate of Correction issued May 22, 2007.

**Related U.S. Application Data**

(62) Division of application No. 07/389,334, filed on Aug. 3, 1989, now Pat. No. 5,440,749.

(51) **Int. Cl.**
| | |
|---|---|
| G06F 7/76 | (2006.01) |
| G06F 7/48 | (2006.01) |
| G06F 12/08 | (2006.01) |
| G06F 7/78 | (2006.01) |
| G06F 9/30 | (2006.01) |
| G06F 9/32 | (2006.01) |
| G06F 15/76 | (2006.01) |
| G06F 15/78 | (2006.01) |
| G06F 7/52 | (2006.01) |
| G06F 9/38 | (2006.01) |
| G06F 7/58 | (2006.01) |

(52) **U.S. Cl.** ............... **710/25**; 711/E12.02; 712/E9.016; 712/E9.028; 712/E9.046; 712/E9.055; 712/E9.057; 712/E9.058; 712/E9.062; 712/E9.078; 712/E9.08; 712/E9.081

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,348,743 | A | 9/1982 | Dozier |
| 4,691,124 | A | 9/1987 | Ledzius et al. |
| 4,766,567 | A | 8/1988 | Kato |
| 4,853,841 | A | 8/1989 | Richter |
| 4,931,748 | A | 6/1990 | McDermott et al. |
| 5,809,336 | A | 9/1998 | Moore et al. |

OTHER PUBLICATIONS

U.S. Patent No. 5,809,336, as certified by Ex Parte Reexamination Certificate (7235th) U.S. 5,809,336 C1, issued Dec. 15, 2009, 51 pages.
In re Recreative Technologies Corp., 83 F.3d 1394, 38 USPQ 2.d 1776 (Fed. Cir. 1996), 6 pages.

*Primary Examiner*—B. James Peikari

(57) **ABSTRACT**

A high performance, low cost microprocessor system having a variable speed system clock is disclosed herein. The microprocessor system includes an integrated circuit having a central processing unit and a ring oscillator variable speed system clock for clocking the microprocessor. The central processing unit and the ring oscillator variable speed system clock each include a plurality of electronic devices of like type, which allows the central processing unit to operate at a variable processing frequency dependent upon a variable speed of the ring oscillator variable speed system clock. The microprocessor system may also include an input/output interface connected to exchange coupling control signals, address and data with the central processing unit. The input/output interface is independently clocked by a second clock connected thereto.



US 5,809,336 C2

**1**

**EX PARTE
REEXAMINATION CERTIFICATE
ISSUED UNDER 35 U.S.C. 307**

NO AMENDMENTS HAVE BEEN MADE TO
THE PATENT

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1**, **2**, **6**, **7** and **9-16** is confirmed.

Claims **3-5** and **8** were previously cancelled.

*    *    *    *    *