**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC,** *et al.*<br><br>        **Plaintiffs,**<br><br>    **vs.**<br><br>**KYOCERA CORPORATION,** *et al.*,<br><br>        **Defendants.** | Case No.: 12-CV-3860  YGR<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

The Court is informed that there are cases pending before Magistrate Judge Paul Grewal involving matters similar to those alleged herein.

Accordingly, the parties are hereby DIRECTED to advise the Court, no later than November 16, 2012, whether they consent to transfer of this case to Magistrate Judge Grewal for all purposes. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Date: November 2, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**