**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TECHNOLOGY PROPERTIES LIMITED LLC,** *et al.*<br><br>          Plaintiffs,<br><br>     vs.<br><br>**KYOCERA CORPORATION,** *et al.***,**<br><br>          Defendants. | Case No.: 12-CV-3860  YGR<br><br>**ORDER DENYING JOINT MOTION DISMISS** |

The Court is in receipt of the parties' Joint Motion to Dismiss. (Dkt. No. 19.) The Motion is **DENIED WITHOUT PREJUDICE** to resubmitting with clarification from the parties. The parties are advised that the Court will only retain jurisdiction for one year beyond a dismissal of this action.

**IT IS SO ORDERED.**

Date: September 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**